## REQUEST FOR INFORMATION PURSUANT TO
## THE FREEDOM OF INFORMATION ACT
### AND
## THE PRIVACY ACT OF 1974

From: *Kenneth Hawkins*
*#04844-070*
*Dorm: E-210, Rm 212*
*Federal Prison Camp*
*P.O. Box-1000*
*Duluth, Minnesota*
*55814*

To: *The Clerk of Court*
*United States District Courthouse*
*450 Main Street*
*Hartford, Connecticut*
*06103*

The undersigned hereby requests the following information pursuant to the Freedom Of Information Act and The Privacy Act of 1974 as mandated in Title 5 United States Code, Sections 552 and 552(a) as authorized by Public Law 93-579, enacted by The Congress of the United States on 31 December 1974. The purpose of said Title 5 U.S.C. §552 and §552(a) as amended is to safeguard individuals privacy and for the individuals to be granted access to records concerning them which are maintained by Federal Agencies, and, to establish a Privacy Protection Study Commission, and, for other purposes.

Specifically, the following information is requested pursuant to 5 U.S.C. §552 and §552(a):

*I am requesting a copy of my Docket sheet*

*and all entries made for this year -2005. Two thousand Five*

*Criminal Case No : 3:00CR75 AWT        Thank you*

The foregoing request is made pursuant to 5 U.S.C. §552 and §552(a).

X _____

Subscribed and sworn to before me this ___*19th*___ day of ___*July*___, ~~2003~~.*2005*

*Anita J. Nartnik*

Notary Public

ANITA J. NARTNIK
NOTARY PUBLIC - MINNESOTA
MY COMM. EXPIRES JANUARY 31, 2010

My commission expires _____.