IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,
      Petitioner,

-V-

UNITED STATES OF AMERICA,
      Respondent,

..............................

### MOTION TO AMEND 28 U.S.C. § 2255 MOTION TO VACATE, SET-ASIDE OR CORRECT SENTENCE

    NOW INTO COURT, Comes Kenneth Hawkins, the petitioner appearing through Pro-Se representation and respectfully request and moves this Honorable Court for permission to file an amendment to his 28 U.S.C. § 2255 Motion To Vacate, Set-Aside Or Correct Sentence currently pending in this Honorable Court Pursuant To Federal Rules Of Civil Procedures, Rule 15(a).

    This is a Pro-Se Motion and such is to be held to less stringent standards than those drafted by an attorney. **CRUZ V. BETO,** 31 L. Ed. 2d. 263(1972): **HAINES V. KERNER,** 30 L. Ed. 2d. 652(1972). Additionally, its been held that Pro-Se Motions are to be construe in favor of the defendants. **DAVIS V. KELLY,** 160 F. 3d. 917(2nd. Cir 1998).

    A Memorandum Brief In Support Of This Motion Is Made Part Of This Motion By Reference Herein.

                                   Respectfully Submitted

                                   Kenneth Hawkins-Pro-Se

The Clerk shall docket this document not as a motion but as an Amendment to Doc. No. 268. It is so ordered.

Alvin W. Thompson, U.S.D.J.        Hartford, CT    8/4/2005