UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA        :
                               :
v.                             :      Crim. No. 3:00CR00075(AWT)
                               :
KENNETH HAWKINS                 :
                               :
-------------------------------x
```

### ORDER TO SHOW CAUSE

Upon the petition of Kenneth Hawkins, it is hereby

ORDERED that respondent file a response to the petition on or before September 14, 2005, as to why the relief prayed for in the petition should not be granted, and it is

ORDERED that in hand service of this ORDER, together with a copy of the petition and all supporting memoranda, be made by the United States Marshal's Service on Respondent's representative, Michael Gustafson, Assistant United States Attorney, Richard C. Lee United States Courthouse, 141 Church Street, New Haven, Connecticut, 06510, and that service by certified mail of this Order, together with a copy of the petition and all supporting memoranda, be made by the United States Marshal's Service on John Ashcroft, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, and on the Department of Homeland Security, Abraham A. Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut, 06106 on or before August 24,

2005, and that such service shall be deemed sufficient.

Dated this 10th day of August 2005, at Hartford, Connecticut.

                                        /s/
                            Alvin W. Thompson
                  United States District Judge