```
                   UNITED STATES DISTRICT COURT

                     DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA      :   CRIMINAL NO. 3:00CR75(AWT)
                              :   CIVIL NO.  3:05CV1186(AWT)
        v.                    :
                              :
KENNETH HAWKINS               :   September 7, 2005
```

**UNITED STATES' MOTION FOR EXTENSION OF TIME**

On or about August 10, 2005, the Court issued an Order requiring the Government to file a response to the petition of Kenneth Hawkins. The Government's response must explain why the relief prayed for in the petition should not be granted, and is presently due on September 14, 2005.

The Government requests that the Court grant an extension of 30 days, allowing the Government's response to be filed on or before October 14, 2005. In support of this motion, the United States represented as follows:

1. The Court's Order was received on August 22, 2005. The undersigned has took a short vacation at the end of August, and has not started to consider the several issues raised in Mr. Hawkins' petition.

2. This is the first request for an extension of time.

3. The undersigned has not been able to ascertain the petitioner's position regarding this request for a thirty day extension.

Wherefore the United States requests that the Court continue

-2-

the filing of a response brief until October 14, 2005.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        MICHAEL J. GUSTAFSON
        ASSISTANT UNITED STATES ATTORNEY
        157 Church Street
        New Haven, Connecticut 06510
        Federal Bar No. CT01503

**CERTIFICATION OF SERVICE**

    This is to certify that the within and foregoing has been mailed, via first-class mail, this _____ day of September 2005, to:

Kenneth Hawkins
Reg # 04844-070
Dorm 210
Duluth Federal Prison Camp
PO Box 1000
Duluth, MN 55814

        _____
        MICHAEL J. GUSTAFSON
        ASSISTANT UNITED STATES ATTORNEY