275

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 SEP -9 A 8:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR75(AWT) |
| | : | CIVIL NO. 3:05CV1186(AWT) |
| v. | : | |
| | : | |
| KENNETH HAWKINS | : | September 7, 2005 |

### UNITED STATES' MOTION FOR EXTENSION OF TIME

On or about August 10, 2005, the Court issued an Order requiring the Government to file a response to the petition of Kenneth Hawkins. The Government's response must explain why the relief prayed for in the petition should not be granted, and is presently due on September 14, 2005.

The Government requests that the Court grant an extension of 30 days, allowing the Government's response to be filed on or before October 14, 2005. In support of this motion, the United States represented as follows:

1. The Court's Order was received on August 22, 2005. The undersigned has took a short vacation at the end of August, and has not started to consider the several issues raised in Mr. Hawkins' petition.

2. This is the first request for an extension of time.

3. The undersigned has not been able to ascertain the petitioner's position regarding this request for a thirty day extension.

Wherefore the United States requests that the Court continue

**Extension GRANTED, to and including October 14, 2005. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/13/05