IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,
        Petitioner,

-V-

                              Criminal No. 3:00CR75(AWT)

                              Civil No. 3:05CV1186(AWT)

UNITED STATES OF AMERICA,
        Respondent,

. . . . . . . . . . . . . . . . . . . . . . . . . .

**PETITIONERS RESPONSE TO THE UNITED STATES
REQUEST FOR AN EXTENSION OF TIME**

    NOW INTO COURT, Comes Kenneth Hawkins the petitioner appearing through Pro-Se representation and respectfully states to this Honorable Court that he does not opposed the United States request for a thirty-day(30) extension of time to respond to the petitioners several issue raised in his instant Motion Pursuant To 28 U.S.C. § 2255, pending in this Honorable Court on the basis (i) that the United States will not request another extension of time and (ii) that if the United States fails to promptly respond by October 14, 2005 as the United States requested, the Doctrine Of Waiver will apply and all relief requested by the petitioner should be granted on October 15, 2005.

                                                    Respectfully Submitted

                                                      Kenneth Hawkins-Pro-Se
                                                    Reg#04844-070-Dorm-210
                                                    Duluth Federal Prison Camp
                                                    P.O. Box 1000
                                                    Duluth MN 55814

Subscribed And Sworn Before Me This 15 Day Of September, 2005

_____
Notary Public Of Minnesota
My Commission Expires: Jan 31, 2010

                                                                    _____
                                                                    Kenneth Hawkins

BRYAN O WHITE
NOTARY PUBLIC - MINNESOTA
MY COMM. EXPIRES JANUARY 31, 2010

CERTIFICATE OF SERVICE

I, Kenneth Hawkins, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my RESPONSE TO THE GOVERNMENTS REQUEST FOR AN EXTENSION OF TIME, in the Duluth Federal Prison Camps Legal Mail System with first class postage affixed to insure its proper delivery to:

        Michael J. Gustafson
        Assistant United States Attorney
          157 Church Street
        New Haven, Connecticut 06510

Executed On This 15 Th Day Of September 2005

_____
Kenneth Hawkins