UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR75(AWT) |
| | : | CIVIL NO.  3:05CV1186(AWT) |
| v. | : | |
| | : | |
| KENNETH HAWKINS | : | October 6, 2005 |

## UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME

On or about August 10, 2005, the Court issued an Order requiring the Government to file a response to the petition of Kenneth Hawkins.  The Government's response must explain why the relief prayed for in the petition should not be granted, and was initially due on September 14, 2005.

On or about September 7, 2005, the Government requested that the Court grant an extension of 30 days, allowing the Government's response to be filed on or before October 14, 2005.  This motion was granted.  The Government now moves for a second continuance of 30 days, up to and including November 14, 2005.  In support of this motion, the United States represented as follows:

1.   Counsel for the Government selected a jury in United States v. Riccitelli, 3:04CR28(JBA), on October 5, 2005.  The trial is expected to last until the last week of October.  This case involves allegations of Racketeering and Racketeering Conspiracy. The matter initially involved over a dozen defendants, all of whom have pleaded guilty but one.  The remaining defendant appeared in court on September 29, 2005, to plead guilty.  However, the defendant ultimately elected to not plead guilty.  In short, when

-2-

counsel filed the first request for an extension in this case, it was reasonably anticipated that the matter of United States v. Riccitelli would not proceed to trial.

2.  This is the second request for an extension of time.

3.  The undersigned has not been able to ascertain the petitioner's position regarding this request for a thirty day extension, but expects that an objection will be lodged.

Wherefore the United States requests that the Court continue the filing of a response brief until November 14, 2005.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut 06510
Federal Bar No. CT01503

---

**CERTIFICATION OF SERVICE**

This is to certify that the within and foregoing has been mailed, via first-class mail, this _____ day of October 2005, to:

Kenneth Hawkins
Reg # 04844-070
Dorm 210
Duluth Federal Prison Camp
PO Box 1000
Duluth, MN 55814

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY