UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR75(AWT) |
| | : | CIVIL NO.  3:05CV1186(AWT) |
| v. | : | |
| | : | |
| KENNETH HAWKINS | : | January 13, 2006 |

## <u>UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME</u>

On or about August 10, 2005, the Court issued an Order requiring the Government to file a response to the petition of Kenneth Hawkins.  In September 2005, the Government moved for and received authorization to file a response by October 14, 2005.  The Government has inadvertently failed to request any further extensions of time and, accordingly its response is presently overdue.

The Government now requests that the Court grant an extension of 45 days, nunc pro tunc, allowing the Government's response to be filed on or before March 1, 2006.  In support of this motion, the United States represented as follows:

1.   The undersigned counsel is acting as lead counsel in a long term investigation that involved approximately 11 months of court authorized wire interceptions over numerous telephones, the execution of over 42 search warrants in three districts in July 2005, and the seizure of several truckloads of boxes of records and documents.  The matter, including review of the seized documents and interviews of relevant witnesses has involved thousands of hours of effort.  The investigation continues.

-2-

2.  In addition, on December 20, 2005, the undersigned filed a brief in Chen v. Gonzales, 03-40397-ag, an immigration appeal assigned to this United States Attorney's Office as part of a project to relieve a significant backlog.  Writing the brief involved reviewing a lengthy administrative record and researching several immigration issues.

3.  The undersigned has also been responsible for the prosecution and sentencing of the defendants in United States v. Megale, 3:04CR28(JBA), a matter involving racketeering charges against several "made" members of the Gambino Crime Family.  The final defendant pleaded guilty in early October on the eve of trial and after jury selection.  The numerous sentencings, several of which involved contested issues, occurred in November and December 2005.

4.  The undersigned is presently writing appellate briefs in United States v. Riccitelli, Docket No. 05-2735-cr, 05-3853(CON)-cr, 05-4124(XAP)-cr, a consolidated appeal involving two defendants who were convicted after a jury trial.  The brief is presently due at the end of January, but an extension of time will be requested.

5.  Although the undersigned intends to prioritize the formulation of a response in the instant matter, it is not expected that said reply can be filed without an additional enlargement of time of 45 days.

-3-

6.  This is the second request for an extension of time.

7. The undersigned has not been able to ascertain the petitioner's position regarding this request for a 45 day extension.

Wherefore the United States requests that the Court continue the filing of a response brief until March 1, 2006.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut 06510
Federal Bar No. CT01503

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been mailed, via first-class mail, this _____ day of January, 2006 to:

Kenneth Hawkins
Reg # 04844-070
Dorm 210
Duluth Federal Prison Camp
PO Box 1000
Duluth, MN 55814


_____/s/_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY