IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,
       Petitioner,

-V-

                            Criminal No. 3:00CR75(AWT)
                            Civil No. 3:05CV1186(AWT)

UNITED STATES OF AMERICA,
       Respondent,

. . . . . . . . . . . . . . . . . . . . . . . . . .

PETITIONERS RESPONSE TO THE UNITED STATES
REQUEST FOR AN EXTENSION OF TIME

NOW INTO COURT, Comes Kenneth Hawkins the petitioner appearing through Pro-Se representation and respectfully states to this Honorable Court that he does not opposed the United States request for a thirty-day(30) extension of time to respond to the petitioners several issue raised in his instant Motion Pursuant To 28 U.S.C. § 2255, pending in this Honorable Court on the basis (i) that the United States will not request another extension of time and (ii) that if the United States fails to promptly respond by October 14, 2005 as the United States requested, the Doctrine Of Waiver will apply and all relief requested by the petitioner should be granted on October 15, 2005.

*Mr. Hawkins on 10/12/05 has received a 2nd request for a thirty-day (30) extension. Let it be noted that 2nd request is not acceptable.*

Respectfully Submitted

Kenneth Hawkins-Pro-Se KCH
Reg#04844-070-Dorm-210
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

fore Me This 15th Day Of September, 2005

Kenneth Hawkins

Notary Public Of Minnesota
Commission Expires Jan 31, 2010

BRYAN O WHITE
NOTARY PUBLIC - MINNESOTA
MY COMM. EXPIRES JANUARY 31, 2010