

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



2005 OCT -7 P 1:31

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR75(AWT) |
| | : | CIVIL NO. 3:05CV1186(AWT) |
| v. | : | |
| | : | |
| KENNETH HAWKINS | : | October 6, 2005 |

### UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME

On or about August 10, 2005, the Court issued an Order requiring the Government to file a response to the petition of Kenneth Hawkins. The Government's response must explain why the relief prayed for in the petition should not be granted, and was initially due on September 14, 2005.

On or about September 7, 2005, the Government requested that the Court grant an extension of 30 days, allowing the Government's response to be filed on or before October 14, 2005. This motion was granted. The Government now moves for a second continuance of 30 days, up to and including November 14, 2005. In support of this motion, the United States represented as follows:

1. Counsel for the Government selected a jury in <u>United States v. Riccitelli</u>, 3:04CR28(JBA), on October 5, 2005. The trial is expected to last until the last week of October. This case involves allegations of Racketeering and Racketeering Conspiracy. The matter initially involved over a dozen defendants, all of whom have pleaded guilty but one. The remaining defendant appeared in court on September 29, 2005, to plead guilty. However, the defendant ultimately elected to not plead guilty. In short, when

Extension GRANTED, nunc pro tunc and over objection, to and including November 14, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/31/06