*[Handwritten margin annotation, rotated:]* Extension GRANTED, nunc pro tunc and over objection, to and including March 1, 2006. No further extensions will be granted. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/31/06

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR75(AWT) |
| | : | CIVIL NO.   3:05CV1186(AWT) |
| v. | : | |
| | : | |
| KENNETH HAWKINS | : | January 13, 2006 |

### UNITED STATES' ~~SECOND~~ THIRD MOTION FOR EXTENSION OF TIME

On or about August 10, 2005, the Court issued an Order requiring the Government to file a response to the petition of Kenneth Hawkins. In September 2005, the Government moved for and received authorization to file a response by October 14, 2005. The Government has inadvertently failed to request any further extensions of time and, accordingly its response is presently overdue.

The Government now requests that the Court grant an extension of 45 days, nunc pro tunc, allowing the Government's response to be filed on or before March 1, 2006. In support of this motion, the United States represented as follows:

1. The undersigned counsel is acting as lead counsel in a long term investigation that involved approximately 11 months of court authorized wire interceptions over numerous telephones, the execution of over 42 search warrants in three districts in July 2005, and the seizure of several truckloads of boxes of records and documents. The matter, including review of the seized documents