*[Handwritten margin note: DENIED. The respondent has been granted an extension of time to and including March 1, 2006 to respond to the petition. No further extensions of time will be granted. It is so ordered. /s/ [signature] Hartford, CT 2/16/06]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

        Petitioner,

-V-

                                        Criminal No. 3:00 CR 75(AWT)
                                        Civil No. 3:05 CV 1186(AWT)

UNITED STATES OF AMERICA,

        Respondents,        **MOTION TO PRODUCE LETTER OF ACCEPTANCE
OR IN THE ALTERNATIVE ISSUE A DEFAULT
JUDGMENT AGAINST THE GOVERNMENT FOR LACK
OF JURISDICTION**

..................

    NOW INTO COURT, Comes Kenneth Hawkins, the Petitioner appearing through Pro-Se representation and respectfully request and moves this Honorable Court to issue an order to the United States Government to produce the letter of acceptance or in the alternative issue an order against the United States for lack of jurisdiction

    A Pro-Se litigants pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. **HAINES V. KERNER,** 30 L. Ed. 2d. 652(1972): **ESTELLE V. GAMBLE,** 50 L. Ed. 2d. 251(1972). A court should make a reasonable attempt to read the pleadings to state a valid claim on which the Petitioner could prevail, despite the Petitioners failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with the pleading requirement. **HALL V. BELLMON,** 935 F. 2d. 1106: Also See Fed. R. Civ. P. 8(f)(holding that all pleadings shall be so construed as to do substantial justice).

    In Support Thereof, The Petitioner States As Follows: