IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,
        Petitioner,

-V-                                      Case Number : 3:00 CR75(AWT)

UNITED STATES OF AMERICA,
        Respondent,

· · · · · · · · · · · · · · · · · · ·

**MOTION FOR JUDGMENT**

       NOW INTO COURT, Comes the Petitioner Kenneth Hawkins appearing through Pro-Se representation and respectfully request and moves this Honorable Court for a Judgment in his favor on his Motion For Return Of Property which has been pending in this Honorable Court since November 25, 2005, which a complementary copy was furnished to the United States Attorneys Office for notice, which they have failed to acknowledge or respond till this date.

       WHEREFORE, Petitioner Kenneth Hawkins prays that this Honorable Court issue a judgment for the return of his property, or in the alternative to issue an order to the United States Attorneys Office to show cause why this relief should not be granted.

                                                          Respectfully Submitted

                                                          Kenneth Hawkins-Pro-Se
                                                          Reg#04844-070-Dorm-210
                                                          Duluth Federal Prison Camp
                                                          P.O. Box 1000
                                                          Duluth MN 55814

Executed On This 23rd Day Of February 2006

CERTIFICATE OF SERVICE

    I, Kenneth Hawkins, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my MOTION FOR JUDGMENT, in the Duluth Federal Prison Camps legal mail system with first class postage affixed to insure its proper delivery to:

        Michael J. Gustatson
        United States Attorneys Office
        450 Main Street
        Hartford Connecticut 06103

Executed On This 23rd Day Of February 2006

_____
Kenneth Hawkins