

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

New England Contract Crushing
ATTN: Kenneth Hawkins/Owner
P.O. Box 5073
Greene, RI 02827

| | |
|---|---|
| **Asset Id:** | 00-DEA-374949 |
| **Case Number:** | CD-00-0008 |
| **Property:** | BankBoston, VL: $73,483.27, Checking Account # |
| **Account Number:** | 273-34191 |
| **Asset Value:** | $73,483.27 |
| **Seizure Date:** | 02/07/00 |
| **Seizure Place:** | Providence, RI |
| **Owner Name:** | New England Contract Crushing |
| **Seized From:** | England Contract Crushing, New |
| **Judicial District:** | District of Rhode Island |

**BOND REQUIRED:** $5,000.00
**LETTER DATE:** March 21, 2000
**FIRST DATE OF PUBLICATION:** April 3, 2000

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture under Title 21, United States Code (U.S.C.), Section 881, because it was used or acquired as a result of a **drug-related offense.** (see Title 21, Code of Federal Regulations (C.F.R.), Section 1316.91(d) (54 Federal Register 37610-37611) for the definition of the term "drug-related offense.") The seizure date and place, as well as other pertinent information regarding the property are also shown above.

Pursuant to Title 19, U.S.C., Sections 1602-1619, and Title 21 Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in it (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in **court.** Also, under certain circumstances, you may petition for the expedited release of the property. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, submit a petition for remission or mitigation within thirty **(30)** days from the receipt of this notice. Follow the regulations set forth in Title 28, C.F.R., Sections 9.1-9.9. State the facts and circumstances which you believe justify the return of the property or return of your interest in the property.

File an original petition and two copies with the DEA's Asset Forfeiture Section. **No bond** is necessary if only a petition is filed. **Pursuant to Title 28, C.F.R., Section 9.9(g), a petition for remission or mitigation of forfeiture shall be signed and sworn to by the petitioner.**

GOVERNMENT EXHIBIT 6

## TO CONTEST THE FORFEITURE

In addition to or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim of ownership and a cost bond **with the DEA.** Submit the bond in the amount shown above in the form of a cashier's check or a certified check **payable to the U.S. Department of Justice,** or present satisfactory surety. **Claims must be signed by the parties making the claim.** Unsupported submissions signed by attorneys are insufficient to satisfy the requirement the claims be personally executed. United States v. Fifteen Thousand Five Hundred Dollars, 558 F.2d 1359, 1360 (9th Cir. 1977). If you are indigent (needy and poor) you may not have to post the bond. To request a waiver of the bond, you must fully disclose your finances in a signed statement called a "Declaration in Support of Request to Proceed *In Forma Pauperis*" along with a claim of ownership of the property. Use the format of the pauperis declaration shown as Form 4 in the Appendix of Forms following Rule 48 of the Federal Rules of Appellate Procedure or obtain a form from a DEA field office. The claim of ownership, with either bond or "Declaration in Support of Request to Proceed *In Forma Pauperis*" must be filed within **twenty (20) days of the first date** of publication of the notice of seizure in the edition of the Wall Street Journal newspaper referenced above. The notice will be published for three successive weeks.

## PETITION FOR EXPEDITED RELEASE

Under certain circumstances you may petition for expedited release of the property. Such expedited release procedures are available under Sections 6079 and 6080 of the Anti-Drug Abuse Act of 1988 (Public Law 100-690), as implemented by Title 21, C.F.R., Section 1316.90-1316.99 (54 Federal Register 37610 -37613). Section 6079 covers seizures of property for a violation involving the possession of personal use quantities of a controlled substance as defined in Title 21, C.F.R., Section 1316.91(j). Section 6080 covers seizures of a conveyance for a drug-related offense.

### Expedited Review of Property Seized Based Upon the Possession of Personal Use Quantities of a Controlled Substance

If the property was seized for administrative forfeiture for a violation involving the possession of personal use quantities of a controlled substance, then a "Notice of Seizure of Property For Personal Use Quantities of Controlled Substances" ("Notice") was given to the party in possession of the property at the time of seizure. In order to obtain an expedited review, the **owner** must file a "Petition For Expedited Release" of the seized property with the DEA office whose address was listed on the Notice provided at the time of seizure. The "Petition For Expedited Release" may be filed at any time after the date of seizure up until **twenty (20) days** following the **first date** of publication of the notice of seizure in the edition of the Wall Street Journal newspaper referenced above. The petition must be executed and sworn to by the **owner,** and both the envelope and the request must be clearly marked **"PETITION FOR EXPEDITED RELEASE."** An original and two copies of the petition must be filed and must include the following:

1. A complete description of the property, including identification number, if any, and the date and place of seizure;
2. The owner's interest in the seized property, which shall be supported by title documentation, bills of sale, contracts, mortgages, or other satisfactory documentary evidence; and
3. A statement of facts and circumstances to be established by satisfactory proof, sworn to by the owner, demonstrating: (a) the owner has a valid, good faith interest in the seized property as owner or otherwise; (b) the owner reasonably attempted to ascertain the use of the property in a normal and customary manner; and (c) the owner did not know or consent to the illegal use of the property, or in the event that the owner knew or should have known of the illegal use,the owner did what reasonably could be expected to prevent the violation.

Within twenty (20) days of receipt of the "Petition For Expedited Release," the DEA shall determine whether to grant or deny the petition. If the petition is granted, the DEA shall terminate the administrative forfeiture and return the property to the owner except where the property is evidence of a violation of law. If the petition is denied, the DEA shall proceed with the administrative forfeiture.

Under Title 21, C.F.R., Section 1316.94, the owner of property seized for administrative forfeiture involving controlled substances in personal use quantities, may obtain the release of the seized property before the completion of the administrative forfeiture process by providing satisfactory proof of ownership of the property and by substituting for that property **an amount equal to the appraised value of the property,** (a "substitute res") as determined by the DEA, in the form of a traveler's check, money order irrevocable letter of credit or cashier's check made payable to the DEA. Payment in the form of a cashier's check will be considered as paid once the check has been accepted for payment by the financial institution which issued the check. Upon forfeiture,

the DEA shall forfeit the substitute res in lieu of the property.

**Expedited Review of Seized Conveyances**

The owner of a conveyance (a vehicle, vessel or aircraft) seized for forfeiture because of the conveyance's involvement in a drug-related offense may, **after filing a claim and the posting of a cost bond** as described above, file a "Petition For Expedited Release" in order to obtain an expedited review of the seizure. The "Petition For Expedited Release" must be executed and sworn to by the owner and filed in triplicate. The petition and the envelope in which it is contained must be clearly marked "PETITION FOR EXPEDITED RELEASE." The original petition and one copy must be addressed to and filed with the United States Attorney prosecuting the conveyance in the Judicial District shown above. The second copy must be addressed to and filed with the DEA office listed on the "Notice of Seizure of a Conveyance For A Drug Related Offense," which was provided to the party from whom the property was seized at the time of the seizure. The petition must be received by the United States Attorney within **twenty (20) days** from the **first date** of publication of the notice of the action and arrest of the property, or within **thirty (30) days** after filing the claim, whichever occurs later. In the petition, the owner must submit credible information establishing the following:

1. A complete description of the property, including identification number, if any, and the date and place of seizure;

2. The owner's interest in the seized property, which shall be supported by title documentation, bills of sale, contracts, security interest record, or other satisfactory documentary evidence; and

3. A statement of facts and circumstances, to be established by satisfactory proof, sworn to by the owner, demonstrating: (a) the owner has a valid, good faith interest in the seized property as owner or otherwise; (b) the owner reasonably attempted to as certain the use of the property in a normal and customary manner; and (c) the owner did not know or consent to the illegal use of the property, or, in the event that the owner knew or should have known of the illegal use, the owner did what reasonably could be expected to prevent the violation.

Within twenty (20) days of receipt of the "Petition For Expedited Release," the United States Attorney shall determine whether to grant or deny the petition. If the United States Attorney grants the petition, the conveyance shall be returned to the owner pending the outcome of the forfeiture action, except where it is evidence of a violation of law. If the United States Attorney denies the petition, the Government shall retain possession pending further proceedings.

An owner may obtain release of the conveyance by providing satisfactory proof of ownership, and by providing security to the DEA in the form of a substitute res bond in an amount equal to the appraised value of the conveyance, as determined by the DEA. In the event the Attorney General or his designee determine the conveyance should be retained as evidence of a violation of law or, because by reason or design or other characteristic, the conveyance is particularly suited for use in illegal activities, no release of the conveyance will be made. The bond must be in the form of a traveler's check, a money order, a cashier's check, or an irrevocable letter of credit made **payable to the Department of Justice.** A bond in the form of a cashier's check will be considered paid once the check has been accepted for payment by the financial institution which issued the check.

**WHERE TO SUBMIT CORRESPONDENCE**

Except as noted above involving "Petitions for Expedited Release," all other documents must be submitted to the **Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, VA 22202.** The Asset ID referenced **must** be used when submitting a petition, claim and bond, or other correspondence to the DEA. **Failure to include the asset id may cause a delay in the DEA's action on this matter.**

Z 164 380 808

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| | |
|---|---|
| Sent to | |
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New England Contract Crushing
ATTN: Kenneth Hawkins/Owner
P.O. Box 5073
Greene, RI 02827
Z164380808 Asset ID: 00-DEA-374949
(CO)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)* Alison Fortecchio B. Date of Delivery 3/28/00

C. Signature [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)* Z 164 380 808 551

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

C. Wells

GOVERNMENT EXHIBIT 7



U.S. DEPARTMENT O JSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| **Asset Id:** | 00-DEA-374949 |
| **Case Number:** | CD-00-0008 |
| **Property:** | BankBoston, VL: $73,483.27, Checking Account # |
| **Account Number:** | 273-34191 |
| **Asset Value:** | $73,483.27 |
| **Seizure Date:** | 02/07/00 |
| **Seizure Place:** | Providence, RI |
| **Owner Name:** | New England Contract Crushing |
| **Seized From:** | England Contract Crushing, New |
| **Judicial District:** | District of Rhode Island |

BankBoston, N.A.
ATTN: Barbara J. Mollo
One BankBoston Plaza
P.O. Box 1558
Providence, RI 02901-1558

**BOND REQUIRED:** $5,000.00
**LETTER DATE:** March 21, 2000
**FIRST DATE OF PUBLICATION:** April 3, 2000

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture under Title 21, United States Code (U.S.C.), Section 881, because it was used or acquired as a result of a **drug-related offense.** (see Title 21, Code of Federal Regulations (C.F.R.), Section 1316.91(d) (54 Federal Register 37610-37611) for the definition of the term "drug-related offense.") The seizure date and place, as well as other pertinent information regarding the property are also shown above.

Pursuant to Title 19, U.S.C., Sections 1602-1619, and Title 21 Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in it (remission or mitigation), and/or you may contest the seizure and forfeiture of the property **in court.** Also, under certain circumstances, you may petition for the expedited release of the property. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, submit a petition for remission or mitigation within thirty **(30)** days from the receipt of this notice. Follow the regulations set forth in Title 28, C.F.R., Sections 9.1-9.9. State the facts and circumstances which you believe justify the return of the property or return of your interest in the property.

File an original petition and two copies with the DEA's Asset Forfeiture Section. **No bond** is necessary if only a petition is filed. **Pursuant to Title 28, C.F.R., Section 9.9(g), a petition for remission or mitigation of forfeiture shall be signed and sworn to by the petitioner.**

GOVERNMENT EXHIBIT 8

**TO CONTEST THE FORFEITURE**

In addition to or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim of ownership and a cost bond with the **DEA**. Submit the bond in the amount shown above in the form of a cashier's check or a certified check **payable to the U.S. Department of Justice,** or present satisfactory surety. **Claims must be signed by the parties making the claim.** Unsupported submissions signed by attorneys are insufficient to satisfy the requirement the claims be personally executed. United States v. Fifteen Thousand Five Hundred Dollars, 558 F.2d 1359, 1360 (9th Cir. 1977). If you are indigent (needy and poor) you may not have to post the bond. To request a waiver of the bond, you must fully disclose your finances in a signed statement called a "Declaration in Support of Request to Proceed *In Forma Pauperis*" along with a claim of ownership of the property. Use the format of the pauperis declaration shown as Form 4 in the Appendix of Forms following Rule 48 of the Federal Rules of Appellate Procedure or obtain a form from a DEA field office. The claim of ownership, with either bond or "Declaration in Support of Request to Proceed *In Forma Pauperis*" must be filed within **twenty (20) days of the first date** of publication of the notice of seizure in the edition of the Wall Street Journal newspaper referenced above. The notice will be published for three successive weeks.

**PETITION FOR EXPEDITED RELEASE**

Under certain circumstances you may petition for expedited release of the property. Such expedited release procedures are available under Sections 6079 and 6080 of the Anti-Drug Abuse Act of 1988 (Public Law 100-690), as implemented by Title 21, C.F.R., Section 1316.90-1316.99 (54 Federal Register 37610 -37613). Section 6079 covers seizures of property for a violation involving the possession of personal use quantities of a controlled substance as defined in Title 21, C.F.R., Section 1316.91(j). Section 6080 covers seizures of a conveyance for a drug-related offense.

**Expedited Review of Property Seized Based Upon the Possession of Personal Use Quantities of a Controlled Substance**

If the property was seized for administrative forfeiture for a violation involving the possession of personal use quantities of a controlled substance, then a "Notice of Seizure of Property For Personal Use Quantities of Controlled Substances" ("Notice") was given to the party in possession of the property at the time of seizure. In order to obtain an expedited review, the **owner** must file a "Petition For Expedited Release" of the seized property with the DEA office whose address was listed on the Notice provided at the time of seizure. The "Petition For Expedited Release" may be filed at any time after the date of seizure up until **twenty (20) days** following the **first date** of publication of the notice of seizure in the edition of the Wall Street Journal newspaper referenced above. The petition must be executed and sworn to by the **owner,** and both the envelope and the request must be clearly marked **"PETITION FOR EXPEDITED RELEASE."** An original and two copies of the petition must be filed and must include the following:

1. A complete description of the property, including identification number, if any, and the date and place of seizure;
2. The owner's interest in the seized property, which shall be supported by title documentation, bills of sale, contracts, mortgages, or other satisfactory documentary evidence; and
3. A statement of facts and circumstances to be established by satisfactory proof, sworn to by the owner, demonstrating: (a) the owner has a valid, good faith interest in the seized property as owner or otherwise; (b) the owner reasonably attempted to ascertain the use of the property in a normal and customary manner; and (c) the owner did not know or consent to the illegal use of the property, or in the event that the owner knew or should have known of the illegal use,the owner did what reasonably could be expected to prevent the violation.

Within twenty (20) days of receipt of the "Petition For Expedited Release," the DEA shall determine whether to grant or deny the petition. If the petition is granted, the DEA shall terminate the administrative forfeiture and return the property to the owner except where the property is evidence of a violation of law. If the petition is denied, the DEA shall proceed with the administrative forfeiture.

