

U. S. Depa[illegible]t of Justice

Drug Enforcement Administration

Washington, D.C. 20537

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

**Kenneth Hawkins**
**Wyatt Dentention Center**
**950 High Street**
**Central Falls, RI 02863**

**Asset ID:** 00-DEA-374949 **Case #:** CD-00-0008
**Asset Description:** BankBoston, Checking Account #273-34191
**Acct/Ser No:** 273-34191
**Seizure Date:** 02/07/00 **Seizure Value:** $73483.27
**Seizure Place:** Providence, RI
**Owner Name:** New England Contract Crushing
**Seized From:** New England Contract Crushing
**Judicial District:** District of Rhode Island

**DATE: June 12, 2000**

Dear Mr. Hawkins:

This Drug Enforcement Administration (DEA) has received your claim for the seizure referenced above. The following information is provided:

____ Your claim has been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

____ Your claim and petition have been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

____ Your claim **accompanied by a cost bond or affidavit of indigency**, for the property referenced above is being **returned** because it was submitted **after the last date to file** which was____________________. This Is evidenced by the date of the submission or by the postmark on the envelope in which the submission was received.

**X** Your claim, **unaccompanied by a cost bond or affidavit of indigency**, for the property referenced above is being **returned** because it was submitted **after the last date to file** which was April 23, 2000. This is evidenced by the date of the submission or by the postmark on the envelope in which the submission was received.

GOVERNMENT EXHIBIT 15

___ Petitions for Remission and/or Mitigation of forfeiture may be filed until the date the property is disposed of according to law. Since you submitted a petition along with your claim, this office will administratively rule on your petition. It is anticipated that this process will take a minimum of **120 days** before a decision can be rendered on the merits of the petition. Please be assured that all petitions are handled on a "**first-in, first-out**" basis.

_X_ Although you did **not** file a Petition for Remission and/or Mitigation, along with your claim, as a matter of discretion, we will allow you **20 days**, from receipt of this letter, to file a petition for an administrative ruling by this office before the property is disposed of according to law. Please note that your petition must be sworn to under penalty of perjury. For your ready reference, the acceptable language required by statute is as follows:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date) (Signature)".

Please ensure that **all documents and correspondence regarding this matter, reference the DEA asset identifier and case numbers noted above** and be addressed to the Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, Virginia 22202.

Sincerely,

Asset Forfeiture Section
Office of Domestic Operations

Enclosures

**CLAIM.ACK.LTR (JUNE 99)** BY: AW AD CODE # 551

P 423 358 527

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:** Wooten

- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Kenneth Hawkins
Wyatt Dentention Center
950 High Street
Central Falls, RI 02863

Asset Id#: 00-DEA-374949 -CD

4a. Article Number
P 423 358 527

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
4/20/01

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991 *U.S. GPO: 1993—352-714 **DOMESTIC RETURN RECEIPT**

Thank you for using Return Receipt Service.

**GOVERNMENT EXHIBIT**
16

CARDELS 800-783-0399

IN THE MATTER OF

ONE LOT OF $73,483.27
IN UNITED STATES CURRENCY

ASSET ID # 00-DEA-374949
CASE #: CD-00-0008

**PETITION FOR REMISSION AND/OR MITIGATION**

Now comes the petitioner, Kenneth Hawkins, and hereby moves for Remission and/or Mitigation of the above-referenced property. In support of this request, the petitioner avers that he is the true and lawful owner of said currency. Said monies were paid to the petitioner's business New England Contract Crushing by Marious Corporation of Worcester, Massachusetts for work performed.

Kenneth Hawkins

SUBSCRIBED AND SWORN TO before me on this 7th day of July, 2000.

NOTARY PUBLIC
My Commission Expires: 6/19/04

551

GOVERNMENT EXHIBIT 17




U. S. Dep[illegible] ment of Justice

Drug Enforcement Administration

Washington, D.C. 20537

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

**Kenneth Hawkins**
**Wyatt Dentention Center**
**950 High Street**
**Central Falls, RI 02863**

**Asset ID:** 00-DEA-374949 **Case #:** CD-00-0008
**Asset Description:** BankBoston, Checking Account #273-34191
**Acct/Ser No:** 273-34191
**Seizure Date:** 02/07/00 **Seizure Value:** $73483.27
**Seizure Place:** Providence, RI
**Owner Name:** New England Contract Crushing
**Seized From:** New England Contract Crushing
**Judicial District:** District of Rhode Island

**DATE: June 12, 2000**

Dear **Mr. Hawkins**:

This Drug Enforcement Administration (DEA) has received your claim for the seizure referenced above. The following information is provided:

____ Your claim has been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

____ Your claim and petition have been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

____ Your claim **accompanied by a cost bond or affidavit of indigency**, for the property referenced above is being **returned** because it was submitted **after the last date to file** which was________________________. This Is evidenced by the date of the submission or by the postmark on the envelope in which the submission was received.

