2000-[illegible]8-0103

**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

RECEIVED MAY 17 A8:

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**VS.**

**CASE No. CO-00-00008**
**ASSET ID Nos. 00-DEA-374949**
**00-DEA-375088**
**00-DEA-375083**

**ONE BANKBOSTON CHECKING ACCOUNT # 273-34191 CONTAINING $73,483.27, ONE HEWITT ROBBINS MODEL J3048 PORTABLE CRUSHING PLANT, ONE CATERPILLAR MODEL 988B WHEEL LOADER**
**Defendant.**

## CLAIMANT'S REQUEST TO PROCEED IN FORMA PAUPERIS

Now comes the claimant, Kenneth Hawkins, and hereby requests to proceed in forma pauperis in the above-referenced matters and for reason says that he is indigent and without the financial ability to furnish the required bonds.

Respectfully Submitted
Kenneth Hawkins,

[signature]

Date: May 8, 2000

Accepted for value certified and sworn on the Undersigned's Commercial liability true, correct, and complete with all related endorsements front and back, in accordance with Uniform Commercial Code 3-419 and House Joint Resolution 192 of June 5 1933 pre-paid, exemption from levy
Date: October 3, 2000
Kenneth George Hawkins
Kenneth George Hawkins Authorized

9

561

UNITED STATES DISTRICT COURT

2000-308-0183 DISTRICT OF CONNECTICUT

Grand Jury H-99-1

UNITED STATES OF AMERICA

v.

KENNETH HAWKINS

CRIMINAL NO. 3:00CR75AWT

VIOLATIONS:

21 U.S.C. § 846
(Conspiracy to Distribute Marijuana)

18 U.S.C. § 1513(b)(2)
(Threatening in Retaliation for Providing Information to Law Enforcement Officer)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about February 1999, the exact date being unknown to the Grand Jury, to in or about February 2000, in the District of Connecticut and elsewhere, KENNETH HAWKINS, the defendant herein, and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another, to possess with intent to distribute, and to distribute, 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about March 16, 2000, in the District of Connecticut and elsewhere, KENNETH HAWKINS, the defendant herein, did knowingly

2000-308-01 3

threaten to cause bodily injury to Gary Duval and Alison Fontecchio, such conduct being taken with the intent of retaliating against said persons for any information given by them to a law enforcement officer relating to the commission or possible commission of a Federal offense, namely conspiring to distribute marijuana, a violation of Title 21, United States Code, Section 846.

All in violation of Title 18, United States Code, Section 1513(b)(2).

A TRUE BILL

Clifton Bartlett
FOREPERSON

Stephen C Robinson
STEPHEN C. ROBINSON
UNITED STATES ATTORNEY

PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY
CHIEF, DRUG TASK FORCE

Michael J. Gustafson
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY

Accepted for value Certified and Undersigned's commercial liability sworn on the true, correct and complete with all related documents in accordance with Uniform Commercial Code 3-419 and House Joint Resolution 192 of June 3, 1933, pre-paid, exemption from levy
Kenneth George Hawkins
Date: October 2, 2000

I hereby certify that the foregoing is a true copy of the original document on file. Date: 11-13-00
KEVIN F. ROWE
Clerk
By B. Sunbun
Deputy Clerk

2000-308-0103

c/o Wyatt Detention Ctr.
950 High Street.
Central Falls R.I. 02863

Accepted for value [illegible] and sworn on the [illegible] undersigned [illegible] commercial liability [illegible] correct and complete, with all related [illegible] and back - in accordance with [illegible] Commercial Code §§ 3-419 and House Joint Resolution June 5, 1933 pre-paid, exempt from levy.
Kenneth George Hawkins
Kenneth George Hawkins
Date: October 18, [illegible]

To Respondent:

To: Stephen C Robinson
dba: U.S. ATTORNEY STEPHEN C ROBINSON
Abraham Ribicoff federal Building
450 main street
Hartford, Conn 06103

Re: Two (2) Affidavits of the Undersigned and Proof of service thereof copy of each enclosed, and Certification of Non Response issued by Notary.

