2000-308-0103

c/o Wyatt Detention Cen.
950 High Street
Central Falls R.I. 02863

To Respondent:

To: Michael J Gustafson
dba: A.U.S.A. MICHAEL J GUSTAFSON
Abraham Ribicoff federal Building
450 main street
Hartford, Conn  06103

Re: Two (2) Affidavits of the Undersigned and Proof of service thereof copy of each enclosed, and Certification of Non Response issued by Notary.

Notice of Default and Stipulation

1. The record reflects that _Michael J Gustafson_ the above named Respondent, herinafter "Respondent" is in receipt of the below-enumerated documents on the basis of service by First Class Mail as substantiated by Affidavit of Service bearing the Date _September 18, 2000_.

"Affidavit of specific Negative Averment" dated _September 18, 2000_
"Bill of Peace", dated _September 18, 2000_

2. Executing, posting, and staking of the Lawfun claim and notice of _Kenneth George Hawkins_: Herein referenced as "the Undersigned", in accordance with this Notice of Default and Stipulations hereinafter "Notice of Stipulation", the notorial Certification of Non-Response, and the two (2) above-enumerated Affidavits, hereinafter "the Undersigned, as Affidavits", establishes on the record Respondents confession and consent of judgement, i, e., lawful, contractual, and commercial Res judicata, the inter alia:

Pg 1 of 3    Private and non-negotiable- between the parties

16

a. Respondent-0108 states on the record that each and every material fact affirmed in the Undersigned's Affidavits is true, correct, and complete not misleading, and the truth, whole truth, and nothing but the truth in law, commerce, substantial citation, and fact.

b. Respondents, possesses no verifiable and lawful corporate existence and is thereby devoid of all limited-liability underwriting, authority, solvency, and credibility.

c. None of the unproved, undefined all - capital - letter assemblages of alphabetical symbols, such as: MICHAEL J GUSTAFSON KENNETH HAWKINS , and the like exists, is solvent, and has capacity to sue and be sued, whereby no corporate parties exist to be in contract, dispute, arbitration, and the like.

d. Respondent is acting as an alien enemy of the Undersigned and the united States of America and the people, Constitution (1787 1791), and Goverment thereof, under order of some undisclosed letter of marque and reprisal caused by some undisclosed principle, absolving the Undersigned of all and every obligation to engage in commercial intercourse with Responden in any manner and constituting prima-facie evidence, i. e., proof, that Respondent is commiting treason, insurrection, and conspiracy, to overthrow the Government of the united States of America.

e. Respondent is lawfully -estopped absolutely and permanately from acting against the Undersigned, the rights of the Undersigned, the property of the Undersigned, and the, peace, sanctuary, and sanctity of the Undersigned's private lilfe and private business in any manner whatsoever.

3. Any action by Respondent of any kind re this matter purporting to involve the Undersigned constitutes establishing on the record

Pg. 2 of 3    Private and non-negotiable between the Parties

17

2000-308-103

confession and confession and consent of judgement by Respondent concerning this matter purporting to involve the Undersigned is proof of deliberate, willful intent to abrogate the stipulations established on the record of this matter and are actionable in law, commerce, and any competent jurisdiction.

4. The Undersigned posts and stakes this Notice of Stipulation in all public record and reserves the right to incorporate this Notice of Stipulation in proceedins arising from the subject matters established herein.

        NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS.
        NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPALS

Executed in sovereign, unlimited -liability Capacity

_Kenneth George Hawkins_
_Kenneth George Hawkins_

Pg. 3 of 3  Private and non-negotiable between the Parties

18

2000-308-0103      COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of Rhode Island }
                     } ss.
County of Providence }

I __Kenneth George Hawkins__, hereby attest that the attached reproduction of __my certification of non-responce notarized by notary public June Carlton and my Notice of Default and stipulation__

is a true, correct and complete photocopy of the documents in my possession.

Kenneth George Hawkins

_____
Signature of Custodian of Original Document

c/o 950 High Street
Central Falls
Rhode Island, 02863
Address

Subscribed and sworn to before me on this __18th__ day of __October, 2000__.

