2000-308-0103

**Receipt 1 (top left):**
- Addressed to: Stephen C. Robinson, Abraham Ribicoff Bldg., 450 Main Street, Hartford, Conn. 06103
- Received by: Steven Grant
- Date of Delivery: 9/21
- Service Type: Certified Mail, Return Receipt for Merchandise
- Article Number: 7099 3400 0010 1941 3292
- PS Form 3811, July 1999, Domestic Return Receipt

**Receipt 2 (top right):**
- Addressed to: Stephen C. Robinson, Abraham Ribicoff Bldg., 450 Main Street, Hartford, Conn. 06103
- Received by: [signature] Flint
- Date of Delivery: 10/6
- Service Type: Certified Mail, Return Receipt for Merchandise
- Article Number: 7099 3400 0010 6555 0752
- PS Form 3811, July 1999, Domestic Return Receipt

38

**Receipt 3 (bottom left):**
- Addressed to: Michael J. Gustafson, Attorney's Office [AUSA], Abraham Ribicoff Fed. Bldg., 450 Main Street, Hartford, Conn. 06103
- Received by: Steven Grant
- Date of Delivery: 9/21
- Service Type: Certified Mail, Return Receipt for Merchandise
- Article Number: 7099 3400 0010 1941 4200
- PS Form 3811, July 1999, Domestic Return Receipt

**Receipt 4 (bottom right):**
- Addressed to: Michael J. Gustafson, dba AUSA, Michael Gustafson, Abraham Ribicoff Fed. Bldg., 450 Main Street, Hartford, Conn. 06103
- Received by: [signature] Flint
- Date of Delivery: 10/6
- Service Type: Certified Mail, Return Receipt for Merchandise
- Article Number: 7099 3400 0010 6555 0882
- PS Form 3811, July 1999, Domestic Return Receipt

[Four USPS PS Form 3811 (July 1999) Domestic Return Receipt cards, photocopied two per side]

**Card 1 (upper left)**

1000-308-0103

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Alvin W. Thompson
   c/o Judge Alvin W. Thompson
   Abraham Ribicoff Fed. Bldg.
   450 Main Street, Rm. 328
   Hartford, Conn. 06103

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marion Bock
B. Date of Delivery: 9/22
C. Signature: X Marion Bock — Addressee
D. Is delivery address different from item 1? No

3. Service Type: Certified Mail; Return Receipt for Merchandise
4. Restricted Delivery? No

2. Article Number: 7099 3400 0010 1941 3980

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**Card 2 (upper right)**

SENDER: COMPLETE THIS SECTION
1. Article Addressed to:
   Alvin W. Thompson
   c/o Judge Alvin Thompson
   Abraham Ribicoff Fed. Bldg.
   450 Main Street Rm. 328
   Hartford, Conn. 06103

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marion Bock
B. Date of Delivery: 10/6
C. Signature: X Marion Bock — Addressee
D. Is delivery address different from item 1? No

3. Service Type: Certified Mail; Return Receipt for Merchandise
4. Restricted Delivery? No

2. Article Number: 7099 3400 0010 6555 0822

PS Form 3811, July 1999   Domestic Return Receipt

**Card 3 (lower left)**

SENDER: COMPLETE THIS SECTION
1. Article Addressed to:
   Peter D. Markle
   Abraham Ribicoff Fed. Bldg.
   450 Main Street
   Hartford, Conn. 06103

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Shanna Grant
B. Date of Delivery: 9/21
C. Signature: X Shanna Grant — Addressee
D. Is delivery address different from item 1? No

3. Service Type: Certified Mail; Return Receipt for Merchandise
4. Restricted Delivery? No

2. Article Number: 7099 3400 0010 1941 4017

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**Card 4 (lower right)**

SENDER: COMPLETE THIS SECTION
1. Article Addressed to:
   Peter D. Markle
   Abraham Ribicoff Bldg.
   450 Main Street
   Hartford, Conn. 06103

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Shanna Grant
B. Date of Delivery: 10/6
C. Signature: X Shanna Grant — Addressee
D. Is delivery address different from item 1? No

3. Service Type: Certified Mail; Return Receipt for Merchandise
4. Restricted Delivery? No

2. Article Number: 7099 3400 0010 6555 0745

PS Form 3811, July 1999   Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: Non-Response Default
Michael J Gustafson - A.U.S.A.
Postage: $ .55
Certified Fee: $1.40
Return Receipt Fee (Endorsement Required): $1.25
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 3.20

Name (Please Print Clearly): Kenneth George Hawkins
Street, Apt. No.; or PO Box No: 90wyatt DeT. 950 High St.
City, State, ZIP+4: Central Falls, R.I. 02863
PS Form 3800, July 1999

2000-308-0103

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: Michael J Gustafson
Postage: $
Certified Fee: $1.40
Return Receipt Fee (Endorsement Required): $1.25
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 3.69

Name (Please Print Clearly): Kenneth George Hawkins
Street, Apt. No.; or PO Box No: 90 850 High St. Wyatt DeT. CTR
City, State, ZIP+4: Central Falls, R.I. 02863
PS Form 3800, July 1999

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: A.C.H. and Bu of Elephant
Lawrence H Summers Sec of Treas
Postage: $
Certified Fee: $1.40
Return Receipt Fee (Endorsement Required): $1.25
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 3.20

Name (Please Print Clearly): Kenneth George Hawkins
Street, Apt. No.; or PO Box No: 90 55 Alexander Avenue
City, State, ZIP+4: Cranston, Rhode Island 02920
PS Form 3800, July 1999

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: To: Clerk of Courts Hartford Conn
Postage: $ .33
Certified Fee: $1.40
Return Receipt Fee (Endorsement Required): $1.25
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 2.98

Name (Please Print Clearly): Kenneth George Hawkins
Street, Apt. No.; or PO Box No: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863
PS Form 3800, July 1999

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   To: Clerk of Courts
   Abraham Ribicoff Federal B
   450 main street
   Hartford, Conn
   06103

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): DCMC
B. Date of Delivery: 10/6
C. Signature: X Devon John ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7099 3420 0031 0555 0225

PS Form 3811, July 1999   Domestic Return Receipt

30

