2000-308-0.03

1. Voluntarily enters DEBTOR in the Commercial Registry;

2. Transfers and assigns to Secured Party a security interest in the Collateral described herein below; and

2000-278-0026

3. Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any manner that Secured Party, by sovereign and unalienable right, elects.

### PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, Finalized, signed, and sealed private contract freely entered into by and between DEBTOR and Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and Secured Party.

3. DEBTOR is transmitting utility, and unincorporated, proprietary trademark of Secured Party and All property of DEBTOR is the Secured property of Secured Party.

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, Pertain to, or be presumed to pertain to Secured Party in any manner is expressly prohibited without the written consent of Secured Party.

### FIDELITY BOND

Know all men by these presents, that DEBTOR, KENNETH GEORGE HAWKINS establishes this bond in favor of Secured Party, Kenneth George Hawkins, in the sum of present Collateral Values up to the penal sum of One Hundred Billion United States Dollars ($100,000,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators and third-party assigns, jointly and severally by these presents.

The condition of the above bond is: Secured party covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to Secured Party, covenants to serve as a transmitting utility therefor and, as assurance of fidelity, grants to Secured Party a Security Interest in the herein-below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR's Surety, Kenneth George Hawkins is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Suretymay cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR

FORM SA 09 13 00       Page 2 of 11    Secured Party  Kenneth George Hawkins
private and non-negotiable between the parties

Page 8

32



DEA MAIL ROOM
2001 APR 18 PM 2:08
317677

To: Forfeiture Counsel/Asset Forfeiture Section
Office of Domestic Operations
Drug Enforcement Administration
Caller Number 91017
Arlington, Virginia 22202

CERTIFIED MAIL
7099 3400 0003 0655 3095

Kenneth Hamlet
950 High Street
Central Falls
Rhode Island 02863

To: Richard Medema    Senior Attorney   Asset Forfeiture Section.

I would like to have any and All information regarding the seizure and forfeitures of any and All property taken from KENNETH HAWKINS such as:

Who gave the bank account to the DEA? and just what warrant they used to accomplish this etc.

Also who sign the release for these items from the Bank?

                            Thank you  [signature]

Also I would like you to sign under penalty of perjury that you have lawfully confiscated All MY vehicles, equipment and monies.
   Without such a statement from you, the evidence will show that you have no authority to make such proposal

GOVERNMENT EXHIBIT 22

(Petition)

I Kenneth George Hawkins, being the Secured party and Creditor with regards to the Debtor "Legal Person"/Ens-legis being charged (KENNETH HAWKINS) hereby discharge the obligation in this matter and make claim to All properties pertaining to the Debtor/ "Legal Person"/Ens-legis (KENNETH HAWKINS) as described and explained in the "Security Agreement" attached to the U.C.C.-1-Financing statement located at the Secretary of states office in Washington state file # 2000-308-0103 and 2001-022-0105

Also see the 2nd page of Both filings verifying this. NOTE: That the Debtor is a transmitting utility.

As you can see there is a lien against the property seized by the DEA in which I, Kenneth George Hawkins has a legal claim as "holder in due course" of the documents/instruments

I declare under penalty of perjury that the foregoing is true and correct. May 1, 2001

Keith George Hawkins
950 High Street
Central Falls
Rhode Island 02863

Also be advise that this is "Private" property and NOT "Public" property there by closing the door to any Government Claims.

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Kenneth Hawkins, Prisoner ID No. 04844070
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

| | |
|---|---|
| Asset Id: | 01-DEA-388933 |
| Case Number: | CD-00-0008 |
| Property: | $20,000.00 U.S. Currency |
| Asset Value: | $20,000.00 |
| Seizure Date: | 02/08/01 |
| Seizure Place: | Sterling, CT |
| Owner Name: | Hawkins, Kenneth |
| Seized From: | Hawkins, Kenneth |
| Judicial District: | District of Connecticut |

NOTICE MAILING DATE: April 2, 2001

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **May 7, 2001**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virginia 22202. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

G-2

This UCC-3 CHANGE STATEMENT is presented for filing pursuant to the WASHINGTON UNIFORM COMMERCIAL CODE, chapter 62A.9 RCW; Crop Lien filings, chapter 60.11 and Processor and Preparer Liens chapter 60.13 RCW.    *PLEASE TYPE OR PRINT CLEARLY IN DARK INK*

1. DEBTOR(S) (see instruction #2)
   ☒ PERSONAL (last, first, middle name and address)
   ☐ BUSINESS (legal business name and address)

   KENNETH GEORGE HAWKINS
   56 RIVERSIDE AVENUE
   JOHNSTON, RHODE ISLAND 02919
   ** or any variation thereof **
   SSN: 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

   TRADE NAME, DBA, AKA:

   2. FOR OFFICE USE ONLY — DO NOT WRITE IN THIS BOX
   FILED
   '00 NOV -3 P4:..    2000-308-0103
   PAID  12⁹⁴ +30⁰⁰ (1.00)
   DEPT OF LICENSING
   WA

