D. Conn. /NHCT
05-cv-1186
Thompson, J.

**MANDATE**

FILED

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

2006 JUN 12 P 2: 35

U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 7th day of JUNE, two thousand six,

Present:
    Hon. José A. Cabranes,
    Hon. Sonia Sotomayor,
        Circuit Judges.
    Hon. John Gleeson,
        District Judge.*

UNITED STATES COURT OF APPEALS
FILED
JUN 7 - 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

In re Kenneth Hawkins,

                    Petitioner.

06-0291-op

Petitioner, *pro se*, moves for *in forma pauperis* status and petitions this Court for a writ of mandamus, directing the district court to enter default judgment in his favor due to the Government's failure to respond to his 28 U.S.C. § 2255 motion. The district court docket sheet shows that the Government's October 2005 motion for an extension of time was granted on January 31, 2006, after Petitioner filed the instant petition, *see* Dist. Ct. Dkt. Sht. No. 00-cr-75 at Entry #290, and that the Government filed a memorandum in opposition to the § 2255 motion on February 27, 2006, in accordance with the district court's January 31 order, *see id.* at Entry #292. Upon due consideration, it is ORDERED that the petition for a writ of mandamus is DENIED because the relief that Petitioner seeks is no longer available. It is FURTHER ORDERED that the motion for *in forma pauperis* status is GRANTED for the limited purpose of permitting the petition for a writ of mandamus to be filed.

                  FOR THE COURT:
                  Roseann B. MacKechnie, Clerk

                  By: Lucille Carr

---

*The Honorable John Gleeson, United States District Court for the Eastern District of New York, sitting by designation.

SAO RH

JUN -7 2006
A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

ISSUED AS MANDATE: 6/7/06