IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

IN RE KENNETH HAWKINS,

        Petitioner - Appellant

-V-

                                      Civil Action# 3:05 CV-1186(AWT)
                                      3:05 CV-199

UNITED STATES OF AMERICA,
                                      3:00CR75 AWT

        Respondent - Appellee

. . . . . . . . . . . . . . .

## MOTION FOR WRIT OF MANDAMUS

    NOW INTO COURT, Comes Kenneth Hawkins the Petitioner appearing through Pro-Se representation and respectfully submits this request for a Writ Of Mandamus pursuant to Federal Rules Of Appellate Procedures Rule 21.

    Although "Remedy Of Mandamus is a drastic one to be invoked only in extra ordinary situations." ALLIED CHEMICAL CORP. V. DALFLON INC. 449 U.S. 33, 66 L. Ed. 2d. 193(1980)(holding that mandamus may be issued when Petitioner shows there is no other means available to obtain desired relief and that his right to issuance of the writ is clear and undisputed.

    Here, the Petitioner claims that his Motion Pursuant To 28 U.S.C. § 2255 is ripe for adjudication since the government has had their opportunity to file their opposition view to the Petitioners claims in his § 2255 section, which was filed on March 1, 2006. Since then the Petitioner has filed a Motion For Judgment in the district court, which the district court has failed to respond. In this Motion For Judgment the Petitioner stresses to the court that an adjudication is warranted in his case since the briefing is over between the parties, but the district court has refused to grant the Petitioner the relief requested which is a simply adjudication of his pending § 2255 motion, be it favorable or unfavorable.

Based on the records pertaining to this case, Petitioner Kenneth Hawkins requests that this Honorable Court issue an Order to the district court to adjudicate Petitioners 2255 motion currenting pending in the district courts since February 2, 2005, or in the alternative to Show Cause why the district court has decided not to adjudicate Petitioners petition.

WHEREFORE, Mr. Hawkins prays that this Honorable Court grant him the relief requested and any other relief this Honorable Court might deem appropriate and just.

Respectfully Submitted

Kenneth Hawkins-Pro-Se
Reg#04844-070-Dorm-210
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

Executed On This 18th Day Of June 2006