UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HAWKINS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Criminal No. 3:00CR00075 (AWT) |

**ENDORSEMENT ORDER**

The Petitioner's Motions for Judgment (Doc. Nos. 293, 299) are hereby DENIED. See the court's Ruling on Petitioner's Motion to Vacate Sentence (Doc. No. 302).

It is so ordered.

Dated this 20th day of July, 2006, at Hartford, Connecticut.

                                          /s/Alvin W. Thompson
                                          _____
                                             Alvin W. Thompson
                                      United States District Judge