UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HAWKINS, | : |
| Petitioner, | : |
| v. | : Criminal No. 3:00CR00075 (AWT) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

### ENDORSEMENT ORDER

For the reasons set forth in the court's ruling on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (see Ruling on Pet'r's Mot. to Vacate Sentence (Doc. No. 302) at 1-3, 9), the Petitioner's Motion for Return of Property (Doc. No. 285) is hereby DENIED.

It is so ordered.

Dated this 20th day of July, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge