IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

        Petitioner,

-V-                                        Criminal No. 3:00CR00075(AWT)

UNITED STATES OF AMERICA,

        Respondent,

........................

**NOTICE OF APPEAL**

NOTICE IS HEREBY Given That Kenneth Hawkins, the Petitioner hereby Appeals to the United States Court Of Appeals For The Second Circuit from the final judgment of his Motion Pursuant To 28 U.S.C. § 2255, entered for the record in the above action on July 14, 2006.

                                                  Respectfully Submitted

                                                  Kenneth Hawkins-Pro-Se
                                                Reg# 04844-070-Dorm-210
                                                Duluth Federal Prison Camp
                                                P.O. Box 1000
                                                Duluth MN 55814

Executed On This 24 Th Day Of August 2006