UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
:
KENNETH HAWKINS,              :
                              :
        Petitioner,           :
                              :
v.                            :   Crim. No. 3:00CR00075(AWT)
                              :
UNITED STATES OF AMERICA,     :
                              :
        Respondent.           :
                              :
------------------------------x

**ORDER DENYING MOTION TO APPEAL IN FORMA PAUPERIS**

For the reasons set forth below, petitioner Kenneth Hawkins' Motion for Leave to Proceed on Appeal in Forma Pauperis (Doc. No. 307) is hereby DENIED.

As an initial matter, the court notes that the petitioner failed to comply with the requirement in Federal Rule of Appellate Procedure 24(a)(1)(A). In particular, in order to evaluate the applicability of 28 U.S.C. § 1915(b)(1), it is necessary that the court receive from a prisoner information concerning monthly deposits and balances in the prisoner's account with the Bureau of Prisons. This is particularly appropriate here where the petitioner states that he is employed and earns $40 a month.

In any event, the petitioner's motion is being denied

because it was filed in bad faith. As set forth in the court's ruling on Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 302), it is settled that district courts have original jurisdiction over all criminal offenses arising under the laws of the United States, and the defendant simply chooses to ignore this well-settled principle. Also, it is well-settled that the statutes under which he was convicted do not contain a jurisdictional element, and the court concluded that the claim was a frivolous one that was neither significant or obvious such that appellate counsel would have had any reason to raise it. Finally, with respect to the petitioner's claim that the plea agreement is invalid, the court noted the claim was frivolous because it was inconsistent with undisputed facts, and the petitioner chooses to ignore said undisputed facts.

It is so ordered.

Dated at Hartford, Connecticut this 5th day of September, 2006.

                                              Alvin W. Thompson
                                            United States District Judge