# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK



Date:                        11/2/06
Docket Number:      06-4044-pr
Short Title:             Hawkins v. USA
DC Docket Number: 05-cv-199
DC:                         CONNECTICUT (NEW HAVEN)
DC Judge:
                              Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   2nd   day of November,  two thousand six.

Kenneth Hawkins,

    Petitioner-Appellant,

       v.

USA,

    Respondent-Appellee

A notice of appeal having been filed from an order denying relief in a application brought under the provisions of 28 U.S.C. Section 2254, 28 U.S.C. Section 2255, and it appearing that the file of the proceedings does not contain either a certificate of appealability or a denial thereof, it is **ORDERED** that said appeal be, and it hereby is **DISMISSED** without prejudice to the appeal being reinstated upon notice to the Clerk within 30 days from the entry of an order by the district judge granted or denying a certificate of appealability.   Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

In accordance with Rule 22(b) of the Federal Rules of Appellate Procedure, and Second Circuit Rule 22a, you are hereby directed to promptly move for a certificate of appealability in the district court.

For the Court,
Thomas Asreen, Acting Clerk

By:  Eugene L. Martin
Deputy Clerk

A TRUE COPY
Thomas Asreen, Acting Clerk

by
Deputy Clerk

**CERTIFIED:**  NOV -2 2006