IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

    Petitioner,

-V-

                              Criminal No. 3:00CR00075(AWT)

UNITED STATES OF AMERICA,

    Respondent,

........................

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

NOW INTO COURT, Comes Kenneth Hawkins, the Petitioner appearing through Pro-Se representation and respectfully requests and moves this Honorable Court for leave to proceed on appeal through in forma pauperis from the judgment entered on July 14, 2006, without prepayment of costs and fees, and without giving security therefore.

An Affidavit in Support of this Motion to Proceed on Appeal in Forma Pauperis is attached hereto and made part of this motion by reference herein.

                                                  Respectfully Submitted

                                                  Kenneth Hawkins-Pro-Se
                                                  Reg#04844-070-Dorm-210
                                                  Duluth Federal Prison Camp
                                                  P.O. Box 1000
                                                  Duluth MN 55814

Executed On This 15th of November, 2006.

Date: 09/15/2006
Time: 11:32:36 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 03/01/2006
**End Date:** 09/15/2006
**Inmate Reg#:** 04844070
**Account Status:** All
**Institution:** All

Facility: DTH

Date: 09/15/2006
Time: 11:32:37 am

## Federal Bureau of Prisons
### TRUFACS
### Inmate Statement
Sensitive But Unclassified

Facility: DTH

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg #: | 0484070 | Living Quarters: | E04-201U |
| Inmate Name: | HAWKINS, KENNETH | Arrived From: | |
| Current Site Name: | Duluth FPC | Transferred To: | OXF |
| Housing Unit: | ST LOUIS | Account Creation Date: | 5/19/2003 |

**Transaction Details**

| Alpha Code | Date Time | Reference # | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 03/01/2006 06:30:47 PM | ITS0301 | | Phone Withdrawal | ($2.00) | | $6.74 |
| DTH | 03/02/2006 06:03:07 PM | ITS0302 | | Phone Withdrawal | ($3.00) | | $3.74 |
| DTH | 03/03/2006 08:17:47 AM | FIPP0206 | | Payroll - IPP | $40.99 | | $44.73 |
