IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

        Petitioner,

-V-

                                Criminal No. 3:00CR00075(AWT)

UNITED STATES OF AMERICA,

        Respondent,

. . . . . . . . . . . . . . . . . . .

## NOTICE OF APPEAL

    NOTICE IS HEREBY Given That Kenneth Hawkins, the Petitioner hereby Appeals to the United States Court Of Appeals For The Second Circuit from the final judgment of his Motion Pursuant To 28 U.S.C. § 2255, entered for the record in the above action on July 14, 2006.

                                                      Respectfully Submitted

                                                      Kenneth Hawkins-Pro-Se
                                                      Reg# 04844-070-Dorm-210
                                                      Duluth Federal Prison Camp
                                                      P.O. Box 1000
                                                      Duluth MN 55814

Executed On This 15th of November, 2006.