D. Conn.
05-cv-199
00-cr-75
Thompson, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of March two thousand and seven,

Present:

        Hon. Robert D. Sack,
        Hon. Barrington D. Parker,
        Hon. Peter W. Hall,
               *Circuit Judges.*

---

Kenneth Hawkins,
                *Petitioner-Appellant,*

    v.                                                        06-4044-pr

United States of America,
                *Respondent-Appellee.*

---

Kenneth Hawkins,
                *Petitioner-Appellant,*

    v.                                                        06-5357-pr

United States of America,
                *Respondent-Appellee.*

---

Appellant, *pro se*, moves for *in forma pauperis* status and a certificate of appealability. Upon due consideration, it is ORDERED that docket number 06-4044-pr is REINSTATED and CONSOLIDATED with docket number 06-5357-pr. It is further ORDERED that the motions for leave to proceed *in forma pauperis* and a certificate of appealability are DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Miller-El v. Cockrell*, 537 U.S. 322 (2003).

                                        FOR THE COURT:
                                      Thomas Asreen, Acting Clerk
                                      By: *Lucille Carr*

MAR 22 2007
SAO-KMF