IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

    Petitioner,

-V-

                                  3:00CR75(AWT)
                        Civil No. 3:05CV00199(AWT)

UNITED STATES OF AMERICA,

    Respondent,

                                  NOTICE OF APPEAL

NOTICE is hereby given that Kenneth Hawkins, the Petitioner, appearing through Pro-Se representation hereby appeals to the United States Court Of Appeals For The Second Circuit from the final judgment entered by this court on July 27, 2007 on Petitioner's Motion Pursuant To Federal Rules Of Civil Procedures 60(b)(4) on the above referenced case number.

                                    Respectfully Submitted

                                    _____
                                    Kenneth Hawkins - Pro-Se
                                    Reg#04844-070-Dorm-210
                                    Duluth Federal Prison Camp
                                    P.O. Box 1000
                                    Duluth MN 55814

Executed On This 12th Day Of September 2007