IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

          Petitioner,

-v-

                                      Civil No. 3:05CV00199(AWT)

UNITED STATES OF AMERICA

          Respondent,

**MOTION FOR LEAVE TO PROCEED ON
APPEAL IN FORMA PAUPERIS**

. . . . . . . .

NOW INTO COURT, Comes, Kenneth Hawkins , the Petitioner appearing through Pro-Se representation and respectfully requests and moves this court for Leave To Proceed On Appeal through In Forma Pauperis from the judgment entered on July 27, 2007, without prepayment of costs and fees, and without giving security therefor.

An Affidavit in support of this motion to proceed on appeal In Forma Pauperis is attached hereto and made part of this motion by referenced herein.

                                  Respectfully Submitted

                                    Kenneth Hawkins -Pro-Se
                                    Reg#04844-070-Dorm-210
                                    Duluth Federal Prison Camp
                                    P.O. Box 1000
                                    Duluth MN 55814

Executed On This 12th Day Of September 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

KENNETH HAWKINS,

        Petitioner,

-V-

                                  Civil No. 3:05CV00199(AWT)

UNITED STATES OF AMERICA         **AFFIDAVIT IN SUPPORT OF MOTION TO**

        Respondent,           **PROCEED ON APPEAL IN FORMA PAUPERIS**

. . . . . . . .

    I, Kenneth Hawkins, being duly sworn, depose and says that:

1. I am the Petitioner in this action.

2. I state that because of my poverty I am unable to pay the cost of said proceeding. That I believe I am entitled to redress; and that the issues which I desire to raise on appeal will entitle a reversal of the judgment entered by this court on July 27, 2007.

3. I am currently employed by the Carpenter-Detail at the Duluth Federal Prison Camp earning approximately $40.00 on a monthly basis. I am not gainfully employed due to my incarceration. I do not have anything of value to trade or sell to pay for this appeal, nor do I have any cash, checking account, savings account or any other bank accounts, stocks, bonds or assets.

4. I, Kenneth Hawkins therefor request Leave to prosecute the proposed appeal through In Forma Pauperis Status.

FURTHER THE AFFIANT SAYETH NOT.

I understand that a false statement in this affidavit will subject me to the penalties of perjury. I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the foregoing information contained herein this affidavit is true and correct.

Executed On This 2th Day Of September 2007

_____

Kenneth Hawkins - Affiant

Date: 08/13/2007
Time: 11:31:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DTH

## General Information

| | |
|---|---|
| Inmate Reg#: | 04844070 |
| Inmate Name: | HAWKINS, KENNETH |
| Current Site Name: | Duluth FPC |
| Housing Unit: | DTH-E-A |