Under Title 21, C.F.R., Section 1316.94, the owner of property seized for administrative forfeiture involving controlled substances in personal use quantities, may obtain the release of the seized property before the completion of the administrative forfeiture process by providing satisfactory proof of ownership of the property and by substituting for that property **an amount equal to the appraised value of the property,** (a "substitute res") as determined by the DEA, in the form of a traveler's check, money order irrevocable letter of credit or cashier's check made payable to the DEA. Payment in the form of a cashier's check will be considered as paid once the check has been accepted for payment by the financial institution which issued the check. Upon forfeiture,

the DEA shall forfeit the substitute res in lieu of the property.

**Expedited Review of Seized Conveyances**

The owner of a conveyance (a vehicle, vessel or aircraft) seized for forfeiture because of the conveyance's involvement in a drug-related offense may, **after filing a claim and the posting of a cost bond** as described above, file a "Petition For Expedited Release" in order to obtain an expedited review of the seizure. The "Petition For Expedited Release" must be executed and sworn to by the owner and filed in triplicate. The petition and the envelope in which it is contained must be clearly marked "PETITION FOR EXPEDITED RELEASE." The original petition and one copy must be addressed to and filed with the United States Attorney prosecuting the conveyance in the Judicial District shown above. The second copy must be addressed to and filed with the DEA office listed on the "Notice of Seizure of a Conveyance For A Drug Related Offense," which was provided to the party from whom the property was seized at the time of the seizure. The petition must be received by the United States Attorney within **twenty (20) days** from the **first date** of publication of the notice of the action and arrest of the property, or within **thirty (30) days** after filing the claim, whichever occurs later. In the petition, the owner must submit credible information establishing the following:

1. A complete description of the property, including identification number, if any, and the date and place of seizure;

2. The owner's interest in the seized property, which shall be supported by title documentation, bills of sale, contracts, security interest record, or other satisfactory documentary evidence; and

3. A statement of facts and circumstances, to be established by satisfactory proof, sworn to by the owner, demonstrating: (a) the owner has a valid, good faith interest in the seized property as owner or otherwise; (b) the owner reasonably attempted to as certain the use of the property in a normal and customary manner; and (c) the owner did not know or consent to the illegal use of the property, or, in the event that the owner knew or should have known of the illegal use, the owner did what reasonably could be expected to prevent the violation.

Within twenty (20) days of receipt of the "Petition For Expedited Release," the United States Attorney shall determine whether to grant or deny the petition. If the United States Attorney grants the petition, the conveyance shall be returned to the owner pending the outcome of the forfeiture action, except where it is evidence of a violation of law. If the United States Attorney denies the petition, the Government shall retain possession pending further proceedings.

An owner may obtain release of the conveyance by providing satisfactory proof of ownership, and by providing security to the DEA in the form of a substitute res bond in an amount equal to the appraised value of the conveyance, as determined by the DEA. In the event the Attorney General or his designee determine the conveyance should be retained as evidence of a violation of law or, because by reason or design or other characteristic, the conveyance is particularly suited for use in illegal activities, no release of the conveyance will be made. The bond must be in the form of a traveler's check, a money order, a cashier's check, or an irrevocable letter of credit made **payable to the Department of Justice**. A bond in the form of a cashier's check will be considered paid once the check has been accepted for payment by the financial institution which issued the check.

**WHERE TO SUBMIT CORRESPONDENCE**

Except as noted above involving "Petitions for Expedited Release," all other documents must be submitted to the **Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, VA 22202.** The Asset ID referenced **must** be used when submitting a petition, claim and bond, or other correspondence to the DEA. **Failure to include the asset id may cause a delay in the DEA's action on this matter.**

Z 164 380 811

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form **3800**, April 1995

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BankBoston, N.A.
ATTN: Barbara J. Mollo
One BankBoston Plaza
P.O. Box 1558
Providence, RI 02901-1558
Z164380811 Asset ID: 00-DEA-374949
(CD)

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*
B. Date of Delivery 3-29

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PROVIDENCE ANNEX STA MAR 29 2000 02903

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
Z 164 380 811 557

PS Form 3811, July 1999 Domestic Return Receipt C. Weiss 102595-99-M-1789

GOVERNMENT EXHIBIT
9

# ATTENTION

The U.S. Department of Justice, Drug Enforcement Administration (DEA), Washington, D.C., gives notice that the properties listed below were seized for violation of Title 21 United States Code (U.S.C.) Section 881. Owner(s) or Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81 & 28 C.F.R. § 9.1-9.9 with the **DEA, Office of Domestic Operations, Asset Forfeiture Section, Caller #91017, Arlington, VA 22202.** Persons desiring to plac bond or approved sureties, in the amount specified, payable to the U.S. Department of Justice on/or before the date indicated. A sworn affidavit of indigency may be filed in lieu of the cost bond. Otherwise, the property will be a the possession of personal use quantities of a controlled substance or seizures of conveyances (vehicles, vessels or aircraft), expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. § **the time the assets were seized by the DEA. Those persons or businesses are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they ar**

**FIRST NOTICE**
**LAST DATE TO FILE**
**APRIL 23, 2000**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED, BOND AMOUNT**

**DISTRICT OF ALASKA**
**00-DEA-374612,** $8,455.00 U.S. Currency, Fairbanks, AK, Griffith, Jody, 02/09/00, $845
**00-DEA-374720,** $18,000.00 U.S. Currency, Anchorage, AK, Green Jr, Gene A, 02/07/00, $1,800
**NORTHERN DISTRICT OF ALABAMA**
**00-DEA-374735,** Clandestine Methamphetamine Lab, VL: $100.00, Cullman, AL, Johnson, Danny Wayne, 02/04/00, $250
**DISTRICT OF ARIZONA**
**00-DEA-373485,** Assorted Weapons, VL: $200.00, Tucson, AZ, Rubio-Felix, Maria Lourdes, 12/20/99, $250
**CENTRAL DISTRICT OF CALIFORNIA**
**00-DEA-374808,** 1988 Ferrari Testarossa, ZFFSG17A7J0075385, Los Angeles, CA, Slovak, Larry Jamie, 02/08/00, $5,000
**00-DEA-374810,** 1985 Harley Davidson FXST Motorcycle, 1HD1BHL15FY022117, Los Angeles, CA, Slovak, Larry Jamie, 02/08/00, $1,022
**00-DEA-374811,** 1991 Harley Davidson FLHTCU Motorcycle, 1HD1DPL34MY505553, Los Angeles, CA, Slovak, Larry Jamie, 02/08/00, $1,500
**00-DEA-374837,** $47,340.00 U.S. Currency, Los Angeles, CA, Matos-Santos, Rolando Bienvenido, 02/07/00, $4,734
**00-DEA-374965,** $5,980.00 U.S. Currency, Los Angeles, CA, Velasquez, Judith & Velasquez, Jesus Ortiz, 02/07/00, $598
**00-DEA-374989,** $29,620.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $2,962
**00-DEA-375000,** $24,000.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $2,400
**00-DEA-375005,** $350.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $250
**00-DEA-375008,** 1999 Yamaha Motorcycle, JYACE05C2YA001556, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $590
**00-DEA-375011,** $13,000.00 U.S. Currency, Perris, CA, Unidentified, 02/10/00, $1,300
**00-DEA-375058,** $85,195.00 U.S. Currency, Los Angeles, CA, Uribe, Noe, 02/06/00, $5,000
**EASTERN DISTRICT OF CALIFORNIA**
**00-DEA-374330,** $28,000.00 U.S. Currency, Fresno, CA, Corrales, Ernesto Mendoza AKA Piedra, La, 02/02/00, $2,800
**00-DEA-374405,** $1,425.00 U.S. Currency, Fresno, CA, Rangel, Jose Guadalupe AKA Rangez, Jose Guadalupe AKA Rangel-Ramirez, Jose Guadlaupe AKA Rangel, Jose Gaudalupe, Ramirez, Jose Guadalupe, 02/02/00, $250
**00-DEA-374589,** 2000 Polaris ATV, 4XACH50A8YA168445, Fresno, CA, Rodriguez, Maria Eugnenia & Dauz, Hector Gracian AKA Rodriguez, Hector, 02/03/00, $500
**00-DEA-374789,** $1,520.00 U.S. Currency, Vallejo, CA, Romero, Carlos, 02/03/00, $250
**00-DEA-374866,** $20,000.00 U.S. Currency, Fresno, CA, Chavez, Juan Fernando, 02/09/00, $2,000
**00-DEA-374963,** $1,600.00 U.S. Currency, Dinuba, CA, Luviano-Torres, Virgilio, 02/09/00, $250
**00-DEA-374978,** $1,000.00 U.S. Currency, Dinuba, CA, Campos, Iasias, 02/09/00, $250
**00-DEA-374984,** $1,050.00 U.S. Currency, Dinuba, CA, Godinez-Valdez, Jose AKA Godinez Valdez, Jose, 02/09/00, $250
**00-DEA-374994,** $2,795.00 U.S.

**SOUTHERN DISTRICT OF IOWA**
**00-DEA-375175,** $2,015.00 U.S. Currency, Des Moines, IA, Speller, Herbert Oliver, 02/18/00, $250
**00-DEA-375191,** $980.00 U.S. Currency, Des Moines, IA, Speller, Anita, 02/18/00, $250
**NORTHERN DISTRICT OF ILLINOIS**
**00-DEA-374757,** 1998 Ford F150 Pickup Truck, 1FTZX17W3WKB41306, Blue Island, IL, Huerta, Hugo, 02/01/00, $1,850
**00-DEA-374903,** $14,980.00 U.S. Currency, Chicago, IL, A Juvenile, 02/16/00, $1,498
**00-DEA-375054,** $33,339.00 U.S. Currency, Chicago, IL, Mohomes, Kenneth & Jones, Jessica, 02/16/00, $3,334
**00-DEA-375066,** $18,585.00 U.S. Currency, Bedford Park, IL, Elayyan, Shadi, 01/28/00, $1,858
**00-DEA-375110,** 1955 Ford Thunderbird Convertible, P5FH200633, Dixon, IL, Blangin, Virginia, 02/08/00, $2,450
**00-DEA-375124,** 1986 Jaguar XJS Convertible, SAJNV3841GC130217, Dixon, IL, Blangin, Virginia, 02/08/00, $730
**00-DEA-375320,** 1993 Cadillac Fleetwood Sedan, 1G6CD53B5P4203368, Chicago, IL, Taylor, Carlis, 02/15/00, $630
**00-DEA-375593,** $6,920.00 U.S. Currency, Chicago, IL, Gonzalez, David, 03/01/00, $692
**00-DEA-375597,** $7,350.00 U.S. Currency, Chicago, IL, Alvarez, Gregorio, 03/01/00, $735
**00-DEA-375710,** $199,910.00 U.S. Currency, Cicero, IL, Chavez, Sergio, 02/28/00, $5,000
**00-DEA-375711,** $489,940.00 U.S. Currency, Cicero, IL, Padilla, Ramiro, 02/28/00, $5,000
**SOUTHERN DISTRICT OF ILLINOIS**
**00-DEA-375151,** $15,000.00 U.S. Currency, Troy, IL, Bates, Clyde, 02/14/00, $1,500
**NORTHERN DISTRICT OF INDIANA**
**00-DEA-375452,** $64,105.00 U.S. Currency, Crown Point, IN, Solis, Joaquin, 02/28/00, $5,000
**00-DEA-375459,** 1995 Dodge Intrepid, 1B3HD46T1SF600947, Crown Point, IN, Solis, Joaquin, 02/28/00, $800
**00-DEA-375558,** $4,750.00 U.S. Currency, Fort Wayne, IN, Gaulden, Anthony, 02/25/00, $475
**00-DEA-375562,** 1996 Jeep Grand Cherokee Laredo, 1J4GZ58Y9TC230158, Fort Wayne, IN, Gaulden, Anthony, 02/25/00, $1,500
**DISTRICT OF KANSAS**
**00-DEA-375232,** $8,000.00 U.S. Currency, Wichita, KS, Flores, Jose Granados, 02/20/00, $800
**EASTERN DISTRICT OF KENTUCKY**
**00-DEA-374517,** $2,188.00 U.S. Currency, Newport, KY, Padilla, Alexander D'Ottavio, 02/03/00, $250
**00-DEA-374783,** Smith & Wesson 9mm Pistol, Serial #TBA6424, VL: $450.00, Waynesburg, KY, Hernandez, Joaquin AKA Martinez, Eduardo & Arellano, Benjamin Munez, 02/10/00, $250
**WESTERN DISTRICT OF KENTUCKY**
**00-DEA-374408,** $249,658.00 U.S. Currency, Louisville, KY, Williams, Henery Deon AKA Deon, 02/05/00, $5,000
**EASTERN DISTRICT OF LOUISIANA**
**00-DEA-374276,** 1988 Oldsmobile Cutlass, 1G3GR11Y1JP304980, Bridge City, LA, Hill, Mona, 01/25/00, $250
**WESTERN DISTRICT OF LOUISIANA**
**00-DEA-374763,** $54,000.00 U.S. Currency, Greenwood, LA, Broadus, Marvin William, 02/03/00, $5,000
**DISTRICT OF MASSACHUSETTS**
**00-DEA-374462,** $8,729.00 U.S. Currency, Springfield, MA, Dacosta, Karlene, 02/04/00, $873
**00-DEA-374465,** $719.00 U.S. Currency, Springfield, MA, Edwards, Lincoln, 02/04/00, $250
**00-DEA-374498,** 1999 Ford Crown Victoria, 2FAFP74W5XX111836, Avon, MA, May, Edward M, 02/11/00, $1,557
**00-DEA-374683,** 1998 Chevrolet GMT400, 1GCGK24R2WE127325, North Dartmouth, MA, Perry, Shawn, 02/05/00, $2,037
**00-DEA-374695,** $24,120.00 U.S. Currency, Hyde Park, MA, Mejia, Jorge AKA Tony, 02/01/00, $2,412
**00-DEA-374841,** 1991 Honda Accord, JHMCB7686MC092215, Fall River, MA, Mercado, Moise, 02/07/00, $537
**00-DEA-375028,** $2,062.00 U.S. Currency, Lawrence, MA, Baez, Carlos S & Baez, America Encarnacion & Santana, Lucia I AKA Baez, Lucy, 01/31/00, $250
**00-DEA-375053,** $7,700.00 U.S. Currency, Lawrence, MA, Baez, Carlos S & Baez, America Encarnacion & Santana, Lucia I AKA Baez, Lucy, 01/31/00, $770
**DISTRICT OF MARYLAND**
**00-DEA-374545,** $15,470.00 U.S. Currency, Baltimore, MD, Locklear, Princall, 02/04/00, $1,547
**00-DEA-374853,** 1998 Land Rover Range Rover, SALPV1441WA381694, Baltimore, MD, Barton, Terry Lee, 02/10/00, $5,000
**00-DEA-374878,** $4,182.00 U.S. Currency,