X Your claim, **unaccompanied by a cost bond or affidavit of indigency**, for the property referenced above is being **returned** because it was submitted **after the last date to file** which was **April 23, 2000**. This is evidenced by the date of the submission or by the postmark on the envelope in which the submission was received.

____ Petitions for Remission and/or Mitigation of forfeiture may be filed until the date the property is disposed of according to law. Since you submitted a petition along with your claim, this office will administratively rule on your petition. It is anticipated that this process will take a minimum of **120 days** before a decision can be rendered on the merits of the petition. Please be assured that all petitions are handled on a "**first-in, first-out**" basis.

_X_ Although you did **not** file a Petition for Remission and/or Mitigation, along with your claim, as a matter of discretion, we will allow you **20 days**, from receipt of this letter, to file a petition for an administrative ruling by this office before the property is disposed of according to law. Please note that your petition must be sworn to under penalty of perjury. For your ready reference, the acceptable language required by statute is as follows:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date) (Signature)".

Please ensure that **all documents and correspondence regarding this matter, reference the DEA asset identifier and case numbers noted above** and be addressed to the Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, Virginia 22202.

Sincerely,

Asset Forfeiture Section
Office of Domestic Operations

Enclosures

**CLAIM.ACK.LTR (JUNE 99)** BY: **AW** AD CODE # **551**



**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**VS.**

**CASE No. CO-00-0008**
**ASSET ID No. 00-DEA-374949**

**ONE BANKBOSTON CHECKING ACCOUNT#273-34191**
**CONTAINING $73,483.27**
**Defendant.**

**VERIFIED CLAIM OF OWNERSHIP**

Claimant, Kenneth Hawkins, hereby claims that he is the lawful and true owner of One BankBoston Checking Account # 273-34191 containing $73,483.27.

Kenneth Hawkins

Date: May 8, 2000

**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

RECEIVED CCF/A... MAY 17 '00

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**VS.**

**CASE No. CO-00-00008**
**ASSET ID Nos. 00-DEA-374949**
**00-DEA-375088**
**00-DEA-375083**

**ONE BANKBOSTON CHECKING ACCOUNT #272-34191 CONTAINING $73,483.27, ONE HEWITT ROBBINS MODEL J3048 PORTABLE CRUSHING PLANT, ONE CATERPILLAR MODEL 988B WHEEL LOADER**
**Defendant.**

**CLAIMANT'S REQUEST TO PROCEED IN FORMA PAUPERIS**

Now comes the claimant, Kenneth Hawkins, and hereby requests to proceed in forma pauperis in the above-referenced matters and for reason says that he is indigent and without the financial ability to furnish the required bonds.

Respectfully Submitted
Kenneth Hawkins,

Date: May 8, 2000



Drug Enforcement Administration
Office of Domestic Operations
Asset Forfeiture Section
Caller Number 91017
Arlington, Virginia 22202
Asset ID: 00-DEA-375088
Case #:CD-00-0008



U. S. Depa. .n. . of Justice

Drug Enforcement Administration

Mr. Kenneth Hawkins
Wyatt Dentention Center
950 High Street
Central Falls, RI 02863

**Asset ID:** 00-DEA-374949 **Case #:** CD-00-0008
**Asset Description:** BankBoston, Checking Account #273-34191
**Acct/Ser No:** 273-34191
**Seizure Date:** 02/07/00 **Seizure Value:** $73483.27
**Seizure Place:** Providence, RI
**Owner Name:** New England Contract Crushing
**Seized From:** New England Contract Crushing
**Judicial District:** District of Rhode Island

Date: August 1, 2000

Dear Petitioner:

Your Petition for Remission and/or Mitigation of forfeiture or Petition for Reconsideration for the above-referenced seizure has been received by this office. The following information is provided:

_X_ Your Petition for Remission and/or Mitigation will be ruled on administratively by this office. Before any decision can be made, an investigation and review of your petition must be conducted. This process will take a minimum of 120 days before a decision can be rendered. Please be assured that all petitions are handled on a "**first-in, first-out**" basis.

___ This seizure was referred to the United States Attorney for the above-noted judicial district for judicial forfeiture proceedings. Therefore, your petition was forwarded to that office for handling. We request that all further inquiries concerning this seizure be directed to the United States Attorney's office in the above-noted judicial district.

___ Your Petition for Reconsideration will be ruled on administratively by this office. Before any decision can be made, an investigation and review of your reconsideration must be conducted. Please be assured that all reconsiderations are handled on a "**first-in, first-out**" basis and will be ruled on as soon as possible.

GOVERNMENT EXHIBIT 18