Notice of Default and Stipulation

1. The record reflects that STEPHEN C ROBINSON the above named Respondent, herinafter "Respondent" is in receipt of the below - enumerated documents on the basis of service by First Class Mail as substantiated by Affidavit of Service bearing the Date September 18, 2000.

"Affidavit of specific Negative Averment" dated September 18, 2000

"Bill of Peace", dated September 18, 2000

2. Executing, posting, and staking of the Lawful claim and notice of Kenneth George Hawkins : Herein referenced as "the Undersigned", in accordance with this Notice of Default and Stipulations hereinafter "Notice of Stipulation", the notorial Certification of Non-Response, and the two (2) above -enumerated Affidavits, hereinafter "the Undersigned, as Affidavits", establishes on the record Respondents confession and consent of judgement, i. e., lawful, contractual, and commercial Res judicata, the inter alia:

a. Respondent stipulates on the record that each and every material fact affirmed in the Undersigned's Affidavits is true, correct, and complete not misleading, and the truth, whole truth, and nothing but the truth in law, commerce, substantial citation, and fact.

b. Respondents, possesses no verifiable and lawful corporate existence and is thereby devoid of all limited-liability underwriting, authority, solvency, and credibility.

c. None of the unproved, undefined all - capital - letter assemblages of alphabetical symbols, such as: STEPHEN C ROBINSON & KENNETH HAWKINS, and the like exists, is solvent, and has capacity to sue and be sued, whereby no corporate parties exist to be in contract, dispute, arbitration, and the like.

d. Respondent is acting as an alien enemy of the Undersigned and the united States of America and the people, Constitution (1787 1791), and Goverment thereof, under order of some undisclosed letter of marque and reprisal caused by some undisclosed principle, absolving the Undersigned of all and every obligation to engage in commercial intercourse with Responden in any manner and constituting prima-facie evidence, i. e., proof, that Respondent is commiting treason, insurrection, and conspiracy, to overthrow the Government of the united States of America.

e. Respondent is lawfully -estopped absolutely and permanately from acting against the Undersigned, the rights of the Undersigned, the property of the Undersigned, and the, peace, sanctuary, and sanctity of the Undersigned's private lilfe and private business in any manner whatsoever.

3. Any action by Respondent of any kind re this matter purporting to involve the Undersigned constitutes establishing on the record

confession and concession and consent of judgement by Respondent, concerning this matter purporting to involve the Undersigned is proof of deliberate, willful intent to abrogate the stipulations established on the record of this matter and are actionable in law, commerce, and any competent jurisdiction.

4. The Undersigned posts and stakes this Notice of Stipulation in all public record and reserves the right to incorporate this Notice of Stipulation in proceedins arising from the subject matters estableshed herein.

NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPALS

Executed in sovereign, unlimited -liability Capacity

Kenneth George Hawkins

Kenneth George Hawkins

2000 308-0103

COPY CERTIFICATION BY DOCUMENT CUSTODIAN

Accepted for value and Sworn on the commercial liability with all related assignments correct and complete with all related endorsements true and correct in accordance with [illegible] terms [illegible] Commercial Code §§ 3-419 and House Joint Resolution [illegible] of June 5, 1933 pre-paid; exempt from levy. Date. [illegible]

Kenneth George Hawkins

State of Rhode Island ] ss.
County of Providence ]

I Kenneth George Hawkins, hereby attest that the attached reproduction of my certification of non-responce notarized by notary public June Carlton and my Notice of Default and stipulation.

is a true, correct and complete photocopy of the documents in my possession.

Kenneth George Hawkins

Kenneth George Hawkins
Signature of Custodian of Original Document

c/o 950 High street
Central Falls
Rhode Island, 02863
Address

Subscribed and sworn to before me on this 18TH day of October 2000.

Normand A Demers
Signature of Notary Public

Place Notary Seal Above