_____
Signature of Notary Public

Place Notary Seal Above

12

2000-308-0103

c/o Wyatt Detention Ctr.
950 High Street
Central Falls, R.I. 02863

To Respondent:

To: Peter D Markle
dba. A.U.S.A. PETER D MARKLE
Abraham Ribicoff federal Building
450 main street
Hartford, Conn 06103

   Re: Two (2) Affidavits of the Undersigned and Proof of service thereof copy of each enclosed, and Certification of Non Response issued by Notary.

   Notice of Default and Stipulation

1. The record reflects that PETER D MARKLE the above named Respondent, herinafter "Respondent" is in receipt of the be-low - enumerated documents on the basis of service by First Class Mail as substantiated by Affidavit of Service bearing the Date September 18, 2000.

   "Affidavit of specific Negative Averment" dated September 18, 2000
   "Bill of Peace", dated September 18, 2000

2. Executing, posting, and staking of the Lawfun claim and notice of Kenneth George Hawkins; Herein referenced as "the Under-signed", in accordance with this Notice of Default and Stipulations hereinafter "Notice of Stipulation", the notorial Certification of Non-Response, and the two (2) above -enumerated Affidavits, herein-after "the Undersigned, as Affidavits", establishes on the record Respondents confession and consent of judgement, i, e., lawful, contractual, and commercial Res judicata, the inter alia:

Pg 1 of 3    Private and non-negotiable- between the parties

20

2000-JUB-0103

a. Respondent stipulates on the record that each and every material fact affirmed in the Undersigned's Affidavits is true, correct, and complete not misleading, and the truth, whole truth, and nothing but the truth in law, commerce, substantial citation, and fact.

b. Respondents, possesses no verifiable and lawful corporate existence and is thereby devoid of all limited-liability underwriting, authority, solvency, and credibility.

c. None of the unproved, undefined all - capital letter assemblages of alphabetical symbols, such as: _PETER D MARKLE_ _KENNETH HAWKINS_, and the like exists, is solvent, and has capacity to sue and be sued, whereby no corporate parties exist to be in contract, dispute, arbitration, and the like.

d. Respondent is acting as an alien enemy of the Undersigned and the united States of America and the people, Constitution (1787 1791), and Goverment thereof, under order of some undisclosed letter of marque and reprisal caused by some undisclosed principle, absolving the Undersigned of all and every obligation to engage in commercial intercourse with Responden in any manner and constituting prima-facie evidence, i. e., proof, that Respondent is commiting treason, insurrection, and conspiracy, to overthrow the Government of the united States of America.

e. Respondent is lawfully -estopped absolutely and permanately from acting against the Undersigned, the rights of the Undersigned, the property of the Undersigned, and the, peace, sanctuary, and sanctity of the Undersigned's private lilfe and private business in any manner whatsoever.

3. Any action by Respondent of any kind re this matter purporting to involve the Undersigned constitutes establishing on the record

Pg. 2 of 3   Private and non-negotiable between the Parties

2۱

2000- 08-0103

confession and confession and consent of judgement by Respondent concerning this matter purporting to involve the Undersigned is proof of deliberate, willful intent to abrogate the stipulations astablished on the record of this matter and are actionable in law, commerce, and any competent jurisdiction.

4. The Undersigned posts and stakes this Notice of Stipulation in all public record and reserves the right to incorporate this Notice of Stipulation in proceedins arising from the subject matters established herein.

    NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS
    NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPALS

Executed in sovereign, unlimited -liability Capacity

_Kenneth George Hawkins_
_Kenneth George Hawkins_

Pg. 3 of 3   Private and non-negotiable between the Parties

22.

2000-308-0103
COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of Rhode Island }
} ss.
County of Providence }

I _Kenneth George Hawkins_, hereby attest that the attached reproduction of _my certification of non-responce notarized by notary public June Carlton and my Notice of Default and stipulation_

is a true, correct and complete photocopy of the documents in my possession.

Kenneth George Hawkins
_Kenneth George Hawkins_
Signature of Custodian of Original Document

c/o 950 High street
Central Falls
Rhode Island, 02863
Address

Subscribed and sworn to before me on this 18VH day of October 2000.