3. SECURED PARTY(IES) (name and address)

   Kenneth George Hawkins
   56 Riverside Avenue
   Johnston, Rhode Island 02919

4. ASSIGNEE(S) of SECURED PARTY(IES) if applicable (name and address)

5. This change statement affects the original filing statement recorded with the Department of Licensing. List one number and date only.
   Original filing number   2000-278-0026                           Date  October   4           2000

6. FEES: A filing fee is required for each action checked in box 7, except termination which requires no fee.
   Secured party contact person:  Kenneth George Hawkins          Phone:

7. Please check one or more of the following actions:
   ☐ CONTINUATION. The original financing statement between the Debtor(s) and Secured Party(ies), bearing file number shown in box 5, is still effective.
   ☐ FULL ASSIGNMENT. All of the Secured Party's rights under the financing statement bearing file number shown in box 5 have been assigned to the Assignee(s) whose name(s) and address(es) appear in box 4.
   ☐ PARTIAL ASSIGNMENT. The Secured Party's rights under the financing statement bearing file number shown in box 5, to the property described in box 8, have been assigned to the Assignee(s) whose name(s) and address(es) appear in box 4.
   ☒ AMENDMENT. Financing statement bearing file number shown in box 5 is amended as set forth in box 8.
   ☐ PARTIAL RELEASE. Secured Party releases the collateral described in box 8 from the financing statement bearing file number shown in box 5.
   ☐ TERMINATION. Secured Party(ies) no longer claims a security interest under the financing statement bearing file number shown in box 5.

8. DESCRIPTION of partial assignment, amendment or partial release:  (Attach additional 8-1/2" x 11" sheet(s) if needed.)

9. DEBTOR NAME(S) AND SIGNATURE(S):  SSN: 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
   KENNETH GEORGE HAWKINS
   TYPE NAME(S) OF DEBTOR(S) AS IT APPEARS IN BOX 1.
   *KENNETH GEORGE HAWKINS*
   SIGNATURE(S) OF DEBTOR(S)

   SIGNATURE(S) OF DEBTOR(S)

10. SECURED PARTY NAME(S) AND SIGNATURE(S)
    Employer ID No.  035389024
    Kenneth George Hawkins
    TYPE NAME(S) OF SECURED PARTY(IES) AS IT APPEARS IN BOX 3 OR 4.
    *Kenneth George Hawkins*
    SIGNATURE(S) OF SECURED PARTY(IES)

    SIGNATURE(S) OF SECURED PARTY(IES)

11. RETURN ACKNOWLEDGMENT COPY TO:

    Kenneth George Hawkins
    c/o 56 Riverside Avenue
    Johnston, Rhode Island   02919

12. FILE WITH:
    UNIFORM COMMERCIAL CODE
    DEPARTMENT OF LICENSING
    P.O. BOX 9660
    OLYMPIA, WA 98507-9660
    (360) 753-2523
    MAKE CHECKS PAYABLE TO THE
    DEPARTMENT OF LICENSING

13. FOR OFFICE USE ONLY
    Images To Be Filmed  32/0

    FORM APPROVED FOR USE IN THE
    STATE OF WASHINGTON (R/11/99)

UCC-740-003 UCC-3 CHANGE STMT. (R/11/99) M/W Page 3 of 3

606

7

The DEBTORS, TRANSMITTING UTILITIES, are herewith entered in the Commercial Registry, and the following property is herewith registered in the Commercial Registry.

* Bank of Boston, checking account #273-34191 (Kenneth George Hawkins dba; New England Contract Crushing.) value- $73483.27

* Indictment- UNITED STATES OF AMERICA    CRIMINAL No. 3:00 CR 75(AWT)
               .V.
         KENNETH HAWKINS

* One Hewitt Robbins Model J3048 Portable Crushing Plant SN 2055880 value-$225,000.00

* One Caterpillar 988-B wheel loader with enclosed Rops Cab and spade nose bucket with teeth  SN 50W-06140. Value $100,000.00

* Two envelopes with $10,000.00 each a total of $20,000.00 file No. CD-00-0008 value $20,000.00

* One safe containing $82,820.00 file No. CD-00-0008/M3-000112 value $82,820.00

* One 1990 CJ-7 Jeep VIN 122060

* Notice of Default and Stipulation and non-response copy certification by Document Custodian sent to Michael J. Gustafson.

* Notice of Default and Stipulation and non-response copy certification by Document Custodian sent to Stephen C. Robinson.

* Notice of Default and Stipulation and non-response copy certification by Document Custodian sent to Peter D. Markle.

* Corrected page 8 of Security Agreement.
All property is accepted for value and is exempt from levy. All proceeds Products, Accounts, Fixtures, and the orders therefrom are released to the DEBTORS, "Security Agreement" Form SA 091200 Dated September 12, 2000 is accepted for value, exempt from levy, and herewith registered in the Commercial Registry Adjustment of this filing is from House Joint Resolution 192 of June 5", 1933, and Uniform Commercial Code 1-104 hereafter designation of DEBTORS herewith entered in the Commercial Registry.