| DTH | 03/03/2006 05:49:32 PM | ITS0303 | | Phone Withdrawal | ($3.00) | | $41.73 |
| DTH | 03/04/2006 05:29:18 AM | 70152701 | | Lockbox - CD | $100.00 | | $141.73 |
| DTH | 03/05/2006 08:55:14 AM | ITS0305 | | Phone Withdrawal | ($4.00) | | $137.73 |
| DTH | 03/05/2006 06:46:42 PM | ITS0305 | | Phone Withdrawal | ($3.00) | | $134.73 |
| DTH | 03/06/2006 05:28:34 PM | ITS0306 | | Phone Withdrawal | ($2.00) | | $132.73 |
| DTH | 03/07/2006 05:40:36 PM | ITS0307 | | Phone Withdrawal | ($3.00) | | $129.73 |
| DTH | 03/07/2006 06:13:30 PM | 72 | | Sales | ($32.06) | | $97.67 |
| DTH | 03/10/2006 05:19:17 PM | ITS0310 | | Phone Withdrawal | ($3.00) | | $94.67 |
| DTH | 03/10/2006 07:40:36 PM | ITS0310 | | Phone Withdrawal | ($2.00) | | $92.67 |
| DTH | 03/12/2006 05:04:21 PM | ITS0312 | | Phone Withdrawal | ($3.00) | | $89.67 |
| DTH | 03/14/2006 05:13:54 PM | ITS0314 | | Phone Withdrawal | ($2.00) | | $87.67 |
| DTH | 03/14/2006 06:04:43 PM | ITS0314 | | Phone Withdrawal | ($41.26) | | $46.41 |
| DTH | 03/14/2006 06:22:02 PM | 37 | | Sales | ($2.00) | | $44.41 |
| DTH | 03/15/2006 05:03:17 PM | ITS0315 | | Phone Withdrawal | ($2.00) | | $42.41 |
| DTH | 03/15/2006 05:48:34 PM | ITS0315 | | Phone Withdrawal | ($3.00) | | $39.41 |
| DTH | 03/16/2006 05:06:43 PM | ITS0316 | | Phone Withdrawal | ($2.00) | | $37.41 |
| DTH | 03/20/2006 05:53:00 PM | ITS0320 | | Phone Withdrawal | ($2.00) | | $35.41 |
| DTH | 03/21/2006 05:52:22 PM | ITS0321 | | Phone Withdrawal | ($2.00) | | $33.41 |
| DTH | 03/21/2006 06:08:44 PM | 62 | | Sales | ($9.30) | | $24.11 |
| DTH | 03/22/2006 05:08:08 PM | ITS0322 | | Phone Withdrawal | ($2.00) | | $22.11 |
| DTH | 03/23/2006 05:32:12 PM | ITS0323 | | Phone Withdrawal | ($2.00) | | $20.11 |
| DTH | 03/25/2006 06:55:30 PM | ITS0325 | | Phone Withdrawal | ($2.00) | | $18.11 |
| DTH | 03/26/2006 08:31:29 AM | ITS0326 | | Phone Withdrawal | ($2.00) | | $16.11 |
| DTH | 03/28/2006 06:13:28 PM | ITS0328 | | Phone Withdrawal | ($2.00) | | $14.11 |
| DTH | 03/29/2006 05:54:30 PM | ITS0329 | | Phone Withdrawal | ($2.00) | | $12.11 |
| DTH | 03/30/2006 05:44:23 PM | ITS0330 | | Phone Withdrawal | ($2.00) | | $10.11 |
| DTH | 03/31/2006 05:17:28 PM | ITS0331 | | Phone Withdrawal | ($2.00) | | $8.11 |