| | |
|---|---|
| Living Quarters: | E04-201U |
| Arrived From: | OXF |
| Transferred To: | |
| Account Creation Date: | 5/19/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | 02/13/2007 06:09:56 PM | TFN0213 | | | Phone Withdrawal | ($1.00) | | $42.41 |
| DTH | 02/15/2007 05:38:38 PM | 58 | | | Sales | ($19.85) | | $22.56 |
| DTH | 02/20/2007 05:23:02 PM | TFN0220 | | | Phone Withdrawal | ($2.00) | | $20.56 |
| DTH | 02/21/2007 05:05:16 PM | TFN0221 | | | Phone Withdrawal | ($2.00) | | $18.56 |
| DTH | 02/24/2007 11:02:14 AM | TFN0224 | | | Phone Withdrawal | ($2.00) | | $16.56 |
| DTH | 02/28/2007 05:35:09 PM | TFN0228 | | | Phone Withdrawal | ($2.00) | | $14.56 |
| DTH | 03/03/2007 05:07:06 AM | 70177901 | | | Lockbox - CD | $100.00 | | $114.56 |
| DTH | 03/03/2007 11:23:27 AM | TFN0303 | | | Phone Withdrawal | ($3.00) | | $111.56 |
| DTH | 03/03/2007 05:28:48 PM | TFN0303 | | | Phone Withdrawal | ($3.00) | | $108.56 |
| DTH | 03/04/2007 06:52:50 PM | TFN0304 | | | Phone Withdrawal | ($2.00) | | $106.56 |
| DTH | 03/06/2007 12:35:05 PM | GIPP0207 | | | Payroll - IPP | $41.54 | | $148.10 |
| DTH | 03/07/2007 07:30:02 PM | TFN0307 | | | Phone Withdrawal | ($2.00) | | $146.10 |
| DTH | 03/08/2007 05:55:19 PM | 67 | | | Sales | ($56.70) | | $89.40 |
| DTH | 03/11/2007 11:16:05 AM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $88.40 |
| DTH | 03/14/2007 06:04:22 PM | TFN0314 | | | Phone Withdrawal | ($1.00) | | $87.40 |
| DTH | 03/15/2007 06:14:12 PM | 69 | | | Sales | ($23.20) | | $64.20 |
| DTH | 03/21/2007 06:51:26 PM | TFN0321 | | | Phone Withdrawal | ($2.00) | | $62.20 |
| DTH | 03/22/2007 06:13:55 PM | 80 | | | Sales | ($23.15) | | $39.05 |
| DTH | 03/25/2007 11:20:21 AM | TFN0325 | | | Phone Withdrawal | ($2.00) | | $37.05 |
| DTH | 03/28/2007 05:27:51 PM | TFN0328 | | | Phone Withdrawal | ($1.00) | | $36.05 |
| DTH | 03/29/2007 07:30:02 PM | TFN0329 | | | Phone Withdrawal | ($3.00) | | $33.05 |
| DTH | 04/04/2007 07:12:38 PM | 144 | | | Sales | ($27.30) | | $5.75 |
| DTH | 04/06/2007 07:45:40 PM | TFN0406 | | | Phone Withdrawal | ($1.00) | | $4.75 |
| DTH | 04/09/2007 05:09:52 AM | 70180401 | | | Lockbox - CD | $100.00 | | $104.75 |
| DTH | 04/09/2007 09:07:58 AM | GIPP0307 | | | Payroll - IPP | $45.60 | | $150.35 |
| DTH | 04/11/2007 05:24:55 PM | TFN0411 | | | Phone Withdrawal | ($3.00) | | $147.35 |
| DTH | 04/11/2007 05:59:31 PM | 48 | | | Sales | ($60.65) | | $86.70 |
| DTH | 04/12/2007 06:43:06 PM | TFN0412 | | | Phone Withdrawal | ($3.00) | | $83.70 |
| DTH | 04/13/2007 05:09:07 PM | TFN0413 | | | Phone Withdrawal | ($3.00) | | $80.70 |
| DTH | 04/15/2007 11:06:15 AM | TFN0415 | | | Phone Withdrawal | ($1.00) | | $79.70 |

Date: 08/13/2007
Time: 11:31:01 am

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: DTH

| | | | |
|---|---|---|---|
| Inmate Reg#: | 04844070 | | |
| Inmate Name: | HAWKINS, KENNETH | | |
| Current Site Name: | Duluth FPC | | |
| Housing Unit: | DTH-E-A | | |