**00-DEA-374913,** 1953 Chevrolet Belair, C53A037996, Melville, NY, Gonzalez-Hernandez, Diego, 02/03/00, $900
**00-DEA-375160,** $14,490.00 U.S. Currency In Safe Deposit Box #70, Chase Manhattan Bank, Astoria, NY, Morales, Carlos & Morales, Andrew, 02/11/00, $1,449
**96-DEA-309544,** $220,458.00 U.S. Currency, Queens, NY, Solorza, Mario, 02/22/96, $5,000
**98-DEA-343123,** 1993 Mercury Villager LS Mini-Van, 4M2DV11W8PDJ06480, Jackson Heights, NY, Quintero, Camilo A, 11/24/97, $1,300
**98-DEA-355869,** $480,360.00 U.S. Currency, Valley Stream L.I., NY, Unidentified, 09/30/98, $5,000
**NORTHERN DISTRICT OF NEW YORK**
**00-DEA-374714,** $1,512.00 U.S. Currency, Syracuse, NY, Patterson, Darryl, 02/10/00, $250
**SOUTHERN DISTRICT OF NEW YORK**
**00-DEA-374260,** $36,771.00 U.S. Currency, Bronx, NY, Owens, Shawn AKA Trusty, James, 02/02/00, $3,677
**00-DEA-374503,** $299,095.00 U.S. Currency, New York, NY, Gerado, Eddie, 02/03/00, $5,000
**00-DEA-374889,** $2,945.00 U.S. Currency, Bronx, NY, Ortiz, Benjamin, 02/04/00, $294
**00-DEA-375453,** $3,203.00 U.S. Currency, New York, NY, Lugo, Noel, 02/03/00, $320
**00-DEA-375580,** 2000 Mazda MPV, JM3LW28G5Y0121764, New York, NY, Hall, Carl, 01/10/00, $2,422
**WESTERN DISTRICT OF NEW YORK**
**00-DEA-374617,** $1,148.00 U.S. Currency, Rochester, NY, Manor, Tyrone D, 02/02/00, $250
**00-DEA-374624,** $1,208.00 U.S. Currency, Rochester, NY, Masionet, Marino, 02/02/00, $250
**00-DEA-374868,** $1,279.00 U.S. Currency, Rochester, NY, Sherry Jr, Alan Lee, 02/04/00, $250
**00-DEA-374869,** $1,147.00 U.S. Currency, Rochester, NY, McCullough, David Vincent, 02/08/00, $250
**00-DEA-374870,** $1,630.00 U.S. Currency, Rochester, NY, Lewis, Chad J, 02/09/00, $250
**00-DEA-375156,** $2,654.00 U.S. Currency, Rochester, NY, Garner, Shurmale Lamar, 02/11/00, $265
**NORTHERN DISTRICT OF OHIO**
**00-DEA-374664,** $7,027.00 U.S. Currency, Cleveland, OH, Larios, Reynalda, 02/10/00, $703
**DISTRICT OF OREGON**
**00-DEA-374919,** $22,050.00 U.S. Currency, Portland, OR, Mercado-Martinez, Agustin, 02/10/00, $2,205
**EASTERN DISTRICT OF PENNSYLVANIA**
**00-DEA-374665,** $4,000.00 U.S. Currency, Upper Black Eddy, PA, Marusa, Eugene, 02/10/00, $400
**00-DEA-374669,** $60,000.00 U.S. Currency, Feasterville, PA, Lertzman, Steven, 02/10/00, $5,000
**00-DEA-374675,** $7,630.00 U.S. Currency, Horsham, PA, Keczely, Edward, 02/10/00, $763
**00-DEA-374680,** $10,000.00 U.S. Currency, Feasterville, PA, Lertzman, Steven, 02/10/00, $1,000
**00-DEA-374682,** $983.00 U.S. Currency, Croydon, PA, Lamb, George, 02/10/00, $250
**00-DEA-374787,** Assorted Weapons, VL: $800.00, Philadelphia, PA, Page, Norman, 02/11/00, $250
**00-DEA-374802,** $3,000.00 U.S. Currency, Philadelphia, PA, Lamb, George, 02/16/00, $300
**00-DEA-374854,** 1993 Chevrolet Pick-Up Truck, 2GBEC19K8P1207410, Feasterville, PA, Lertzman, Steven, 02/10/00, $1,035
**00-DEA-374907,** $20,970.00 U.S. Currency, Philadelphia, PA, Flack Jr, James Leonard, 02/13/00, $2,097
**00-DEA-374924,** Smith & Wesson, Model 32-10, .38 Caliber Revolver, Serial #R4410, VL: $400.00, Philadelphia, PA, Vecchione, Paul, 02/10/00, $250
**DISTRICT OF PUERTO RICO**
**00-DEA-374074,** $34,145.00 U.S. Currency, Carolina, PR, Perez-Chardon, Allwin, 01/27/00, $3,414
**00-DEA-374075,** $37,020.00 U.S. Currency, Carolina, PR, Rodriguez-Nunez, Juan Rafael, 01/27/00, $3,702
**DISTRICT OF RHODE ISLAND**
**00-DEA-374949,** BankBoston, Checking Account #273-34191, VL: $73,483.27, Providence, RI, New England Contract Crushing, 02/07/00, $5,000
**DISTRICT OF SOUTH CAROLINA**
**00-DEA-374371,** $14,000.00 U.S. Currency, West Columbia, SC, Wisdom, Enoch AKA Wilson, Enoch, 01/27/00, $1,400
**00-DEA-374384,** $1,128.00 U.S. Currency, West Columbia, SC, Delaney, Reginald, 01/27/00, $250
**00-DEA-374662,** Assorted Weapons, VL:

Currency, Greenbay, WI, Stache, Harold J, 02/25/00, $250
**WESTERN DISTRICT OF WISCONSIN**
**00-DEA-375163,** $1,775.00 U.S. Currency, Madison, WI, Monteiro, Kalief R, 02/18/00, $250
**00-DEA-375166,** $5,000.00 U.S. Currency, LaCrosse, WI, Diderrich, Quinn A, 02/25/00, $500
**00-DEA-375176,** $3,997.00 U.S. Currency, Jackson, WI, Boyce, Vincent, 02/15/00, $400
**00-DEA-375293,** $2,789.00 U.S. Currency, Madison, WI, Smith, Lanae L, 02/28/00, $279
**00-DEA-375368,** $1,527.00 U.S. Currency, Monroe, WI, Niccum, William R, 02/28/00, $250
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**00-DEA-374622,** $7,120.00 U.S. Currency, Charleston, WV, Perry, Orenthal AKA OJ, 02/03/00, $712
**DISTRICT OF WYOMING**
**00-DEA-375210,** $12,659.00 U.S. Currency, Casper, WY, Blythe, Jeffrey Walter, 02/22/00, $1,266

**SECOND NOTICE**
**LAST DATE TO FILE**
**APRIL 16, 2000**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED, BOND AMOUNT**

**DISTRICT OF ALASKA**
**00-DEA-374414,** $10,300.00 U.S. Currency, Anchorage, AK, Santo, 02/04/00, $1,030
**MIDDLE DISTRICT OF ALABAMA**
**00-DEA-374897,** $3,850.00 U.S. Currency, Montgomery, AL, Blue, Gregory, 01/31/00, $385
**SOUTHERN DISTRICT OF ALABAMA**
**00-DEA-374427,** Non-Operating Methamphetamine Lab, VL: $97.48, Bay Minette, AL, Miller, Brian, 02/04/00, $250
**EASTERN DISTRICT OF ARKANSAS**
**00-DEA-374678,** $20,229.00 U.S. Currency, Little Rock, AR, Hampton, Jessie Wayne, 01/27/00, $2,023
**DISTRICT OF ARIZONA**
**00-DEA-374749,** Ruger 9mm Semi-Automatic Pistol w/Magazine & Ammunition, Serial #311-43490, VL: $176.00, Winslow, AZ, Bashir, Elias Yusuf, 01/29/00, $250
**00-DEA-374760,** High Point Firearms, Model C-9 9mm Pistol & Magazine, Serial #821207, VL: $51.00, Tucson, AZ, A Juvenile, 01/27/00, $250
**99-DEA-367440,** $64,500.00 U.S. Currency, Tucson, AZ, Munguia-Valenzuela, Jesus, 08/02/99, $5,000
**99-DEA-367511,** $20,000.00 U.S. Currency, Tucson, AZ, Munguia-Valenzuela, Jesus, 08/06/99, $2,000
**CENTRAL DISTRICT OF CALIFORNIA**
**00-DEA-374017,** $11,615.00 U.S. Currency, Moreno Valley, CA, Gaxiola-Gonzalez, Ezequiel, 01/23/00, $1,161
**00-DEA-374138,** $9,000.00 U.S. Currency, Ontario, CA, Williams, Lloyd Williams AKA Williams, Llord AKA Lord, 01/26/00, $900
**00-DEA-374206,** $4,000.00 U.S. Currency, Hollywood, CA, Izsak, Randy Cole, 01/28/00, $400
**00-DEA-374345,** $9,947.00 U.S. Currency, Paramount, CA, Vizcaino, Fernando, 02/02/00, $995
**00-DEA-374348,** $1,122.00 U.S. Currency, Paramount, CA, Lizarraga, Juan, 02/02/00, $250
**00-DEA-374472,** $5,500.00 U.S. Currency, Ontario, CA, Delgado, Torres, Miguel A, 02/02/00, $550
**00-DEA-374571,** 1991 Honda Accord EX, JHMCB7664MC070695, Huntington Park, CA, Carbajal, Mario, 02/02/00, $510
**00-DEA-374655,** $22,950.00 U.S. Currency, Los Angeles, CA, Lluen, Vanessa Cecilia, 02/02/00, $2,295
**00-DEA-374687,** $8,860.00 U.S. Currency, Los Angeles, CA, Jackson, Devorte, 02/02/00, $886
**00-DEA-374697,** $12,220.00 U.S. Currency, Los Angeles, CA, Villarubia-Montero, Zoraida, 02/02/00, $1,222
**00-DEA-375061,** Miscellaneous Furniture & Electronic Equipment, VL: $25,540.00, Riverside, CA, Dennis, Patrick Jerome AKA Martin, Keshawn & Dennis, Vickie AKA Martin, Vickie, 01/21/00, $2,554
**00-DEA-375094,** $10,340.00 U.S. Currency, Los Angeles, CA, Williams, Shaunte Lynette, 02/04/00, $1,034
**00-DEA-375218,** Miscellaneous Electronic & Computer Equipment, VL: $29,039.00, Riverside, CA, Dennis, Patrick Jerome AKA Martin, Keshawn & Dennis, Vickie AKA Martin, Vickie, 01/21/00, $2,904
**00-DEA-375490,** Mossberg 12 Gauge Shotgun, Serial #J213104, VL: $1.00, Riverside, CA, Dennis, Patrick Jerome AKA Martin, Keshawn & Dennis, Vickie AKA Martin, Vickie, 01/21/00, $250
**EASTERN DISTRICT OF CALIFORNIA**
**00-DEA-373536,** $9,800.00 U.S. Currency, Reedley, CA, La Carniceria Market, 01/12/00, $980
**00-DEA-374280,** $1,261.00 U.S. Currency,

**00-DEA-374495,** $6,091.00 U.S. Currency, West Palm Beach, FL, Falcon, Javier, 02/08/00, $609
**00-DEA-375030,** $20,000.00 U.S. Currency, Miami, FL, Fisicaro, Mark Anthony, 02/10/00, $2,000
**NORTHERN DISTRICT OF GEORGIA**
**00-DEA-374207,** $9,000.00 U.S. Currency, Norcross, GA, Fuentes, Julio, 01/25/00, $900
**00-DEA-374231,** $28,000.00 U.S. Currency, Norcross, GA, Rincon-Prado, Virgilio & A Juvenile, 01/25/00, $2,800
**00-DEA-374251,** $35,100.00 U.S. Currency, Smyrna, GA, Newton, James, 01/19/00, $3,510
**00-DEA-374262,** $10,480.00 U.S. Currency, Marietta, GA, Middleton, Daniel Ben, 01/19/00, $1,048
**00-DEA-374358,** 1999 Lincoln Navigator, 5LMRU27L7XLJ11623, Norcross, GA, Ramirez-Lozano, Nectali AKA Sandoval, Roberto, 01/20/00, $3,100
**00-DEA-374401,** $11,665.15 U.S. Currency, Lake City, GA, Bates, Lester, 02/02/00, $1,167
**00-DEA-374407,** $19,537.13 U.S. Currency, Lake City, GA, Bates, Lester, 02/02/00, $1,954
**DISTRICT OF HAWAII**
**00-DEA-374830,** $93,870.00 U.S. Currency, Wailuku, HI, McDermott, Ron Joseph, 01/26/00, $5,000
**NORTHERN DISTRICT OF IOWA**
**00-DEA-374690,** Non-Operational Methamphetamine Laboratory, VL: $100.00, Independence, IA, McMurrin, Charlotte, 02/13/00, $250
**00-DEA-374750,** Beretta Model 21A .22, Serial #BES497290, VL: $150.00, Sioux City, IA, Monzon, Gabriel AKA Ramirez, Luis, 02/09/00, $250
**CENTRAL DISTRICT OF ILLINOIS**
**99-DEA-368150,** $192,000.00 U.S. Currency, Joliet, IL, Munguia-Valenzuela, Jesus, 08/10/99, $5,000
**NORTHERN DISTRICT OF ILLINOIS**
**00-DEA-374328,** $2,945.00 U.S. Currency, Chicago, IL, Jones, Donna Elise, 01/25/00, $294
**00-DEA-374385,** Platinum Diamond Ring & Cartier Watch, VL: $8,000.00, Chicago, IL, Grant Jr, Craig Orlando, 01/24/00, $800
**00-DEA-374400,** $55,010.00 U.S. Currency, Chicago, IL, Foster, Lloyd Lamont, 02/03/00, $5,000
**00-DEA-374728,** $16,760.00 U.S. Currency, Chicago, IL, Fullerton, Colin, 02/09/00, $1,676
**00-DEA-374747,** $13,243.00 U.S. Currency, Chicago, IL, Woods, Roger D & Frazier, Patrick W, 02/03/00, $1,324
**00-DEA-374770,** $20,000.00 U.S. Currency, Chicago, IL, Holcomb, Darryl B, 02/03/00, $2,000
**00-DEA-374784,** $7,976.00 U.S. Currency, Chicago, IL, Scott, William L, 02/03/00, $798
**00-DEA-375103,** $74,970.00 U.S. Currency, Moline, IL, Peterson, David, 02/14/00, $5,000
**00-DEA-375242,** $20,000.00 U.S. Currency, Palatine, IL, Herbert, Frank S, 02/23/00, $2,000
**00-DEA-375248,** $40,100.00 U.S. Currency, Chicago, IL, Alambar Jr, Hipolito, 02/18/00, $4,010
**00-DEA-375253,** $12,610.00 U.S. Currency, Chicago, IL, Loggins, Sheron Lamont, 02/22/00, $1,261
**00-DEA-375255,** $10,220.00 U.S. Currency, Chicago, IL, Moore, Janice M, 02/25/00, $1,022
**00-DEA-375262,** $10,660.00 U.S. Currency, Chicago, IL, Wiggins, Randy, 02/22/00, $1,066
**00-DEA-375298,** $12,195.00 U.S. Currency, Calumet City, IL, Valdivia, Luis, 02/24/00, $1,219
**00-DEA-375455,** 1998 Chevrolet Cavalier Coupe, 1G1JC1241W7194404, Chicago, IL, Grant Jr, Craig Orlando, 01/24/00, $900
**SOUTHERN DISTRICT OF ILLINOIS**
**00-DEA-373631,** 1999 Suzuki GSX 1300 R Motorcycle, JS1GW71ASX2104077, Hartford, IL, Midwest Motor Sports, 01/14/00, $800
**NORTHERN DISTRICT OF INDIANA**
**00-DEA-373996,** 1990 Lincoln Continental, 1LNCM9744LY803037, Hammond, IN, Ortega, Louis, 01/22/00, $600
**00-DEA-374004,** 1996 Pontiac Grand Prix, ... IN, ... y, Crown Point, IN, Vega-Ortiz, Sergio, 02/10/00, $555
**00-DEA-375069,** 1994 Pontiac Bonneville SE, 1G2HX52LXR4243747, Lowell, IN,