_Normand A Demers_
Signature of Notary Public

Place Notary Seal Above

23

c/o Wyatt Detention Ctr
950 High Street
Central Falls R.I. 02863

2000-308-0103

To Respondent:

To: Alvin W Thompson
dba: JUDGE ALVIN W THOMPSON
Abraham Ribicoff Federal Building
450 main street
Hartford, Conn 06103

Re: Two (2) Affidavits of the Undersigned and Proof of service thereof copy of each enclosed, and Certification of Non Response issued by Notary.

Notice of Default and Stipulation

1. The record reflects that ALVIN W THOMPSON the above named Respondent, herinafter "Respondent" is in receipt of the below - enumerated documents on the basis of service by First Class Mail as substantiated by Affidavit of Service bearing the Date September 18, 2000.

"Affidavit of specific Negative Averment" dated September 18, 2000
"Bill of Peace", dated September 18, 2000

2. Executing, posting, and staking of the Lawfun claim and notice of Kenneth George Hawkins: Herein referenced as "the Undersigned", in accordance with this Notice of Default and Stipulations hereinafter "Notice of Stipulation", the notorial Certification of Non-Response, and the two (2) above -enumerated Affidavits, hereinafter "the Undersigned, as Affidavits", establishes on the record Respondents confession and consent of judgement, i. e., lawful, contractual, and commercial Res judicata, the inter alia:

Pg 1 of 3   Private and non-negotiable- between the parties

2000-308-0103

a. Respondent stipulates on the record that each and every material fact affirmed in the Undersigned's Affidavits is true, correct, and complete not misleading, and the truth, whole truth, and nothing but the truth in law, commerce, substantial citation, and fact.

b. Respondents, possesses no verifiable and lawful corporate existence and is thereby devoid of all limited-liability underwriting, authority, solvency, and credibility.

c. None of the unproved, undefined all - capital - letter assemblages of alphabetical symbols, such as: _ALVIN W THOMPSON KENNETH HAWKINS_, and the like exists, is solvent, and has capacity to sue and be sued, whereby no corporate parties exist to be in contract, dispute, arbitration, and the like.

d. Respondent is acting as an alien enemy of the Undersigned and the united States of America and the people, Constitution (1787 1791), and Goverment thereof, under order of some undisclosed letter of marque and reprisal caused by some undisclosed principle, absolving the Undersigned of all and every obligation to engage in commercial intercourse with Responden in any manner and constituting prima-facie evidence, i. e., proof, that Respondent is commiting treason, insurrection, and conspiracy, to overthrow the Government of the united States of America.

e. Respondent is lawfully -estopped absolutely and permanately from acting against the Undersigned, the rights of the Undersigned, the property of the Undersigned, and the, peace, sanctuary, and sanctity of the Undersigned's private lilfe and private business in any manner whatsoever.

3. Any action by Respondent of any kind re this matter purporting to involve the Undersigned constitutes establishing on the record

Pg. 2 of 3    Private and non-negotiable between the Parties

25

2000-308-0103

confession and confession and consent of judgement by Respondent concerning this matter purporting to involve the Undersigned is proof of deliberate, willful intent to abrogate the stipulations established on the record of this matter and are actionable in law, commerce, and any competent jurisdiction.

4. The Undersigned posts and stakes this Notice of Stipulation in all public record and reserves the right to incorporate this Notice of Stipulation in proceedins arising from the subject matters estableshed herein.

    NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS.
    NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPALS

Executed in sovereign, unlimited -liability Capacity

*Kenneth George Hawkins*
*Kenneth George Hawkins*

Pg. 3 of 3   Private and non-negotiable between the Parties

26

COPY CERTIFICATION BY DOCUMENT CUSTODIAN

2000-308-9103

State of Rhode Island }
                      } ss.
County of Providence  }

I _Kenneth George Hawkins_, hereby attest that the attached reproduction of _my Certification of non-responce notarized by notary public June Carlton and my Notice of Default and stipulation_ is a true, correct and complete photocopy of the documents in my possession.

Kenneth George Hawkins
_Kenneth George Hawkins_
Signature of Custodian of Original Document

C/o 950 High Street
Central Falls
Rhode Island 02863
Address

Subscribed and sworn to before me on this _18th_ day of _October 2000_.

_Norman A. Demers_
Signature of Notary Public

Place Notary Seal Above

21