Pg 2.

check # 2001-022-0105 Washington state

8. DESCRIPTION OF AMENDMENT:

7.23440

The following property is herewith registered in the Commercial Registry.

1979 Peterbilt tractor (model 359) 288" wheel Base
VIN: 099856
color: Dark Concord Blue Matalic, code U-2
Engine: Cummins KTTA-19 twin turbo
Trans: main- Spicer 20 spd.
       aux. - Spicer 4 spd., 1241
Axle: Front - Rockwell   12,000 lbs
      Rears - Rockwell , SQHP  40,000 lbs
Brakes: Front - Solid Disc
        Rear - Vented Disc

JAN 19  10 45 AM '01

Sleeper: Peterbilt 63" with coachman roof
Interior: Back leather Diamond pattern.
Seats: Barstrom
Fuel tanks - 2 - 200gal. Double straps
Exhaust - 7" all
Value - $200,000.00
Wheels - 10 Aluminum (Alcoa)

No Title Required for vehicles over 10 years of age.
All above-listed property is accepted for value and exempt from levy. All proceeds products, accounts and fixtures and the orders therefrom, are hereby released to the DEBTORS. Hereafter, designation of DEBTOR "KENNETH GEORGE HAWKINS" shall expressly include any and all DEBTORS herewith or prviously entered in the Commercial Registry. Adjustment of this filing is from House Joint Resolution 192 of June 5, 1933 and Uniform Commercial Code §§ 1-104 and 10-104.

Private and non-negotiable between the Parties




Kenneth Geron Hawkins
950 Fuji Street
Carrol Falls
Rhode Island, 02863

To: Drug Enforcement Administration
Office of Domestic Operations
Asset Forfeiture Section, Coder #1010617
Arlington, Va 22202

DEA MAIL ROOM
2001 MAY -3 AM 11:55
317677



U.S. Department of Justice

Drug Enforcement Administration

Washington, D.C. 20537

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**   JUN 26 2001

Kenneth Hawkins
Prisoner I.D. #04844070
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI  02863

RE:  DEA Case No. CD-00-0008
     Asset I.D. No. 00-DEA-374949
         BankBoston Checking Account #273-34191, VL: $73,483.27
     Asset I.D. No. 01-DEA-388933
         $20,000.00 U. S. Currency
     United States v. Kenneth Hawkins, Criminal No. 3:00CR75(AWT)

Dear Mr. Hawkins:

   The Drug Enforcement Administration (DEA) is in receipt of your correspondence postmarked April 13, 2001 and May 1, 2001 regarding the above-referenced matter.

   As regards Asset I.D. No. 00-DEA-374949, the contents of the bank account were seized pursuant to a seizure warrant (reviewed and approved by a U. S. Magistrate Judge) issued out of the District of Connecticut. A claim filed by you in May of 2000 to gain the return of the property was returned as untimely filed. A subsequent Petition for Remission filed by you in July of 2000 was, by letter dated September 18, 2000, denied by this office. You were given an opportunity to request reconsideration of the denial of your petition. You failed to do so. As the property was forfeited to the United States and disposed of according to law, this matter is now closed in this office.

   As regards Asset I.D. No. 01-DEA-388933, be advised that, as stipulated in a plea agreement entered into between you and the U. S. Attorney's Office for the District of Connecticut on February 9, 2001, you agreed not to oppose the forfeiture of property seized from you, including the $20,000.00 U. S. Currency

GOVERNMENT EXHIBIT 23

2

that constitutes this asset. Consequently, your effort to seek its return is nugatory, and forfeiture proceedings regarding it will continue.

In your correspondence you also reference other assets seized from you. Again, in accordance with the plea agreement dated February 9, 2001, you agreed not to oppose the forfeiture (whether criminal, civil or administrative) of property owned or possessed by you. By copy of this letter, this office is advising the U. S. Attorney's Office for the District of Connecticut of your attempts to seek the return of assets seized from you.

Further correspondence with this office must include the Case and Asset I.D. numbers referenced above and should be addressed to the Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, VA  22202.

Sincerely,

Carmen R. Pomares
Senior Attorney
Asset Forfeiture Section

cc: Boston Field Division
    ARG

    S/A Todd C. Yant
    Hartford Resident Office
    450 Main Street, Room 628
    Hartford, CT  06103

    AUSA Michael J. Gustafson
    U. S. Attorney's Office
    District of Connecticut
    Abraham Ribicoff Federal Bldg.
    450 Main Street, Room 328
    Hartford, CT  06103

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total Postage & Fees $

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7099 3400 0006 5782 5148

PS Form 3800, July 1999        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

(CD)374949
388933

Kenneth Hawkins
Prisoner ID #04844070
950 High St.
Central Falls, RI 02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0006 5782 5148

PS Form 3811, July 1999    Domestic Return Receipt    Newman    102595-99-M-1789

GOVERNMENT EXHIBIT 24