Date: 09/15/2006
Time: 11:32:38 am

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

Facility: DTH

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04844070 | Living Quarters: | E04-201U |
| Inmate Name: | HAWKINS, KENNETH | Arrived From: | OXF |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | ST LOUIS | Account Creation Date: | 5/19/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | 04/02/2006 01:05:42 PM | ITS0402 | | | Phone Withdrawal | ($1.00) | | $7.11 |
| DTH | 04/03/2006 05:42:58 PM | ITS0403 | | | Phone Withdrawal | ($2.00) | | $5.11 |
| DTH | 04/04/2006 05:31:50 PM | ITS0404 | | | Phone Withdrawal | ($1.00) | | $4.11 |
| DTH | 04/05/2006 05:06:21 PM | ITS0405 | | | Phone Withdrawal | ($2.00) | | $2.11 |
| DTH | 04/06/2006 05:32:18 PM | ITS0406 | | | Phone Withdrawal | ($2.00) | | $0.11 |
| DTH | 04/07/2006 08:34:08 AM | FPP0306 | | | Payroll - IPP | $49.50 | | $49.61 |
| DTH | 04/08/2006 05:25:58 PM | ITS0408 | | | Phone Withdrawal | ($4.00) | | $45.61 |
| DTH | 04/09/2006 05:00:45 AM | 70155202 | | | Lockbox - CD | $200.00 | | $245.61 |
| DTH | 04/10/2006 06:18:49 PM | ITS0410 | | | Phone Withdrawal | ($2.00) | | $243.61 |
| DTH | 04/10/2006 08:19:05 PM | ITS0410 | | | Phone Withdrawal | ($3.00) | | $240.61 |
| DTH | 04/11/2006 07:56:40 PM | 143 | | | Sales | ($17.25) | | $223.36 |
| DTH | 04/12/2006 05:22:42 PM | ITS0412 | | | Phone Withdrawal | ($2.00) | | $221.36 |
| DTH | 04/13/2006 05:53:44 PM | 56 | | | Sales | ($26.20) | | $195.16 |
| DTH | 04/13/2006 07:30:52 PM | ITS0413 | | | Phone Withdrawal | ($2.00) | | $193.16 |
| DTH | 04/13/2006 08:00:33 PM | 164 | | | Sales | ($52.00) | | $141.16 |
| DTH | 04/16/2006 07:31:48 AM | ITS0416 | | | Phone Withdrawal | ($2.00) | | $139.16 |
| DTH | 04/17/2006 05:20:50 PM | ITS0417 | | | Phone Withdrawal | ($2.00) | | $137.16 |
| DTH | 04/17/2006 06:24:16 PM | ITS0417 | | | Phone Withdrawal | ($3.00) | | $134.16 |
| DTH | 04/19/2006 05:49:55 PM | ITS0419 | | | Phone Withdrawal | ($2.00) | | $132.16 |
| DTH | 04/19/2006 08:03:09 PM | 167 | | | Sales | ($2.10) | | $130.06 |
| DTH | 04/20/2006 06:02:00 PM | 52 | | | Sales | ($37.75) | | $92.31 |
| DTH | 04/20/2006 07:30:41 PM | ITS0420 | | | Phone Withdrawal | ($2.00) | | $90.31 |
| DTH | 04/22/2006 11:23:54 AM | ITS0422 | | | Phone Withdrawal | ($2.00) | | $88.31 |
| DTH | 04/22/2006 07:26:16 PM | ITS0422 | | | Phone Withdrawal | ($1.00) | | $87.31 |
| DTH | 04/23/2006 06:57:33 PM | ITS0423 | | | Phone Withdrawal | ($2.00) | | $85.31 |
| DTH | 04/25/2006 05:34:14 PM | ITS0425 | | | Phone Withdrawal | ($2.00) | | $83.31 |
| DTH | 04/26/2006 06:33:14 PM | ITS0426 | | | Phone Withdrawal | ($2.00) | | $81.31 |
| DTH | 04/27/2006 06:17:20 PM | 72 | | | Sales | ($7.15) | | $74.16 |
| DTH | 04/30/2006 12:30:28 PM | ITS0430 | | | Phone Withdrawal | ($2.00) | | $72.16 |
| DTH | 04/30/2006 05:19:40 PM | ITS0430 | | | Phone Withdrawal | ($2.00) | | $70.16 |