**General Information**

| | |
|---|---|
| Living Quarters: | E04-201U |
| Arrived From: | OXF |
| Transferred To: | |
| Account Creation Date: | 5/19/2003 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | 04/16/2007 05:25:58 PM | TFN0416 | | | Phone Withdrawal | ($2.00) | | $77.70 |
| DTH | 04/17/2007 08:23:31 PM | TFN0417 | | | Phone Withdrawal | ($2.00) | | $75.70 |
| DTH | 04/18/2007 05:55:19 PM | 61 | | | Sales | ($22.80) | | $52.90 |
| DTH | 04/24/2007 03:04:57 PM | 3314707 | | | Western Union | $100.00 | | $152.90 |
| DTH | 04/25/2007 06:15:34 PM | TFN0425 | | | Phone Withdrawal | ($3.00) | | $149.90 |
| DTH | 04/25/2007 06:42:55 PM | 92 | | | Sales | ($28.45) | | $121.45 |
| DTH | 04/26/2007 05:10:44 PM | TFN0426 | | | Phone Withdrawal | ($2.00) | | $119.45 |
| DTH | 04/26/2007 08:01:30 PM | 153 | | | Sales | ($9.55) | | $109.90 |
| DTH | 05/02/2007 05:36:32 PM | 38 | | | Sales | ($42.20) | | $67.70 |
| DTH | 05/03/2007 08:17:31 PM | TFN0503 | | | Phone Withdrawal | ($3.00) | | $64.70 |
| DTH | 05/04/2007 05:47:22 PM | TFN0504 | | | Phone Withdrawal | ($3.00) | | $61.70 |
| DTH | 05/06/2007 07:15:17 PM | TFN0506 | | | Phone Withdrawal | ($2.00) | | $59.70 |
| DTH | 05/08/2007 03:03:47 PM | GIPP0407 | | | Payroll - IPP | $42.05 | | $101.75 |
| DTH | 05/08/2007 07:42:08 PM | TFN0508 | | | Phone Withdrawal | ($2.00) | | $99.75 |
| DTH | 05/08/2007 08:02:20 PM | 201 | | | Sales | ($3.10) | | $96.65 |
| DTH | 05/09/2007 06:11:51 PM | 42 | | | Sales | ($44.65) | | $52.00 |
| DTH | 05/13/2007 03:06:00 PM | TFN0513 | | | Phone Withdrawal | ($2.00) | | $50.00 |
| DTH | 05/16/2007 05:09:01 PM | 15 | | | Sales | ($35.53) | | $14.47 |
| DTH | 05/21/2007 06:20:56 PM | TFN0521 | | | Phone Withdrawal | ($2.00) | | $12.47 |
| DTH | 05/22/2007 05:44:15 PM | TFN0522 | | | Phone Withdrawal | ($2.00) | | $10.47 |
| DTH | 05/26/2007 07:40:40 PM | TFN0526 | | | Phone Withdrawal | ($3.00) | | $7.47 |
| DTH | 05/27/2007 08:29:58 AM | TFN0527 | | | Phone Withdrawal | ($3.00) | | $4.47 |
| DTH | 05/28/2007 05:02:41 AM | 70183903 | | | Lockbox - CD | $100.00 | | $104.47 |
| DTH | 05/29/2007 05:46:49 PM | TFN0529 | | | Phone Withdrawal | ($2.00) | | $102.47 |
| DTH | 05/30/2007 06:10:17 PM | 51 | | | Sales | ($39.90) | | $62.57 |
| DTH | 06/02/2007 11:32:10 AM | TFN0602 | | | Phone Withdrawal | ($2.00) | | $60.57 |
| DTH | 06/04/2007 06:01:32 PM | TFN0604 | | | Phone Withdrawal | ($2.00) | | $58.57 |
| DTH | 06/05/2007 10:16:43 AM | GIPP0507 | | | Payroll - IPP | $48.21 | | $106.78 |
| DTH | 06/06/2007 05:57:03 PM | 34 | | | Sales | ($33.49) | | $73.29 |
| DTH | 06/12/2007 05:58:26 PM | TFN0612 | | | Phone Withdrawal | ($3.00) | | $70.29 |