GOVERNMENT EXHIBIT 10

Currency, Climmie, ... **WESTERI** **00-DEA-3** Diesel Tru Kansas Ci Eduardo A Rodriguez AKA Valer Valenzuel, Benito, 02 **00-DEA-3** Currency, Araiz, Edu AKA Rodri Benito AK Valenzuel, Benito, 02 **00-DEA-3** #0034729 Kansas Ci Valenzuel Benito AK Rodriguez Edward Al 02/14/00, **00-DEA-3** #0047778 Kansas Ci Valenzuel Benito AK Rodriguez Edward Al 02/14/00, **00-DEA-3** Currency, Don W, 02 **00-DEA-3** Kansas Ci Smith, Edc **SOUTHEF OF MISSI** **00-DEA-3** Ridgeland, Timikia Je **DISTRICT** **00-DEA-3** Billings, M AKA Kust, **00-DEA-3** Currency, 02/17/00, **EASTERN OF NORTI** **00-DEA-3** Currency, Jayshawn, **00-DEA-3** Leland, NC **MIDDLE D NORTH C** **00-DEA-3** Gold Hill, N Rowland, 01/13/00, **00-DEA-3** Reidsville, 02/03/00, **DISTRICT** **00-DEA-3** Pick-Up Tr Nashua, N 01/31/00, **00-DEA-3** Currency, 02/02/00, **00-DEA-3** Currency, 02/02/00, **DISTRICT** **00-DEA-3** Albuquerq 01/31/00, **00-DEA-3** Currency, Hoang, 02 **EASTERN** **00-DEA-3** #30172691 NY, Bank, Richmond 01/27/00, **00-DEA-3** Currency I of New Yo Hossein, 0 **00-DEA-3** Jackson He Mayor, Har **00-DEA-3** Currency, 01/28/00, **00-DEA-3** Currency, 01/26/00, **00-DEA-3** Currency, Donald, 01 **00-DEA-3** Currency, Markese, **00-DEA-3** $28,150.0 Markese, 0 **00-DEA-3** Currency, L, 02/03/0 **00-DEA-3**

LEGAL NOTICES

# ATTENTION

The U.S. Department of Justice, Drug Enforcement Administration (DEA), Washington, D.C., gives notice that the properties listed below were seized for violation of Title 21 United States Code (U.S.C.) Section 881. Owner(s) or lienor(s) may file petitions for remission or mitigation of forfeiture pursuant to Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81 & 28 C.F.R. § 9.1-9.9 with the **DEA, Office of Domestic Operations, Asset Forfeiture Section, Caller #91017, Arlington, VA 22202.** Persons desiring to place the matter in U.S. District Court to contest the probable cause for seizure bond or approved sureties, in the amount specified, payable to the U.S. Department of Justice on/or before the date indicated. A sworn affidavit of indigency may be filed in lieu of the cost bond. Otherwise, the property will be administratively forfeited pursuant to 19 U.S.C. § 1609 and will be dispose the possession of personal use quantities of a controlled substance or seizures of conveyances (vehicles, vessels or aircraft), expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. § 1316.90-1316.99. **The names of persons or businesses appearing in the time the assets were seized by the DEA. Those persons or businesses are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.**

**FIRST NOTICE**
**LAST DATE TO FILE**
**APRIL 30, 2000**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED, BOND AMOUNT**

**DISTRICT OF ALASKA**
**00-DEA-375908,** $19,700.00 U.S. Currency, Anchorage, AK, Santiago, Arturo, 03/07/00, $1,970
**MIDDLE DISTRICT OF ALABAMA**
**00-DEA-374539,** 1992 Ford Explorer XLT, 1FMDU32X9NUD77701, Tallassee, AL, Brown, Cedrick, 01/21/00, $325
**00-DEA-374881,** $6,567.00 U.S. Currency, Montgomery, AL, Lopez-Urbina, Esmidio, 02/10/00, $657
**00-DEA-375074,** 2000 Cadillac Escalade, 1GYEK13R5YR131765, Montgomery, AL, Blane, Martin, 02/03/00, $4,500
**WESTERN DISTRICT OF ARKANSAS**
**00-DEA-374628,** One Clandestine Meth Lab w/ Chemicals & Glassware, VL: $1.00, Cedarville, AR, Hopkins, Troy, 01/18/00, $250
**00-DEA-374638,** Non-Operational Meth Lab w/Chemicals & Glassware, VL: $1.00, Huntsville, AR, Emery, Jason Duane, 01/18/00, $250
**DISTRICT OF ARIZONA**
**00-DEA-375315,** 1999 Toyota Camry, 4T1BG22K9XU405836, Tucson, AZ, Fuscl, Judith N, 02/16/00, $1,527
**CENTRAL DISTRICT OF CALIFORNIA**
**00-DEA-374240,** (2) Racing Go Carts & (1) Black Double Decker Trailer, Canyon Lake, CA, Johnson, Douglas Ellie AKA Johnson, Douglas Ellie, 01/21/00, $530
**00-DEA-374250,** Honda ES6500 Generator, Serial #1277079, VL: $5,000.00, Lake Elsinore, CA, Johnson, Douglas Ellis AKA Johnson, Douglas Ellie, 01/21/00, $500
**00-DEA-374253,** 1985 Jeep CJ7, 1JCCF87E7FT122906, Canyon Lake, CA, Johnson, Douglas Ellis AKA Johnson, Douglas Ellie, 01/21/00, $700
**00-DEA-374255,** 1971 Hondo Boat w/Trailer, Nelson, Wayne Anthony AKA Johnson, Norman AKA Chamberlain, Garfield A, 02/09/00, $998
**SOUTHERN DISTRICT OF FLORIDA**
**00-DEA-374800,** $5,020.00 U.S. Currency, Fort Lauderdale, FL, Clarke, Crayus A, 02/08/00, $502
**00-DEA-375166,** 1994 Nissan Maxima, JN1HJ01F8RT218463, Miami, FL, Correa, Mario, 02/03/00, $462
**00-DEA-375354,** $8,809.00 U.S. Currency, Naranja, FL, McGhee, Clyde & Addison, Tonya, 01/27/00, $881
**00-DEA-375357,** Assorted Jewelry, VL: $9,990.00, Naranja, FL, McGhee, Clyde & Addison, Tonya, 01/27/00, $999
**00-DEA-375472,** 1998 Chevrolet Suburban, 3GNEC16R9WG139466, Miami, FL, Jackson, Rodney, 02/16/00, $2,430
**00-DEA-375921,** $1,616.00 U.S. Currency, Fort Lauderdale, FL, Stroh-Akerstain, Jose Enrique, 01/20/00, $250
**99-DEA-366987,** $130,140.00 U.S. Currency, Hialeah, FL, Polanco, Ruben, 07/12/99, $5,000
**99-DEA-368304,** $100,000.00 U.S. Currency, Miami, FL, McDermott, Michel & Jones, David B, 08/04/99, $5,000
**MIDDLE DISTRICT OF GEORGIA**
**00-DEA-374434,** $10,900.00 U.S. Currency, Vienna, GA, Watson, Darrell, 02/08/00, $1,090
**NORTHERN DISTRICT OF GEORGIA**
**00-DEA-374521,** $705.00 U.S. Currency, Lake City, GA, Bates, Lester, 02/02/00, $250
**00-DEA-374529,** $9,750.00 U.S. Currency, Atlanta, GA, Sarmiento, David, 02/03/00, $975
**00-DEA-374535,** $5,341.00 U.S. Currency, Atlanta, GA, Ayala-Avitia, Jose DeJesus, 02/03/00, $534

& Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375716,** $87,920.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375720,** $680,465.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375721,** $139,850.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375901,** $9,750.00 U.S. Currency, Chicago, IL, Robinson II, Lewis R, 02/09/00, $975
**SOUTHERN DISTRICT OF ILLINOIS**
**00-DEA-375633,** $5,000.00 U.S. Currency, Collinsville, IL, Whittle, Louis D 03/03/00, $500
**00-DEA-375656,** $4,400.00 U.S. Currency, Collinsville, IL, Whittle, Louis D, 03/03/00, $440
**00-DEA-375659,** $9,200.00 U.S. Currency, Collinsville, IL, Callaway, Parris L, 03/03/00, $920
**99-DEA-367759,** 1999 Dodge Dakota Pick-Up Truck, 1B7GL22ZXXS288458, Du Quoin, IL, Fernandez, Francisco, 08/09/99, $2,663
**NORTHERN DISTRICT OF INDIANA**
**00-DEA-375216,** $1,205.00 U.S. Currency, Fort Wayne, IN, Smith, Ronnie, 02/23/00, $250
**EASTERN DISTRICT OF KENTUCKY**
**00-DEA-374874,** 1997 Mercury Villager Van, 4M2DV1112VDJ46247, Waynesburg, KY, Hernandez, Joaquin AKA Martinez, Eduardo, 02/10/00, $1,402
**00-DEA-375292,** $10,100.00 U.S. Currency, Hebron, KY, Ray, William, 02/27/00, $1,010
**DISTRICT OF MASSACHUSETTS**
**00-DEA-374705,** 1993 Mazda 626, 1YVGE22A0P5123113, Hyde Park, MA, Mejia, Jorge AKA Tony, 02/01/00, $250
**DISTRICT OF MARYLAND**
**00-DEA-373215,** 1994 Ford Explorer, 1FMDU32X5RUD06517, Waldorf, MD, Jennings, Jonathan Demetrius AKA John-John AKA Michie AKA Metri,
Monroe, NC, Brown, Kevin Dewayne, 02/08/00, $250
**00-DEA-374466,** $1,138.00 U.S. Currency, Monroe, NC, Brooks, Cedrick Lamonte, 02/08/00, $250
**00-DEA-374478,** $3,086.00 U.S. Currency, Charlotte, NC, Davis, Tyran Rae, 02/03/00, $309
**00-DEA-374952,** $1,381.00 U.S. Currency, Columbus, NC, Mason, Teresa, 01/26/00, $250
**DISTRICT OF NEBRASKA**
**00-DEA-375649,** $1,476.03 U.S. Currency, Brock, NE, Falk, Miranda L, 03/01/00, $250
**00-DEA-375686,** $2,430.00 U.S. Currency, Omaha, NE, Altamirano, Candelario AKA Martinez, Carlos, 03/07/00, $250
**00-DEA-375895,** 1990 Lincoln Town Car 1LNLM83F6LY600622, Hall County, NE, Chavez-Santiago, Misael, 03/06/00, $402
**00-DEA-375904,** $12,200.00 U.S. Currency, Omaha, NE, Carrasco-Garcia, Arturo, 03/01/00, $1,220
**00-DEA-376005,** 1995 Chevrolet RV, 1GBKP37N25330937, Dawson County, NE, Martin, Troy E & Graumann, Daryl K, 03/03/00, $3,000
**DISTRICT OF NEW HAMPSHIRE**
**00-DEA-375530,** $9,281.00 U.S. Currency, Derry, NH, Espinola, Michael J, 02/09/00, $928
**DISTRICT OF NEW JERSEY**
**00-DEA-374955,** Davis .380 Semi-Automatic Pistol, Serial #AP324874, VL: $250.00, Tuckerton, NJ, Vecchione, Paul, 02/10/00, $250
**EASTERN DISTRICT OF NEW YORK**
**00-DEA-374961,** $318,610.00 U.S. Currency, Queens, NY, Varela, Shulma E, 02/15/00, $5,000
**00-DEA-375173,** $2,076.00 U.S. Currency

02/09/00, $5,000
**00-DEA-375039,** $9,184.00 U.S. Currency, Mahopac, NY, Buttiglione, Robert, 02/09/00, $918
**00-DEA-375041,** $7,495.30 U.S. Currency, Carmel, NY, Buttiglione, Robert, 02/09/00, $750
**00-DEA-375042,** $19,000.00 U.S. Currency, Carmel, NY, Frey, Scott, 02/09/00, $1,900
**00-DEA-375446,** $1,737.00 U.S. Currency, New York, NY, Gancharski, Oshri AKA Levy, Eli, 02/11/00, $250
**00-DEA-375458,** $1,302.00 U.S. Currency, New York, NY, Gancharski, Oshri AKA Levy, Eli, 02/11/00, $250
**00-DEA-375462,** $80,000.00 U.S. Currency, New York, NY, Meshulam, Yakov, 02/11/00, $5,000
**00-DEA-375465,** $10,000.00 U.S. Currency, New York, NY, Diaz, Linardo, 02/28/00, $1,000
**00-DEA-375469,** $29,980.00 U.S. Currency, New York, NY, Meshulam, Yakov, 02/11/00, $2,998
**WESTERN DISTRICT OF NEW YORK**
**00-DEA-375029,** $3,810.00 U.S. Currency, Buffalo, NY, McLaren, Matthew & Bhalla, Rohini, 02/17/00, $381
**00-DEA-375032,** $1,605.00 U.S. Currency, Buffalo, NY, Feronti, Corey J, 02/18/00, $250
**00-DEA-375033,** $48,000.00 U.S. Currency In Safe Deposit Box #099, Key Bank, Buffalo, NY, McLaren, Matthew, 02/17/00, $4,800
**00-DEA-375038,** $78,600.00 U.S. Currency In Safe Deposit Box #834, HSBC, Buffalo, NY, McLaren, Matthew, 02/17/00, $5,000
**NORTHERN DISTRICT OF OHIO**
**00-DEA-374872,** $5,296.00 U.S. Currency, Cleveland, OH, Mongo Jr, David G, 02/18/00, $530
**SOUTHERN DISTRICT OF OHIO**
**00-DEA-374431,** $27,800.00 U.S. Currency, Dayton, OH, Phillips, Andre, 02/07/00, $2,780
**00-DEA-374926,** $4,985.00 U.S. Currency, Columbus, OH, Soto, Edwin A, 02/15/00, $498
Milwaukee, WI, ... $250
**00-DEA-375745,** $1,121.00 U.S. Currency, Kenosha, WI, Fermin, Jose F, 03/01/00, $250
**00-DEA-375801,** $1,115.00 U.S. Currency, Milwaukee, WI, Scott, Anthony, 03/10/00, $250
**00-DEA-375849,** $5,449.00 U.S. Currency, Milwaukee, WI, Robinson, Enzy, 03/10/00, $545
**WESTERN DISTRICT OF WISCONSIN**
**00-DEA-375460,** $3,000.00 U.S. Currency, Madison, WI, Streiff, Jennifer A, 03/02/00, $300
**00-DEA-375682,** $4,414.48 U.S. Currency, Scoff, WI, Rampart, Tony, 03/06/00, $441
**00-DEA-375750,** 1999 Chevrolet Blazer LT, 1GNDT13W9X2238871, Madison, WI, Howard, Anthony, 03/09/00, $2,135
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**00-DEA-374908,** $29,547.00 U.S. Currency, Summersville, WV, Lovelace, Tracey L, 02/09/00, $2,955
**00-DEA-374946,** $2,205.00 U.S. Currency, White Sulpher Spring, WV, Calhoun, Alphonso Edward, 02/14/00, $250