Date: 09/15/2006
Time: 11:32:38 am

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: DTH

### General Information

| | |
|---|---|
| Inmate Reg#: | 04844070 |
| Inmate Name: | HAWKINS, KENNETH |
| Current Site Name: | Duluth FPC |
| Housing Unit: | ST LOUIS |
| Living Quarters: | E04-201U |
| Arrived From: | OXF |
| Transferred To: | |
| Account Creation Date: | 5/19/2003 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 05/02/2006 07:41:12 PM | 126 | | Sales | ($3.80) | | $66.36 |
| DTH | 05/04/2006 06:27:37 PM | 65 | | Sales | ($19.95) | | $46.41 |
| DTH | 05/05/2006 03:37:42 PM | FIPP0406 | | Payroll - IPP | $45.60 | | $92.01 |
| DTH | 05/05/2006 06:47:51 PM | ITS0505 | | Phone Withdrawal | ($3.00) | | $89.01 |
| DTH | 05/08/2006 05:27:13 PM | ITS0508 | | Phone Withdrawal | ($2.00) | | $87.01 |
| DTH | 05/09/2006 05:15:29 PM | ITS0509 | | Phone Withdrawal | ($2.00) | | $85.01 |
| DTH | 05/11/2006 06:08:34 PM | 67 | | Sales | ($26.75) | | $58.26 |
| DTH | 05/13/2006 12:22:01 PM | ITS0513 | | Phone Withdrawal | ($2.00) | | $56.26 |
| DTH | 05/17/2006 05:24:04 PM | ITS0517 | | Phone Withdrawal | ($2.00) | | $54.26 |
| DTH | 05/18/2006 05:05:31 PM | ITS0518 | | Phone Withdrawal | ($2.00) | | $52.26 |
| DTH | 05/18/2006 05:31:45 PM | 49 | | Sales | ($29.98) | | $22.28 |
| DTH | 05/24/2006 05:13:06 AM | 70158401 | | Lockbox - CD | $100.00 | | $122.28 |
| DTH | 05/24/2006 07:35:31 PM | 115 | | Sales | ($11.30) | | $110.98 |
| DTH | 05/25/2006 05:41:35 PM | 49 | | Sales | ($46.38) | | $64.60 |
| DTH | 05/27/2006 07:30:47 AM | ITS0527 | | Phone Withdrawal | ($2.00) | | $62.60 |
| DTH | 06/01/2006 05:34:50 PM | 47 | | Sales | ($20.55) | | $42.05 |
| DTH | 06/01/2006 06:13:49 PM | ITS0601 | | Phone Withdrawal | ($2.00) | | $40.05 |
| DTH | 06/02/2006 07:51:23 PM | ITS0602 | | Phone Withdrawal | ($2.00) | | $38.05 |
| DTH | 06/04/2006 07:01:53 PM | ITS0604 | | Phone Withdrawal | ($1.00) | | $37.05 |
| DTH | 06/06/2006 12:12:33 PM | FIPP0506 | | Payroll - IPP | $51.47 | | $88.52 |
| DTH | 06/06/2006 05:38:33 PM | ITS0606 | | Phone Withdrawal | ($2.00) | | $86.52 |
| DTH | 06/06/2006 08:04:10 PM | 164 | | Sales | ($6.75) | | $79.77 |
| DTH | 06/07/2006 05:46:50 PM | ITS0607 | | Phone Withdrawal | ($2.00) | | $77.77 |
| DTH | 06/08/2006 06:11:08 PM | 65 | | Sales | ($18.95) | | $58.82 |
| DTH | 06/09/2006 05:20:01 PM | ITS0609 | | Phone Withdrawal | ($2.00) | | $56.82 |
| DTH | 06/13/2006 05:14:30 PM | ITS0613 | | Phone Withdrawal | ($1.00) | | $55.82 |
| DTH | 06/14/2006 06:19:50 PM | ITS0614 | | Phone Withdrawal | ($2.00) | | $53.82 |
| DTH | 06/14/2006 07:17:05 PM | ITS0614 | | Phone Withdrawal | ($3.00) | | $50.82 |
| DTH | 06/19/2006 07:45:03 PM | 124 | | Sales | ($8.40) | | $42.42 |
| DTH | 06/19/2006 06:04:41 PM | ITS0619 | | Phone Withdrawal | ($1.00) | | $41.42 |