Date: 08/13/2007
Time: 11:31:01 am

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: DTH

### General Information

| | | | | |
|---|---|---|---|---|
| Inmate Reg#: | 04844070 | Living Quarters: | E04-201U | |
| Inmate Name: | HAWKINS, KENNETH | Arrived From: | OXF | |
| Current Site Name: | Duluth FPC | Transferred To: | | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 5/19/2003 | |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | 06/13/2007 04:58:53 PM | 19 | | | Sales | ($46.00) | | $24.29 |
| DTH | 06/17/2007 06:59:11 PM | TFN0617 | | | Phone Withdrawal | ($3.00) | | $22.29 |
| DTH | 06/20/2007 04:52:32 PM | 5 | | | Sales | ($19.30) | | $2.99 |
| DTH | 06/22/2007 06:07:43 PM | TFN0622 | | | Phone Withdrawal | ($2.00) | | $0.99 |
| DTH | 06/23/2007 05:20:18 AM | 70185801 | | | Lockbox - CD | $100.00 | | $100.99 |
| DTH | 06/27/2007 06:11:37 PM | 61 | | | Sales | ($44.40) | | $56.59 |
| DTH | 06/28/2007 07:50:34 PM | 127 | | | Sales | ($9.75) | | $46.84 |
| DTH | 06/29/2007 08:24:47 PM | TFN0629 | | | Phone Withdrawal | ($3.00) | | $43.84 |
| DTH | 07/03/2007 06:38:39 PM | TFN0703 | | | Phone Withdrawal | ($2.00) | | $41.84 |
| DTH | 07/03/2007 07:26:50 PM | 139 | | | Sales | ($23.40) | | $18.44 |
| DTH | 07/07/2007 05:14:32 PM | TFN0707 | | | Phone Withdrawal | ($3.00) | | $15.44 |
| DTH | 07/09/2007 03:16:45 PM | GTPP0607 | | | Payroll - IPP | $51.33 | | $66.77 |
| DTH | 07/10/2007 05:59:48 PM | S3 | | | Sales | ($28.55) | | $38.22 |
| DTH | 07/15/2007 07:34:51 PM | TFN0715 | | | Phone Withdrawal | ($2.00) | | $36.22 |
| DTH | 07/16/2007 06:43:36 PM | TFN0716 | | | Phone Withdrawal | ($3.00) | | $33.22 |
| DTH | 07/17/2007 05:57:22 PM | S2 | | | Sales | ($19.85) | | $13.37 |
| DTH | 07/22/2007 05:03:21 PM | TFN0722 | | | Phone Withdrawal | ($1.00) | | $12.37 |
| DTH | 07/24/2007 05:38:21 PM | S1 | | | Sales | ($8.45) | | $3.92 |
| DTH | 07/26/2007 06:07:05 PM | TFN0726 | | | Phone Withdrawal | ($3.00) | | $0.92 |
| DTH | 08/06/2007 11:24:55 AM | GTPP0707 | | | Payroll - IPP | $61.76 | | $62.68 |
| DTH | 08/07/2007 05:17:21 PM | 9 | | | Sales | ($56.25) | | $6.43 |
| DTH | 08/07/2007 05:20:41 PM | TFN0807 | | | Phone Withdrawal | ($2.00) | | $4.43 |
| DTH | 08/12/2007 07:06:04 PM | TFN0812 | | | Phone Withdrawal | ($4.00) | | $0.43 |
| | **Total Transactions:** | **83** | | | **Totals:** | **($42.98)** | **$0.00** | |

Date: 08/13/2007
Time: 11:31:01 am

Facility: DTH

## Federal Bureau of Prisons
### TRUFACS
### Inmate Statement
Sensitive But Unclassified

### General Information

| | | |
|---|---|---|
| Inmate Reg #: | 04844070 | Living Quarters: | E04-201U |
| Inmate Name: | HAWKINS, KENNETH | Arrived From: | OXF |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 5/19/2003 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | $0.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.43 |
| Totals: | $0.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.43 |

CERTIFICATE OF SERVICE

I, Kenneth Hawkins, hereby certify under the penalty of perjury, that on the last date given below, I deposited a true and correct copy of my NOTICE OF APPEAL, with accompanying motions in the Duluth Federal Prison Camps legal mail system with first class affixed postage to insure its proper delivery to:

> Clerk Of The Court
> United States District Court
> 450 Main Street
> Hartford Connecticut 06103

> Clerk Of The Court
> United States COurt Of Appeals
> For The Second Circuit
> 40 Foley Square
> New York, New York 10007

Executed On This 12 th  Day Of September 2007

Kenneth Hawkins