**SECOND NOTICE**
**LAST DATE TO FILE**
**APRIL 23, 2000**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED, BOND AMOUNT**

**DISTRICT OF ALASKA**
**00-DEA-374612,** $8,455.00 U.S. Currency, Fairbanks, AK, Griffith, Jody, 02/09/00, $845
**00-DEA-374720,** $18,000.00 U.S. Currency, Anchorage, AK, Green Jr, Gene A, 02/07/00, $1,800

Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $2,962
**00-DEA-375000,** $24,000.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $2,400
**00-DEA-375005,** $350.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $250
**00-DEA-375008,** 1999 Yamaha Motorcycle, JYACE05C2YA001556, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Worl AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $590
**00-DEA-375011,** $13,000.00 U.S. Currency, Perris, CA, Unidentified, 02/10/00, $1,300
**00-DEA-375058,** $85,195.00 U.S. Currency, Los Angeles, CA, Uribe, Noe, 02/06/00, $5,000
**EASTERN DISTRICT OF CALIFORNIA**
**00-DEA-374330,** $28,000.00 U.S. Currency, Fresno, CA, Corrales, Ernesto Mendoza AKA Piedra, La, 02/02/00, $2,800
**00-DEA-374405,** $1,425.00 U.S. Currency, Fresno, CA, Rangel, Jose Guadalupe AKA Rangez, Jose Guadalupe AKA Rangel-Ramirez, Jose Guadalupe AKA Rangel
Sandoval, Roberto, 01/20/00, $250
**00-DEA-374710,** $3,790.00 U.S. Currency, Atlanta, GA, Day, Joe, 02/07/00, $379
**00-DEA-374715,** $39,490.00 U.S. Currency, Atlanta, GA, Unidentified, 02/07/00, $3,949
**00-DEA-374729,** $5,181.06 U.S. Currency, Atlanta, GA, White, David AKA Dee, 01/18/00, $518
**00-DEA-375145,** Colt MK IV .45 Caliber Series 70 Semi-Auto Pistol w/Magazine, Serial #33602G70, VL: $50.00, Norcross, GA, Benitez-Diaz, Alberto, 01/20/00, $250
**00-DEA-375147,** Armi F.LLI-Italy .380 Caliber Semi-Auto Pistol, Serial #P23748, VL: $50.00, Decatur, GA, Aveldanez-Vargas, Jacobo, 01/20/00, $250
**SOUTHERN DISTRICT OF IOWA**
**00-DEA-375175,** $2,015.00 U.S. Currency, Des Moines, IA, Speller, Herbert Oliver, 02/18/00, $250
**00-DEA-375191,** $980.00 U.S. Currency, Des Moines, IA, Speller, Anita, 02/18/00, $250
**NORTHERN DISTRICT OF ILLINOIS**
**00-DEA-374757,** 1998 Ford F150 Pickup Truck, 1FTZX17W3WKB41306, Blue Island, IL, Huerta, Hugo, 02/01/00, $1,850
**00-DEA-374903,** $14,980.00 U.S. Currency, Chicago, IL, A Juvenile, 02/16/00, $1,498
**00-DEA-375054,** $33,339.00 U.S. Currency, Chicago, IL, Mohomes, Kenneth & Jones, Jessica, 02/16/00, $3,334
**00-DEA-375066,** $18,585.00 U.S. Currency, Bedford Park, IL, Elayyan, Shadi, 01/28/00, $1,858
**00-DEA-375110,** 1955 Ford Thunderbird Convertible, P5FH200633, Dixon, IL, Blangin, Virginia, 02/08/00, $2,450
**00-DEA-375124,** 1986 Jaguar XJS Convertible, SAJNV3841GC130217, Dixon,

**DISTRICT OF KANSAS**
**00-DEA-375232,** $8,000.00 U.S. Currency, Wichita, KS, Flores, Jose Granados, 02/20/00, $800
**EASTERN DISTRICT OF KENTUCKY**
**00-DEA-374517,** $2,188.00 U.S. Currency, Newport, KY, Padilla, Alexander D'Ottavio, 02/03/00, $250
**00-DEA-374783,** Smith & Wesson 9mm Pistol, Serial #TBA6424, VL: $450.00, Waynesburg, KY, Hernandez, Joaquin AKA Martinez, Eduardo & Arellano, Benjamin Munez, 02/10/00, $250
**WESTERN DISTRICT OF KENTUCKY**
**00-DEA-374408,** $249,658.00 U.S. Currency, Louisville, KY, Williams, Henery Deon AKA Deon, 02/05/00, $5,000
**EASTERN DISTRICT OF LOUISIANA**
**00-DEA-374276,** 1988 Oldsmobile Cutlass, 1G3GR11Y1JP304980, Bridge City, LA, Hill, Mona, 01/25/00, $250
**WESTERN DISTRICT OF LOUISIANA**
**00-DEA-374763,** $54,000.00 U.S. Currency, Greenwood, LA, Broadus, Marvin William, 02/03/00, $5,000
**DISTRICT OF MASSACHUSETTS**
**00-DEA-374462,** $8,729.00 U.S. Currency, Springfield, MA, Dacosta, Karlene, 02/04/00, $873
**00-DEA-374465,** $719.00 U.S. Currency, Springfield, MA, Edwards, Lincoln, 02/04/00, $250
**00-DEA-374498,** 1999 Ford Crown Victoria, 2FAFP74W5XX111836, Avon, MA, May, Edward M, 02/11/00, $1,557
**00-DEA-374683,** 1998 Chevrolet GMT400, 1GCGK24R2WE127325, North Dartmouth, MA, Perry, Shawn, 02/05/00, $2,037
**00-DEA-374695,** $24,120.00 U.S. Currency, Hyde Park, MA, Mejia, Jorge AKA Tony, 02/01/00, $2,412
**00-DEA-374841,** 1991 Honda Accord, JHMCB7686MC092215, Fall River, MA, Mercado, Moise, 02/07/00, $537
**00-DEA-375028,** $2,062.00 U.S. Currency, Lawrence, MA, Baez, Carlos S & Baez, Jessica Maria, 02/07/00, $3,002
**00-DEA-374904,** $7,281.00 U.S. Currency, Queens, NY, Hudson, Timothy, 02/08/00, $728
**00-DEA-374905,** $1,926.00 U.S. Currency, Brooklyn, NY, Vasquez, Carmen, 02/11/00, $250
**00-DEA-374913,** 1953 Chevrolet Belair, C53A037996, Melville, NY, Gonzalez-Hernandez, Diego, 02/03/00, $900
**00-DEA-375160,** $14,490.00 U.S. Currency In Safe Deposit Box #70, Chase Manhattan Bank, Astoria, NY, Morales, Carlos & Morales, Andrew, 02/11/00, $1,449
**96-DEA-309544,** $220,458.00 U.S. Currency, Queens, NY, Solorza, Mario, 02/22/96, $5,000
**98-DEA-343123,** 1993 Mercury Villager LS Mini-Van, 4M2DV11W8PDJ06480, Jackson Heights, NY, Quintero, Camilo A, 11/24/97, $1,300
**96-DEA-355869,** $480,360.00 U.S. Currency, Valley Stream L.I., NY, Unidentified, 09/30/98, $5,000
**NORTHERN DISTRICT OF NEW YORK**
**00-DEA-374714,** $1,512.00 U.S. Currency, Syracuse, NY, Patterson, Darryl, 02/10/00, $250
**SOUTHERN DISTRICT OF NEW YORK**
**00-DEA-374260,** $36,771.00 U.S. Currency, Bronx, NY, Owens, Shawn AKA Trusty, James, 02/02/00, $3,677
**00-DEA-374503,** $299,095.00 U.S. Currency, New York, NY, Gerado, Eddie, 02/03/00, $5,000
**00-DEA-374889,** $2,945.00 U.S. Currency, Bronx, NY, Ortiz, Benjamin, 02/04/00, $294
**00-DEA-375453,** $3,203.00 U.S. Currency, New York, NY, Lugo, Noel, 02/03/00, $320
**00-DEA-375580,** 2000 Mazda MPV,

**EASTERN DISTRICT OF PENNSYLVANIA**
**00-DEA-374665,** $4,000.00 U.S. Currency, Upper Black Eddy, PA, Marusa, Eugene, 02/10/00, $400
**00-DEA-374669,** $60,000.00 U.S. Currency, Feasterville, PA, Lertzman, Steven, 02/10/00, $5,000
**00-DEA-374675,** $7,630.00 U.S. Currency, Horsham, PA, Keczely, Edward, 02/10/00, $763
**00-DEA-374680,** $10,000.00 U.S. Currency, Feasterville, PA, Lertzman, Steven, 02/10/00, $1,000
**00-DEA-374682,** $983.00 U.S. Currency, Croydon, PA, Lamb, George, 02/10/00, $250
**00-DEA-374787,** Assorted Weapons, VL: $800.00, Philadelphia, PA, Page, Norman, 02/11/00, $250
**00-DEA-374802,** $3,000.00 U.S. Currency, Philadelphia, PA, Lamb, George, 02/16/00, $300
**00-DEA-374854,** 1993 Chevrolet Pick-Up Truck, 2GBEC19K8P1207410, Feasterville, PA, Lertzman, Steven, 02/10/00, $1,035
**00-DEA-374907,** $20,970.00 U.S. Currency, Philadelphia, PA, Flack Jr, James Leonard, 02/13/00, $2,097
**00-DEA-374924,** Smith & Wesson, Model 32-10, .38 Caliber Revolver, Serial #R4410, VL: $400.00, Philadelphia, PA, Vecchione, Paul, 02/10/00, $250
**DISTRICT OF PUERTO RICO**
**00-DEA-374074,** $34,145.00 U.S. Currency, Carolina, PR, Perez-Chardon, Allwin, 01/27/00, $3,414
**00-DEA-374075,** $37,020.00 U.S. Currency, Carolina, PR, Rodriguez-Nunez, Juan Rafael, 01/27/00, $3,702
**DISTRICT OF RHODE ISLAND**
**00-DEA-374949,** BankBoston, Checking Account #273-34191, VL: $73,483.27, Providence, RI, New England Contract Crushing, 02/07/00, $5,000
**DISTRICT OF SOUTH CAROLINA**
**00-DEA-374271,** $14,000.00 U.S. Currency
Delbert, 02/28/00, $363
**00-DEA-375341,** $1,665.00 U.S. Currency, Greenbay, WI, Stache, Harold J, 02/25/00, $250
**WESTERN DISTRICT OF WISCONSIN**
**00-DEA-375163,** $1,775.00 U.S. Currency, Madison, WI, Monteiro, Kalief R, 02/18/00, $250
**00-DEA-375168,** $5,000.00 U.S. Currency, LaCrosse, WI, Diderrich, Quinn A, 02/25/00, $500
**00-DEA-375176,** $3,997.00 U.S. Currency, Jackson, WI, Boyce, Vincent, 02/15/00, $400
**00-DEA-375293,** $2,789.00 U.S. Currency, Madison, WI, Smith, Lanae L, 02/28/00, $279
**00-DEA-375368,** $1,527.00 U.S. Currency, Monroe, WI, Niccum, William R, 02/28/00, $250
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**00-DEA-374622,** $7,120.00 U.S. Currency, Charleston, WV, Perry, Orenthal AKA OJ, 02/03/00, $712
**DISTRICT OF WYOMING**
**00-DEA-375210,** $12,659.00 U.S. Currency, Casper, WY, Blythe, Jeffrey Walter, 02/22/00, $1,266

**THIRD NOTICE**
**LAST DATE TO FILE**
**APRIL 16, 2000**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED, BOND AMOUNT**

**DISTRICT OF ALASKA**
**00-DEA-374414,** $10,300.00 U.S. Currency, Anchorage, AK, Santo, 02/04/00, $1,030
**MIDDLE DISTRICT OF ALABAMA**
**00-DEA-374897,** $3,850.00 U.S.

**00-DEA-374138,** $9,000.00 U.S. Currency, Ontario, CA, Williams, Lloyd Williams AKA Williams, Llord AKA Lord, 01/26/00, $900
**00-DEA-374206,** $4,000.00 U.S. Currency, Hollywood, CA, Izsak, Randy Cole 01/28/00, $400
**00-DEA-374345,** $9,947.00 U.S. Currency, Paramount, CA, Vizcaino, Fernando, 02/02/00, $995
**00-DEA-374348,** $1,122.00 U.S. Currency, Paramount, CA, Lizarraga, Juan, 02/02/00, $250
**00-DEA-374472,** $5,500.00 U.S. Currency, Ontario, CA, Delgado, Torres, Miguel A, 02/02/00, $550
**00-DEA-374571,** 1991 Honda Accord EX, JHMCB7664MC070695, Huntington Park, CA, Carbajal, Mario, 02/02/00, $510
**00-DEA-374655,** $22,950.00 U.S. Currency, Los Angeles, CA, Lluen, Vanessa Cecilia, 02/02/00, $2,295
**00-DEA-374687,** $8,860.00 U.S. Currency, Los Angeles, CA, Jackson, Devorte, 02/02/00, $886
**00-DEA-374697,** $12,220.00 U.S. Currency, Los Angeles, CA, Villarubia-Montero, Zoraida 02/02/00, $1,222
**00-DEA-375061,** Miscellaneous Furniture & Electronic Equipment, VL: $25,540.00, Riverside, CA, Dennis, Patrick Jerome AKA Martin, Keshawn & Dennis, Vickie AKA Martin, Vickie, 01/21/00, $2,554
**00-DEA-375094,** $10,340.00 U.S. Currency, Los Angeles, CA, Williams, Shaunte Lynette, 02/04/00, $1,034
**00-DEA-375218,** Miscellaneous Electronic & Computer Equipment, VL: $29,039.00, Riverside, CA, Dennis, Patrick Jerome AKA Martin, Keshawn & Dennis, Vickie AKA Martin, Vickie, 01/21/00, $2,904
**00-DEA-375490,** Mossberg 12 Gauge Shotgun, Serial #J213104, VL: $1.00, Riverside, CA, Dennis, Patrick Jerome AKA Martin, Keshawn & Dennis, Vickie AKA Martin, Vickie, 01/21/00, $250
**EASTERN DISTRICT OF ...**
02/10/00, $2,000
**NORTHERN DISTRICT OF GEORGIA**
**00-DEA-374207,** $9,000.00 U.S. Currency, Norcross, GA, Fuentes, Julio, 01/25/00, $900
**00-DEA-374231,** $28,000.00 U.S. Currency, Norcross, GA, Rincon-Prado, Virgilio & A Juvenile, 01/25/00, $2,800
**00-DEA-374251,** $35,100.00 U.S. Currency, Smyrna, GA, Newton, James, 01/19/00, $3,510
**00-DEA-374262,** $10,480.00 U.S. Currency, Marietta, GA, Middleton, Daniel Ben, 01/19/00, $1,048
**00-DEA-374358,** 1999 Lincoln Navigator, 5LMRU27L7XLJ11623, Norcross, GA, Ramirez-Lozano, Nectali AKA Sandoval, Roberto, 01/20/00, $3,100
**00-DEA-374401,** $11,665.15 U.S. Currency, Lake City, GA, Bates, Lester, 02/02/00, $1,16
**00-DEA-374407,** $19,537.13 U.S. Currency, Lake City, GA, Bates, Lester, 02/02/00, $1,954
**DISTRICT OF HAWAII**
**00-DEA-374830,** $93,870.00 U.S. Currency Wailuku, HI, McDermott, Ron Joseph, 01/26/00, $5,000
**NORTHERN DISTRICT OF IOWA**
**00-DEA-374690,** Non-Operational Methamphetamine Laboratory, VL: $100.00, Independence, IA, McMurrin, Charlotte, 02/13/00, $250
**00-DEA-374750,** Beretta Model 21A .22, Serial #BES497290, VL: $150.00, Sioux City, IA, Monzon, Gabriel AKA Ramirez, Luis, 02/09/00, $250
**CENTRAL DISTRICT OF ILLINOIS**
**99-DEA-368150,** $192,000.00 U.S. Currency, Joliet, IL, Munguia-Valenzuela, Jesus, 08/10/99, $5,000
**NORTHERN DISTRICT OF ILLINOIS**