Date: 09/15/2006
Time: 11:32:38 am

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: DTH

### General Information

| | |
|---|---|
| Inmate Reg#: | 04844070 |
| Inmate Name: | HAWKINS, KENNETH |
| Current Site Name: | Duluth FPC |
| Housing Unit: | ST LOUIS |
| Living Quarters: | E04-201U |
| Arrived From: | |
| Transferred To: | OXF |
| Account Creation Date: | 5/19/2003 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 06/21/2006 06:15:20 PM | ITS0621 | | Phone Withdrawal | ($1.00) | | $40.42 |
| DTH | 06/21/2006 07:51:19 PM | 141 | | Sales | ($9.05) | | $31.37 |
| DTH | 06/22/2006 05:09:42 PM | 20 | | Sales | ($16.95) | | $14.42 |
| DTH | 06/27/2006 07:57:13 PM | ITS0627 | | Phone Withdrawal | ($2.00) | | $12.42 |
| DTH | 06/28/2006 07:50:38 PM | 134 | | Sales | ($5.75) | | $6.67 |
| DTH | 06/29/2006 05:02:24 PM | ITS0629 | | Phone Withdrawal | ($2.00) | | $4.67 |
| DTH | 07/05/2006 02:02:52 PM | FIPP0606 | | Payroll - IPP | $54.63 | | $59.30 |
| DTH | 07/05/2006 06:44:37 PM | 119 | | Sales | ($12.35) | | $46.95 |
| DTH | 07/10/2006 06:54:36 PM | ITS0710 | | Phone Withdrawal | ($2.00) | | $44.95 |
| DTH | 07/12/2006 05:57:33 PM | 61 | | Sales | ($13.60) | | $31.35 |
| DTH | 07/14/2006 07:36:08 PM | ITS0714 | | Phone Withdrawal | ($3.00) | | $28.35 |
| DTH | 07/19/2006 05:09:36 PM | 22 | | Sales | ($21.60) | | $6.75 |
| DTH | 07/20/2006 07:42:11 PM | ITS0720 | | Phone Withdrawal | ($2.00) | | $4.75 |
| DTH | 07/24/2006 04:50:19 PM | ITS0724 | | Phone Withdrawal | ($2.00) | | $2.75 |
| DTH | 07/25/2006 04:58:46 PM | ITS0725 | | Phone Withdrawal | ($2.00) | | $0.75 |
| DTH | 08/04/2006 03:29:31 PM | FIPP0706 | | Payroll - IPP | $53.41 | | $54.16 |
| DTH | 08/09/2006 06:32:26 PM | 80 | | Sales | ($34.50) | | $19.66 |
| DTH | 08/12/2006 06:46:34 PM | ITS0812 | | Phone Withdrawal | ($2.00) | | $17.66 |
| DTH | 08/15/2006 07:00:59 AM | FICP0806 | | Inmate Co-pay | ($2.00) | | $15.66 |
| DTH | 08/16/2006 07:50:22 PM | 147 | | Sales | ($7.85) | | $7.81 |
| DTH | 08/20/2006 08:14:43 AM | ITS0820 | | Phone Withdrawal | ($2.00) | | $5.81 |
| DTH | 08/27/2006 05:58:33 PM | ITS0827 | | Phone Withdrawal | ($5.00) | | $0.81 |
| DTH | 08/31/2006 05:14:01 AM | 70165301 | | Lockbox - CD | $100.00 | | $100.81 |
| DTH | 08/31/2006 05:44:32 PM | ITS0831 | | Phone Withdrawal | ($3.00) | | $97.81 |
| DTH | 09/05/2006 07:44:29 PM | 112 | | Sales | ($13.45) | | $84.36 |
| DTH | 09/05/2006 03:30:32 PM | FIPP0806 | | Payroll - IPP | $63.63 | | $147.99 |
| DTH | 09/06/2006 07:38:45 PM | 147 | | Sales | ($7.30) | | $140.69 |
| DTH | 09/06/2006 07:09:10 PM | 106 | | Sales | ($34.15) | | $106.54 |
| DTH | 09/07/2006 07:17:27 PM | ITS0907 | | Phone Withdrawal | ($3.00) | | $103.54 |
| DTH | 09/11/2006 06:42:59 PM | ITS0911 | | Phone Withdrawal | ($3.00) | | $100.54 |

Date: 09/15/2006
Time: 11:32:38 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DTH

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 04844070 | Living Quarters: | E04-201U |
| Inmate Name: | HAWKINS, KENNETH | Arrived From: | OXF |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | ST LOUIS | Account Creation Date: | 5/19/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | 09/12/2006 07:25:32 PM | ITS0912 | | | Phone Withdrawal | ($3.00) | | $97.54 |
| DTH | 09/13/2006 07:30:28 PM | ITS0913 | | | Phone Withdrawal | ($2.00) | | $95.54 |
| DTH | 09/13/2006 08:08:43 PM | 179 | | 123 | Sales | ($2.10) | | $93.44 |
| | Total Transactions: | | | | Totals: | $84.70 | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | $93.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $93.44 |
| Totals: | $93.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $93.44 |