# ATTENTION

Title 21 United States Code (U.S.C.) Section 881. Owner(s) or lienor(s) may file petitions for remission or mitigation of forfeiture pursuant to 19 U.S.C. § 1618, and the regulations implementing these customs laws, 21 ...Caller #91017, Arlington, VA 22202. Persons desiring to place the matter in U.S. District Court to contest the probable cause for seizure must file with the Office of Domestic Operations, Asset Forfeiture Section, a claim & ...e filed in lieu of the cost bond. Otherwise, the property will be administratively forfeited pursuant to 19 U.S.C. § 1609 and will be disposed of according to law. Under certain circumstances, involving seizures based upon ...lable under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. § 1316.90-1316.99. **The names of persons or businesses appearing in this notice are listed because they were in possession of the listed properties at ...of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.**

. $250 / ency, / ational / ) / T, / , / 00, / X, / ia, / rency, / ogelio / e Van, / <, / mando / tor, / , / indgun, / Virginia / rency, / . John / rrency, / arl, / rrency, / s & / chael / ency, / aul, / IN / rrency, / 1. Larry, / rrency, / ency, / o, / ency, / s, / rrency, / AKA / rrency, / rency, / ), / rrency, / ., Tony, / SIN / chael G, / rency, / 00, $250 / Arturo, / XLT, / AL, / rency, / nidio, / lade, / y, AL / AS / leth Lab / 0, / /00, $250

**MIDDLE DISTRICT OF FLORIDA**
**00-DEA-374552**, $34,980.00 U.S. Currency, Plant City, FL, Ramirez Garza, Alejandro, 01/29/00, $3,498
**00-DEA-374555**, $12,856.00 U.S. Currency, Brandon, FL, Garcia-Pena, Alberto, 01/29/00, $1,286
**00-DEA-375095**, $1,617.00 U.S. Currency, Fort Myers, FL, Golns, Rickey, 01/28/00, $250
**00-DEA-375311**, $5,000.00 U.S. Currency, Jacksonville, FL, Nelson, Wayne Anthony AKA Johnson, Norman AKA Chamberlain, Garfield A, 02/09/00, $500
**00-DEA-375348**, 1992 Lexus ES300, JT8VK13T5N0016521, Jacksonville, FL, Nelson, Wayne Anthony AKA Johnson, Norman AKA Chamberlain, Garfield A, 02/09/00, $998
**SOUTHERN DISTRICT OF FLORIDA**
**00-DEA-374800**, $5,020.00 U.S. Currency, Fort Lauderdale, FL, Clarke, Crayus A, 02/08/00, $502
**00-DEA-375186**, 1994 Nissan Maxima, JN1HJ01F8RT213463, Miami, FL, Correa, Mario, 02/03/00, $462
**00-DEA-375354**, $8,809.00 U.S. Currency, Naranja, FL, McGhee, Clyde & Addison, Tonya, 01/27/00, $881
**00-DEA-375357**, Assorted Jewelry, VL: $9,990.00, Naranja, FL, McGhee, Clyde & Addison, Tonya, 01/27/00, $999
**00-DEA-375472**, 1998 Chevrolet Suburban, 3GNEC16R9WG139466, Miami, FL, Jackson, Rodney, 02/16/00, $2,430
**00-DEA-375921**, $1,616.00 U.S. Currency, Fort Lauderdale, FL, Stroh-Akerstain, Jose Enrique, 01/20/00, $250
**99-DEA-366987**, $130,140.00 U.S. Currency, Hialeah, FL, Polanco, Ruben, 07/12/99, $5,000
**99-DEA-368304**, $100,000.00 U.S. Currency, Miami, FL, McDermott, Michel & Jones, David B, 08/04/99, $5,000
**MIDDLE DISTRICT OF GEORGIA**
**00-DEA-374434**, $10,900.00 U.S. Currency, Vienna, GA, Watson, Darrell, 02/08/00, $1,090
**NORTHERN DISTRICT OF GEORGIA**
**00-DEA-374521**, $705.00 U.S. Currency, Lake City, GA, Bates, Lester, 02/02/00, $250
**00-DEA-374529**, $9,750.00 U.S. Currency, Atlanta, GA, Sarmiento, David, 02/03/00, $975
**00-DEA-374535**, $5,341.00 U.S. Currency, Atlanta, GA, Ayala-Avitia, Jose DeJesus, 02/03/00, $534
**00-DEA-374597**, $38,762.00 U.S. Currency, Riverdale, GA, Fields, Shannon Calvin, 02/03/00, $3,876
**DISTRICT OF GUAM**
**98-DEA-353537**, 1946 Plymouth Coupe, P15132424, Mangilao, GU, Reyes, Larry P, 08/15/98, $1,500
**NORTHERN DISTRICT OF ILLINOIS**
**00-DEA-375251**, $7,000.00 U.S. Currency, Chicago, IL, Williams, Christian J, 02/25/00, $700
**00-DEA-375448**, 1998 Ford Taurus, 1FAFP54N0WA239433, Chicago, IL, Grant Jr, Craig Orlando, 01/24/00, $1,620
**00-DEA-375586**, $9,340.00 U.S. Currency, Chicago, IL, Sanchez, Jose Luis, 02/17/00, $934
**00-DEA-375599**, $70,078.00 U.S. Currency, Chicago, IL, Gates, Dennis, 02/16/00, $5,000
**00-DEA-375674**, $8,560.00 U.S. Currency, Chicago, IL, Davis, Russell, 03/08/00, $856
**00-DEA-375676**, $19,000.00 U.S. Currency, Chicago, IL, Fentiman, David J AKA Uslin, William, 03/06/00, $1,900
**00-DEA-375714**, $96,283.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375715**, $760,680.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375716**, $87,920.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375720**, $680,465.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375721**, $139,850.00 U.S. Currency, Cicero, IL, Chavez, Sergio & Padilla, Ramiro & Acosta-Medina, Raul, 02/28/00, $5,000
**00-DEA-375901**, $9,750.00 U.S. Currency, Chicago, IL, Robinson II, Lewis R, 02/09/00, $975
**SOUTHERN DISTRICT OF ILLINOIS**
**00-DEA-375633**, $5,000.00 U.S. Currency, Collinsville, IL, Whittle, Louis D 03/03/00, $500
**00-DEA-375656**, $4,400.00 U.S. Currency, Collinsville, IL, Whittle, Louis D, 03/03/00, $440
**00-DEA-375659**, $9,200.00 U.S. Currency, Collinsville, IL, Callaway, Parris L, 03/03/00, $920
**99-DEA-367759**, 1999 Dodge Dakota Pick-Up Truck, 1B7GL22XXS288458, Du Quoin, IL, Fernandez, Francisco, 08/09/99, $2,663
**NORTHERN DISTRICT OF INDIANA**
**00-DEA-375216**, $1,205.00 U.S. Currency, Fort Wayne, IN, Smith, Ronnie, 02/23/00, $250
**EASTERN DISTRICT OF KENTUCKY**
**00-DEA-374874**, 1997 Mercury Villager Van, 4M2DV1112VDJ46247, Waynesburg, KY, Hernandez, Joaquin AKA Martinez, Eduardo, 02/10/00, $1,402
**00-DEA-375292**, $10,100.00 U.S. Currency, Hebron, KY, Ray, William, 02/27/00, $1,010

JT3HN86R4W0191394, Charlotte, NC, Greenberg, Jack Hyman, 02/01/00, $1,900
**00-DEA-374453**, $1,445.00 U.S. Currency, Monroe, NC, Brown, Kevin Dewayne, 02/08/00, $250
**00-DEA-374466**, $1,138.00 U.S. Currency, Monroe, NC, Brooks, Cedrick Lamonte, 02/08/00, $250
**00-DEA-374478**, $3,086.00 U.S. Currency, Charlotte, NC, Davis, Tyran Rae, 02/03/00, $309
**00-DEA-374952**, $1,381.00 U.S. Currency, Columbus, NC, Mason, Teresa, 01/26/00, $250
**DISTRICT OF NEBRASKA**
**00-DEA-375649**, $1,476.03 U.S. Currency, Brock, NE, Falk, Miranda L, 03/01/00, $250
**00-DEA-375686**, $2,430.00 U.S. Currency, Omaha, NE, Altamirano, Candelario AKA Martinez, Carlos, 03/07/00, $250
**00-DEA-375895**, 1990 Lincoln Town Car Cartier, 1LNLM83F6LY600622, Hall County, NE, Chavez-Santiago, Misael, 03/06/00, $402
**00-DEA-375904**, $12,200.00 U.S. Currency, Omaha, NE, Carrasco-Garcia, Arturo, 03/01/00, $1,220
**00-DEA-376005**, 1995 Chevrolet RV, 1GBKP37N25330937, Dawson County, NE, Martin, Troy E & Graumann, Daryl K, 03/03/00, $3,000
**DISTRICT OF NEW HAMPSHIRE**
**00-DEA-375530**, $9,281.00 U.S. Currency, Derry, NH, Espinola, Michael J, 02/09/00, $928
**DISTRICT OF NEW JERSEY**
**00-DEA-374955**, Davis .380 Semi-Automatic Pistol, Serial #AP324874, VL: $250.00, Tuckerton, NJ, Vecchione, Paul, 02/10/00, $250
**EASTERN DISTRICT OF NEW YORK**
**00-DEA-374961**, $318,610.00 U.S. Currency, Queens, NY, Varela, Shulma E, 02/15/00, $5,000
**00-DEA-375173**, $2,076.00 U.S. Currency, Bayside, NY, Ruiz, Alejandro, 02/16/00, $250
**00-DEA-375182**, $32,500.00 U.S. Currency, Bayside, NY, Ruiz, Alejandro, 02/16/00, $3,250
**00-DEA-375188**, $22,411.00 U.S. Currency, Bayside, NY, Ruiz, Alejandro, 02/16/00, $2,241
**00-DEA-375324**, $5,442.00 U.S. Currency, North Amityville, NY, Winters, Calloway, 02/28/00, $544
**00-DEA-375764**, $10,000.00 U.S. Currency In Safe Deposit Box #613, N F Bank, Forest Hills, NY, Azulay, Yariv, 02/15/00, $1,000
**NORTHERN DISTRICT OF NEW YORK**
**00-DEA-375031**, $1,718.00 U.S. Currency, Troy, NY, Mariner, Antoine AKA Mainer, Antoyne AKA Twon AKA Kemp, Antonie AKA Kemp, Antoine P, 02/15/00, $250
**00-DEA-375086**, $3,616.00 U.S. Currency, Troy, NY, Cagle, Nadine AKA Riggins, Nadine, 02/15/00, $362
**00-DEA-375096**, $2,337.00 U.S. Currency, Troy, NY, Suggs, David, 02/15/00, $250
**00-DEA-375101**, $3,941.00 U.S. Currency, Troy, NY, Logan, Carl AKA Black, 02/15/00, $394
**SOUTHERN DISTRICT OF NEW YORK**
**00-DEA-375026**, $104,561.00 U.S. Currency, Carmel, NY, Buttiglione, Robert, 02/09/00, $5,000
**00-DEA-375039**, $9,184.00 U.S. Currency, Mahopac, NY, Buttiglione, Robert, 02/09/00, $918
**00-DEA-375041**, $7,495.30 U.S. Currency, Carmel, NY, Buttiglione, Robert, 02/09/00, $750
**00-DEA-375042**, $19,000.00 U.S. Currency, Carmel, NY, Frey, Scott, 02/09/00, $1,900
**00-DEA-375446**, $1,737.00 U.S. Currency, New York, NY, Gancharski, Oshri AKA Levy, Eli, 02/11/00, $250
**00-DEA-375458**, $1,302.00 U.S. Currency, New York, NY, Gancharski, Oshri AKA Levy, Eli, 02/11/00, $250
**00-DEA-375462**, $80,000.00 U.S. Currency, New York, NY, Meshulam, Yakov, 02/11/00, $5,000
**00-DEA-375465**, $10,000.00 U.S. Currency, New York, NY, Diaz, Linardo, 02/28/00, $1,000
**00-DEA-375469**, $29,980.00 U.S. Currency, New York, NY, Meshulam, Yakov, 02/11/00, $2,998
**WESTERN DISTRICT OF NEW YORK**
**00-DEA-375029**, $3,810.00 U.S. Currency, Buffalo, NY, McLaren, Matthew & Bhalla, Rohini, 02/17/00, $381
**00-DEA-375032**, $1,605.00 U.S. Currency, Buffalo, NY, Feronti, Corey J, 02/18/00, $250
**00-DEA-375033**, $48,000.00 U.S. Currency In Safe Deposit Box #099, Key Bank, Buffalo, NY, McLaren, Matthew, 02/17/00, $4,800
**00-DEA-375038**, $78,600.00 U.S. Currency In Safe Deposit Box #834, HSBC, Buffalo, NY, McLaren, Matthew, 02/17/00, $5,000
**NORTHERN DISTRICT OF OHIO**
**00-DEA-374872**, $5,296.00 U.S. Currency, Cleveland, OH, Mongo Jr, David G, 02/18/00, $530
**SOUTHERN DISTRICT OF OHIO**
**00-DEA-374431**, $27,800.00 U.S. Currency, Dayton, OH, Phillips, Andre, 02/07/00, $2,780
**00-DEA-374926**, $4,985.00 U.S. Currency, Columbus, OH, Soto, Edwin A, 02/15/00, $498
**EASTERN DISTRICT OF OKLAHOMA**
**00-DEA-375920**, $1,028.00 U.S. Currency, Cookson, OK, Gann, Thomas Doss, 03/02/00, $250

**WESTERN DISTRICT OF WISCONSIN**
**00-DEA-375460**, $3,000.00 U.S. Currency, Madison, WI, Streiff, Jennifer A, 03/02/00, $300
**00-DEA-375682**, $4,414.48 U.S. Currency, Scott, WI, Rampart, Tony, 03/06/00, $441
**00-DEA-375750**, 1999 Chevrolet Blazer LT, 1GNDT13W9X2238871, Madison, WI, Howard, Anthony, 03/09/00, $2,135
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**00-DEA-374908**, $29,547.00 U.S. Currency, Summersville, WV, Lovelace, Tracey L, 02/09/00, $2,955
**00-DEA-374946**, $2,205.00 U.S. Currency, White Sulpher Spring, WV, Calhoun, Alphonso Edward, 02/14/00, $250

**THIRD NOTICE**
**LAST DATE TO FILE**
**APRIL 23, 2000**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED, BOND AMOUNT**

**DISTRICT OF ALASKA**
**00-DEA-374612**, $8,455.00 U.S. Currency, Fairbanks, AK, Griffith, Jody, 02/09/00, $845
**00-DEA-374720**, $18,000.00 U.S. Currency, Anchorage, AK, Green Jr, Gene A, 02/07/00, $1,800
**NORTHERN DISTRICT OF ALABAMA**
**00-DEA-374735**, Clandestine Methamphetamine Lab, VL: $100.00, Cullman, AL, Johnson, Danny Wayne, 02/04/00, $250
**DISTRICT OF ARIZONA**
**00-DEA-373485**, Assorted Weapons, VL: $200.00, Tucson, AZ, Rubio-Felix, Maria Lourdes, 12/20/99, $250
**CENTRAL DISTRICT OF CALIFORNIA**
**00-DEA-374808**, 1988 Ferrari Testarossa, ZFFSG17A7J0075385, Los Angeles, CA, Slovak, Larry Jamie, 02/08/00, $5,000
**00-DEA-374810**, 1985 Harley Davidson FXST Motorcycle, 1HD1BHL15FY022117, Los Angeles, CA, Slovak, Larry Jamie, 02/08/00, $1,022
**00-DEA-374811**, 1991 Harley Davidson FLHTCU Motorcycle, 1HD1DPL34MY505553, Los Angeles, CA, Slovak, Larry Jamie, 02/08/00, $1,500
**00-DEA-374837**, $47,340.00 U.S. Currency, Los Angeles, CA, Matos-Santos, Rolando Bienvenido, 02/07/00, $4,734
**00-DEA-374965**, $5,980.00 U.S. Currency, Los Angeles, CA, Velasquez, Judith & Velasquez, Jesus Ortiz, 02/07/00, $598
**00-DEA-374989**, $29,620.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $2,962
**00-DEA-375000**, $24,000.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $2,400
**00-DEA-375005**, $350.00 U.S. Currency, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $250
**00-DEA-375008**, 1999 Yamaha Motorcycle, JYACE05C2YA001556, Los Angeles, CA, Odom, Iwori Wotura AKA Davis, Deshawn AKA Hall, Aaron AKA Otom, Iwori AKA Odom, Wori AKA Johnson, Iwori Wotura AKA Johnson, Irwin Lee AKA Davis, John AKA Davis, Shawn AKA Davis, Keshawn AKA White, Kory Keshawn AKA White, Kevin AKA Arronhall, Stnhc AKA Odom, Iwori Warren, 02/07/00, $590
**00-DEA-375011**, $13,000.00 U.S. Currency, Perris, CA, Unidentified, 02/10/00, $1,300
**00-DEA-375058**, $85,195.00 U.S. Currency, Los Angeles, CA, Uribe, Noe, 02/06/00, $5,000
**EASTERN DISTRICT OF CALIFORNIA**
**00-DEA-374330**, $28,000.00 U.S. Currency, Fresno, CA, Corrales, Ernesto Mendoza AKA Piedra, La, 02/02/00, $2,800
**00-DEA-374405**, $1,425.00 U.S. Currency, Fresno, CA, Rangel, Jose Guadalupe AKA Rangez, Jose Guadalupe AKA Rangel-Ramirez, Jose Guadlaupe AKA Rangel, Jose Gaudalupe, Ramirez, Jose Guadalupe, 02/02/00, $250
**00-DEA-374589**, 2000 Polaris ATV, 4XACH50A8YA168445, Fresno, CA, Rodriguez, Maria Eugnenia & Dauz, Hector Gracian AKA Rodriguez, Hector, 02/03/00, $500
**00-DEA-374789**, $1,520.00 U.S. Currency, Vallejo, CA, Romero, Carlos, 02/03/00, $250
**00-DEA-374866**, $20,000.00 U.S. Currency, Fresno, CA, Chavez, Juan Fernando, 02/09/00, $2,000
**00-DEA-374963**, $1,600.00 U.S. Currency, Dinuba, CA, Luviano-Torres, Virgilio, 02/09/00, $250
**00-DEA-374978**, $1,000.00 U.S. Currency, Dinuba, CA, Gamnos, Iasias ...

Anita, 02/18/00, $250
**NORTHERN DISTRICT OF ILLINOIS**
**00-DEA-374757**, 1998 Ford F150 Pickup Truck, 1FTZX17W3WKB41306, Blue Island, IL, Huerta, Hugo, 02/01/00, $1,850
**00-DEA-374903**, $14,980.00 U.S. Currency, Chicago, IL, A Juvenile, 02/16/00, $1,498
**00-DEA-375054**, $33,339.00 U.S. Currency, Chicago, IL, Mohomes, Kenneth & Jones, Jessica, 02/16/00, $3,334
**00-DEA-375066**, $18,585.00 U.S. Currency, Bedford Park, IL, Elayyan, Shadi, 01/28/00, $1,858
**00-DEA-375110**, 1955 Ford Thunderbird Convertible, P5FH200633, Dixon, IL, Blangin, Virginia, 02/08/00, $2,450
**00-DEA-375124**, 1986 Jaguar XJS Convertible, SAJNV3841GC130217, Dixon, IL, Blangin, Virginia, 02/08/00, $730
**00-DEA-375320**, 1993 Cadillac Fleetwood Sedan, 1G6CD53B5P4203368, Chicago, IL, Taylor, Carlis, 02/15/00, $630
**00-DEA-375593**, $6,920.00 U.S. Currency, Chicago, IL, Gonzalez, David, 03/01/00, $692
**00-DEA-375597**, $7,350.00 U.S. Currency, Chicago, IL, Alvarez, Gregorio, 03/01/00, $735
**00-DEA-375710**, $199,910.00 U.S. Currency, Cicero, IL, Chavez, Sergio, 02/28/00, $5,000
**00-DEA-375711**, $489,940.00 U.S. Currency, Cicero, IL, Padilla, Ramiro, 02/28/00, $5,000
**SOUTHERN DISTRICT OF ILLINOIS**
**00-DEA-375151**, $15,000.00 U.S. Currency, Troy, IL, Bates, Clyde, 02/14/00, $1,500
**NORTHERN DISTRICT OF INDIANA**
**00-DEA-375452**, $64,105.00 U.S. Currency, Crown Point, IN, Solis, Joaquin, 02/28/00, $5,000
**00-DEA-375459**, 1995 Dodge Intrepid, 1B3HD46T1SF600947, Crown Point, IN, Solis, Joaquin, 02/28/00, $800
**00-DEA-375558**, $4,750.00 U.S. Currency, Fort Wayne, IN, Gaulden, Anthony, 02/25/00, $475
**00-DEA-375562**, 1996 Jeep Grand Cherokee Laredo, 1J4GZ58Y9TC230158, Fort Wayne, IN, Gaulden, Anthony, 02/25/00, $1,500
**DISTRICT OF KANSAS**
**00-DEA-375232**, $8,000.00 U.S. Currency, Wichita, KS, Flores, Jose Granados, 02/20/00, $800
**EASTERN DISTRICT OF KENTUCKY**
**00-DEA-374517**, $2,188.00 U.S. Currency, Newport, KY, Padilla, Alexander D'Ottavio, 02/03/00, $250
**00-DEA-374783**, Smith & Wesson 9mm Pistol, Serial #TBA6424, VL: $450.00, Waynesburg, KY, Hernandez, Joaquin AKA Martinez, Eduardo & Arellano, Benjamin Munez, 02/10/00, $250
**WESTERN DISTRICT OF KENTUCKY**
**00-DEA-374408**, $249,658.00 U.S. Currency, Louisville, KY, Williams, Henery Deon AKA Deon, 02/05/00, $5,000
**EASTERN DISTRICT OF LOUISIANA**
**00-DEA-374276**, 1988 Oldsmobile Cutlass, 1G3GR11Y1JP304980, Bridge City, LA, Hill, Mona, 01/25/00, $250
**WESTERN DISTRICT OF LOUISIANA**
**00-DEA-374763**, $54,000.00 U.S. Currency, Greenwood, LA, Broadus, Marvin William, 02/03/00, $5,000
**DISTRICT OF MASSACHUSETTS**
**00-DEA-374462**, $8,729.00 U.S. Currency, Springfield, MA, Dacosta, Karlene, 02/04/00, $873
**00-DEA-374465**, $719.00 U.S. Currency, Springfield, MA, Edwards, Lincoln, 02/04/00, $250
**00-DEA-374498**, 1999 Ford Crown Victoria, 2FAFP74W5XX111836, Avon, MA, May, Edward M, 02/11/00, $1,557
**00-DEA-374683**, 1998 Chevrolet GMT400, 1GCGK24R2WE127325, North Dartmouth, MA, Perry, Shawn, 02/05/00, $2,037
**00-DEA-374695**, $24,120.00 U.S. Currency, Hyde Park, MA, Mejia, Jorge AKA Tony, 02/01/00, $2,412
**00-DEA-374841**, 1991 Honda Accord, JHMCB7686MC092215, Fall River, MA, Mercado, Moise, 02/07/00, $537
**00-DEA-375028**, $2,062.00 U.S. Currency, Lawrence, MA, Baez, Carlos S & Baez, America Encarnacion & Santana, Lucia I AKA Baez, Lucy, 01/31/00, $250
**00-DEA-375053**, $7,700.00 U.S. Currency, Lawrence, MA, Baez, Carlos S & Baez, America Encarnacion & Santana, Lucia I AKA Baez, Lucy, 01/31/00, $770
**DISTRICT OF MARYLAND**
**00-DEA-374545**, $15,470.00 U.S. Currency, Baltimore, MD, Locklear, Princall, 02/04/00, $1,547
**00-DEA-374853**, 1998 Land Rover Range Rover, SALPV1441WA381694, Baltimore, MD, Barton, Terry Lee, 02/10/00, $5,000
**00-DEA-374878**, $4,182.00 U.S. Currency, Baltimore, MD, Porter III, Parker Paris AKA Boopy, 02/11/00, $418
**EASTERN DISTRICT OF MICHIGAN**
**00-DEA-374296**, 1996 Land Rover Range Rover, SALPV1248TA334001, Detroit, MI, Delgado, Paul Anthony, 02/05/00, $2,772
**00-DEA-374311**, $16,590.00 U.S. Currency, Romulus, MI, Jefferson, Marcus, 02/02/00, $1,659
**00-DEA-374603**, 1995 Suzuki GSX Motorcycle, JS1GR7BA2S2100234, Detroit, MI, Delgado, Vincent Louis, 02/05/00, $500
**00-DEA-374704**, 1994 GMC Yukon, 1GKEK18K3RJ745302, Detroit, MI, Delgado, Paul Anthony, 02/05/00, $1,130
**00-DEA-374732**, 1995 Chevrolet Tahoe, 1GNEK13R1TJ372341, Shelby Township, MI, ...

**00-DEA-374889**, $2,945.00 U.S. Currency, Bronx, NY, Ortiz, Benjamin, 02/04/00, $294
**00-DEA-375453**, $3,203.00 U.S. Currency, New York, NY, Lugo, Noel, 02/03/00, $320
**00-DEA-375580**, 2000 Mazda MPV, JM3LW28G5Y0121764, New York, NY, Hall, Carl, 01/10/00, $2,422
**WESTERN DISTRICT OF NEW YORK**
**00-DEA-374617**, $1,148.00 U.S. Currency, Rochester, NY, Manor, Tyrone D, 02/02/00, $250
**00-DEA-374624**, $1,208.00 U.S. Currency, Rochester, NY, Maslonet, Marino, 02/02/00, $250
**00-DEA-374868**, $1,279.00 U.S. Currency, Rochester, NY, Sherry Jr, Alan Lee, 02/04/00, $250
**00-DEA-374869**, $1,147.00 U.S. Currency, Rochester, NY, McCullough, David Vincent, 02/08/00, $250
**00-DEA-374870**, $1,630.00 U.S. Currency, Rochester, NY, Lewis, Chad J, 02/09/00, $250
**00-DEA-375156**, $2,654.00 U.S. Currency, Rochester, NY, Garner, Shurmale Lamar, 02/11/00, $265
**NORTHERN DISTRICT OF OHIO**
**00-DEA-374664**, $7,027.00 U.S. Currency, Cleveland, OH, Larios, Reynalda, 02/10/00, $703
**DISTRICT OF OREGON**
**00-DEA-374919**, $22,050.00 U.S. Currency, Portland, OR, Mercado-Martinez, Agustin, 02/10/00, $2,205
**EASTERN DISTRICT OF PENNSYLVANIA**
**00-DEA-374665**, $4,000.00 U.S. Currency, Upper Black Eddy, PA, Marusa, Eugene, 02/10/00, $400
**00-DEA-374669**, $60,000.00 U.S. Currency, Feasterville, PA, Lertzman, Steven, 02/10/00, $5,000
**00-DEA-374675**, $7,630.00 U.S. Currency, Horsham, PA, Keczely, Edward, 02/10/00, $763
**00-DEA-374680**, $10,000.00 U.S. Currency, Feasterville, PA, Lertzman, Steven, 02/10/00, $1,000
**00-DEA-374682**, $983.00 U.S. Currency, Croydon, PA, Lamb, George, 02/10/00, $250
**00-DEA-374787**, Assorted Weapons, VL: $800.00, Philadelphia, PA, Page, Norman, 02/11/00, $250
**00-DEA-374802**, $3,000.00 U.S. Currency, Philadelphia, PA, Lamb, George, 02/16/00, $300
**00-DEA-374854**, 1993 Chevrolet Pick-Up Truck, 2GBEC19K8P1207410, Feasterville, PA, Lertzman, Steven, 02/10/00, $1,035
**00-DEA-374907**, $20,970.00 U.S. Currency, Philadelphia, PA, Flack Jr, James Leonard, 02/13/00, $2,097
**00-DEA-374924**, Smith & Wesson, Model 32-10, .38 Caliber Revolver, Serial #R4410, VL: $400.00, Philadelphia, PA, Vecchione, Paul, 02/10/00, $250
**DISTRICT OF PUERTO RICO**
**00-DEA-374074**, $34,145.00 U.S. Currency, Carolina, PR, Perez-Chardon, Allwin, 01/27/00, $3,414
**00-DEA-374075**, $37,020.00 U.S. Currency, Carolina, PR, Rodriguez-Nunez, Juan Rafael, 01/27/00, $3,702
**DISTRICT OF RHODE ISLAND**
**00-DEA-374949**, BankBoston, Checking Account #273-34191, VL: $73,483.27, Providence, RI, New England Contract Crushing, 02/07/00, $5,000
**DISTRICT OF SOUTH CAROLINA**
**00-DEA-374371**, $14,000.00 U.S. Currency, West Columbia, SC, Wisdom, Enoch AKA Wilson, Enoch, 01/27/00, $1,400
**00-DEA-374384**, $1,128.00 U.S. Currency, West Columbia, SC, Delaney, Reginald, 01/27/00, $250
**00-DEA-374662**, Assorted Weapons, VL: $600.00, Loris, SC, King, Bill Roger, 02/03/00, $250
**WESTERN DISTRICT OF TENNESSEE**
**00-DEA-374335**, $54,033.00 U.S. Currency, Memphis, TN, Rahman, Asif, 02/02/00, $5,000
**00-DEA-374356**, $36,980.00 U.S. Currency, Memphis, TN, Renteria, Artemio Torres, 02/04/00, $3,698
**00-DEA-374365**, $10,900.00 U.S. Currency, Memphis, TN, Askew, Frederick, 02/07/00, $1,090
**EASTERN DISTRICT OF TEXAS**
**00-DEA-375549**, $12,000.00 U.S. Currency, Kountze, TX, Oliver, Huey Pierce, 02/17/00, $1,200
**NORTHERN DISTRICT OF TEXAS**
**00-DEA-374636**, $8,000.00 U.S. Currency, Dallas, TX, Perez, Ricardo, 02/10/00, $800
**00-DEA-374828**, $8,000.00 U.S. Currency, Rhome, TX, Carraway, Angela Anita, 02/10/00, $800
**00-DEA-374917**, $48,980.00 U.S. Currency, D/FW Airport, TX, Salgado, Erasmo, 02/16/00, $4,898
**00-DEA-375433**, $13,000.00 U.S. Currency, Balch Springs, TX, Monsivais, Marcos, 02/29/00, $1,300
**00-DEA-375511**, $2,900.00 U.S. Currency, Richardson, TX, Catacalos, John, ...



U. S. Dep[illegible]ment of Justice

Drug Enforcement Administration

---

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Kenneth Hawkins
706 Margaret Henry Road
Sterling, CT 06377

**Asset ID:** 00-DEA-374949 **Case #:** CD-00-0008
**Asset Description:** BankBoston, Checking Account #273-34191
**Acct/Ser No:** 273-34191
**Seizure Date:** 02/07/00 **Seizure Value:** $73483.27
**Seizure Place:** Providence, RI
**Owner Name:** New England Contract Crushing
**Seized From:** New England Contract Crushing
**Judicial District:** District of Rhode Island

Date: May 5, 2000

Dear Mr. Kenneth Hawkins:

This letter is in regards to the above-referenced seized property. Please note the following information checked below:

_X_ Enclosed is a copy of a notice of seizure previously sent to you at your address of record with the Drug Enforcement Administration.

____ Enclosed is a copy of a notice of seizure previously sent to your client at his/her address of record with the Drug Enforcement Administration.

Sincerely,

Senior Attorney
Asset Forfeiture Section
Office of Domestic Operations

Enclosure

**COPY.NOT.REQ (JUNE 99)** BY: II AD CODE #: 551

GOVERNMENT EXHIBIT 11



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| **Asset Id:** | 00-DEA-374949 |
| **Case Number:** | CD-00-0008 |
| **Property:** | BankBoston, VL: $73,483.27, Checking Account # |
| **Account Number:** | 273-34191 |
| **Asset Value:** | $73,483.27 |
| **Seizure Date:** | 02/07/00 |
| **Seizure Place:** | Providence, RI |
| **Owner Name:** | New England Contract Crushing |
| **Seized From:** | England Contract Crushing, New |
| **Judicial District:** | District of Rhode Island |

Kenneth Hawkins
56 Riverside Avenue
Johnston, RI 02919

**BOND REQUIRED:** $5,000.00
**LETTER DATE:** March 21, 2000
**FIRST DATE OF PUBLICATION:** April 3, 2000

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture under Title 21, United States Code (U.S.C.), Section 881, because it was used or acquired as a result of a **drug-related offense.** (see Title 21, Code of Federal Regulations (C.F.R.), Section 1316.91(d) (54 Federal Register 37610-37611) for the definition of the term "drug-related offense.") The seizure date and place, as well as other pertinent information regarding the property are also shown above.

Pursuant to Title 19, U.S.C., Sections 1602-1619, and Title 21 Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in it (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in **court.** Also, under certain circumstances, you may petition for the expedited release of the property. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, submit a petition for remission or mitigation within thirty **(30)** days from the receipt of this notice. Follow the regulations set forth in Title 28, C.F.R., Sections 9.1-9.9. State the facts and circumstances which you believe justify the return of the property or return of your interest in the property.

File an original petition and two copies with the DEA's Asset Forfeiture Section. **No bond** is necessary if only a petition is filed. **Pursuant to Title 28, C.F.R., Section 9.9(g), a petition for remission or mitigation of forfeiture shall be signed and sworn to by the petitioner.**

## TO CONTEST THE FORFEITURE

In addition to or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim of ownership and a cost bond with the DEA. Submit the bond in the amount shown above in the form of a cashier's check or a certified check **payable to the U.S. Department of Justice**, or present satisfactory surety. **Claims must be signed by the parties making the claim.** Unsupported submissions signed by attorneys are insufficient to satisfy the requirement the claims be personally executed. United States v. Fifteen Thousand Five Hundred Dollars, 558 F.2d 1359, 1360 (9th Cir. 1977). If you are indigent (needy and poor) you may not have to post the bond. To request a waiver of the bond, you must fully disclose your finances in a signed statement called a "Declaration in Support of Request to Proceed *In Forma Pauperis*" along with a claim of ownership of the property. Use the format of the pauperis declaration shown as Form 4 in the Appendix of Forms following Rule 48 of the Federal Rules of Appellate Procedure or obtain a form from a DEA field office. The claim of ownership, with either bond or "Declaration in Support of Request to Proceed *In Forma Pauperis*" must be filed within **twenty (20) days of the first date** of publication of the notice of seizure in the edition of the Wall Street Journal newspaper referenced above. The notice will be published for three successive weeks.

## PETITION FOR EXPEDITED RELEASE

Under certain circumstances you may petition for expedited release of the property. Such expedited release procedures are available under Sections 6079 and 6080 of the Anti-Drug Abuse Act of 1988 (Public Law 100-690), as implemented by Title 21, C.F.R., Section 1316.90-1316.99 (54 Federal Register 37610 -37613). Section 6079 covers seizures of property for a violation involving the possession of personal use quantities of a controlled substance as defined in Title 21, C.F.R., Section 1316.91(j). Section 6080 covers seizures of a conveyance for a drug-related offense.

### Expedited Review of Property Seized Based Upon the Possession of Personal Use Quantities of a Controlled Substance

If the property was seized for administrative forfeiture for a violation involving the possession of personal use quantities of a controlled substance, then a "Notice of Seizure of Property For Personal Use Quantities of Controlled Substances" ("Notice") was given to the party in possession of the property at the time of seizure. In order to obtain an expedited review, **the owner** must file a "Petition For Expedited Release" of the seized property with the DEA office whose address was listed on the Notice provided at the time of seizure. The "Petition For Expedited Release" may be filed at any time after the date of seizure up until **twenty (20) days** following the **first date** of publication of the notice of seizure in the edition of the Wall Street Journal newspaper referenced above. The petition must be executed and sworn to by the **owner**, and both the envelope and the request must be clearly marked **"PETITION FOR EXPEDITED RELEASE."** An original and two copies of the petition must be filed and must include the following:

1. A complete description of the property, including identification number, if any, and the date and place of seizure;
2. The owner's interest in the seized property, which shall be supported by title documentation, bills of sale, contracts, mortgages, or other satisfactory documentary evidence; and
3. A statement of facts and circumstances to be established by satisfactory proof, sworn to by the owner, demonstrating: (a) the owner has a valid, good faith interest in the seized property as owner or otherwise; (b) the owner reasonably attempted to ascertain the use of the property in a normal and customary manner; and (c) the owner did not know or consent to the illegal use of the property, or in the event that the owner knew or should have known of the illegal use,the owner did what reasonably could be expected to prevent the violation.

Within twenty (20) days of receipt of the "Petition For Expedited Release," the DEA shall determine whether to grant or deny the petition. If the petition is granted, the DEA shall terminate the administrative forfeiture and return the property to the owner except where the property is evidence of a violation of law. If the petition is denied, the DEA shall proceed with the administrative forfeiture.

Under Title 21, C.F.R., Section 1316.94, the owner of property seized for administrative forfeiture involving controlled substances in personal use quantities, may obtain the release of the seized property before the completion of the administrative forfeiture process by providing satisfactory proof of ownership of the property and by substituting for that property **an amount equal to the appraised value of the property,** (a "substitute res") as determined by the DEA, in the form of a traveler's check, money order irrevocable letter of credit or cashier's check made payable to the DEA. Payment in the form of a cashier's check will be considered as paid once the check has been accepted for payment by the financial institution which issued the check. Upon forfeiture,

the DEA shall forfeit the substitute res in lieu of the property.

**Expedited Review of Seized Conveyances**

The owner of a conveyance (a vehicle, vessel or aircraft) seized for forfeiture because of the conveyance's involvement in a drug-related offense may, **after filing a claim and the posting of a cost bond** as described above, file a "Petition For Expedited Release" in order to obtain an expedited review of the seizure. The "Petition For Expedited Release" must be executed and sworn to by the **owner** and filed in triplicate. The petition and the envelope in which it is contained must be clearly marked "PETITION FOR EXPEDITED RELEASE." The original petition and one copy must be addressed to and filed with the United States Attorney prosecuting the conveyance in the Judicial District shown above. The second copy must be addressed to and filed with the DEA office listed on the "Notice of Seizure of a Conveyance For A Drug Related Offense," which was provided to the party from whom the property was seized at the time of the seizure. The petition must be received by the United States Attorney within **twenty (20) days** from the **first date** of publication of the notice of the action and arrest of the property, or within **thirty (30) days** after filing the claim, whichever occurs later. In the petition, the owner must submit credible information establishing the following:

1. A complete description of the property, including identification number, if any, and the date and place of seizure;

2. The owner's interest in the seized property, which shall be supported by title documentation, bills of sale, contracts, security interest record, or other satisfactory documentary evidence; and

3. A statement of facts and circumstances, to be established by satisfactory proof, sworn to by the owner, demonstrating: (a) the owner has a valid, good faith interest in the seized property as owner or otherwise; (b) the owner reasonably attempted to as certain the use of the property in a normal and customary manner; and (c) the owner did not know or consent to the illegal use of the property, or, in the event that the owner knew or should have known of the illegal use, the owner did what reasonably could be expected to prevent the violation.

Within twenty (20) days of receipt of the "Petition For Expedited Release," the United States Attorney shall determine whether to grant or deny the petition. If the United States Attorney grants the petition, the conveyance shall be returned to the owner pending the outcome of the forfeiture action, except where it is evidence of a violation of law. If the United States Attorney denies the petition, the Government shall retain possession pending further proceedings.

An owner may obtain release of the conveyance by providing satisfactory proof of ownership, and by providing security to the DEA in the form of a substitute res bond in an amount equal to the appraised value of the conveyance, as determined by the DEA. In the event the Attorney General or his designee determine the conveyance should be retained as evidence of a violation of law or, because by reason or design or other characteristic, the conveyance is particularly suited for use in illegal activities, no release of the conveyance will be made. The bond must be in the form of a traveler's check, a money order, a cashier's check, or an irrevocable letter of credit made **payable to the Department of Justice**. A bond in the form of a cashier's check will be considered paid once the check has been accepted for payment by the financial institution which issued the check.

**WHERE TO SUBMIT CORRESPONDENCE**

Except as noted above involving "Petitions for Expedited Release," all other documents must be submitted to the **Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, VA 22202.** The Asset ID referenced **must** be used when submitting a petition, claim and bond, or other correspondence to the DEA. **Failure to include the asset id may cause a delay in the DEA's action on this matter.**

Z 164 380 809

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | |
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form **3800**, April 1995

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Hawkins
56 Riverside Avenue
Johnston, RI 02919
Z164380809 Asset ID: 00-DEA-374949
(CO)

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)*
B. Date of Delivery 3/28/00

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
Z 164 380 809

551

PS Form 3811, July 1999 Domestic Return Receipt C. Wells 102595-99-M-1789

Z 341 803 578

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided.

Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form **3800**, April 1995

GOVERNMENT EXHIBIT

12

CARDELS 800-783-0399

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. cw66
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KENNETH HAWKINS
706 MARGARET HENRY ROAD
STERLING, CT 06377

00-DEA-374949(CD)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Dorothy Salisbury

B. Date of Delivery 5-12-00

C. Signature

X Dorothy Salisbury

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) Z341803578

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**CASE No. CO-00-0008**
**ASSET ID No. 00-DEA-374949**

**VS.**

**ONE BANKBOSTON CHECKING ACCOUNT#273-34191**
**CONTAINING $73,483.27**
**Defendant.**

**VERIFIED CLAIM OF OWNERSHIP**

Claimant, Kenneth Hawkins, hereby claims that he is the lawful and true owner of One BankBoston Checking Account # 273-34191 containing $73,483.27.

Kenneth Hawkins

Date: May 8, 2000

GOVERNMENT EXHIBIT
13

**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**VS.**

**CASE No. CO-00-00008**
**ASSET ID Nos. 00-DEA-374949**
**00-DEA-375088**
**00-DEA-375083**

**ONE BANKBOSTON CHECKING ACCOUNT # 273-34191 CONTAINING $73,483.27, ONE HEWITT ROBBINS MODEL J3048 PORTABLE CRUSHING PLANT, ONE CATERPILLAR MODEL 988B WHEEL LOADER**
**Defendant.**

**CLAIMANT'S REQUEST TO PROCEED IN FORMA PAUPERIS**

Now comes the claimant, Kenneth Hawkins, and hereby requests to proceed in forma pauperis in the above-referenced matters and for reason says that he is indigent and without the financial ability to furnish the required bonds.

Respectfully Submitted
Kenneth Hawkins,

Date: May 8, 2000

551

Kenneth Hawkins
Wyatt Dentention Center
950 High Street
Central Falls, RI 02863

33 USA 33 USA 33 USA 33 USA

Drug Enforcement Administration
Office of Domestic Operations
Asset Forfeiture Section
Caller Number 91017
Arlington, VA 22202

22202/4222



 U. S. Departr[illegible]f Justice

Drug Enforcement Administration

*Washington, D.C. 20537*

**Asset ID:** 00-DEA-374949 **Case #:** CD-00-0008
**Asset Description:** BankBoston, Checking Account #273-34191
**Acct/Ser No:** 273-34191
**Seizure Date:** 02/07/00 **Seizure Value:** $73483.27
**Seizure Place:** Providence, RI
**Owner Name:** New England Contract Crushing
**Seized From:** New England Contract Crushing
**Judicial District:** District of Rhode Island

# DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 20 days from the date of first publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient probable cause to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Senior Attorney
Asset Forfeiture Section

MAY 18 2000
Date

cc: DEA/DO: BOSTON
DEA/RO: HARTFORD
USMS: PROVIDENCE

**DEA.294 (JUNE 99)**

BY: MJ AD CODE #: 551

GOVERNMENT EXHIBIT 14